IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **JAYSON JEFFREY PENN, et al.**, <br><br> *Defendants.* | Case No. 1:20-cr-00152-PAB |

### [PROPOSED] ORDER

Upon consideration of Mr. Blake's Motion for Discovery of Jury Selection Procedures, any opposition thereto, and the entire record herein, on this _____ day of _____, 2020, it is hereby

ORDERED that the Motion shall be and hereby is granted; and it is further

ORDERED that the Clerk of the Court is directed to produce to counsel for Mr. Blake the information listed below within a reasonable time period, and in any event no later than _____:

(1) The Jury Plan for the District of Colorado currently in effect, if different from that available on the Court's website (*Revised Jury Plan for Random Jury Selection*, U.S. D. CT. D. COLO., Mar. 1, 2017, https://tinyurl.com/y3ekg9td ("D. Colo. Jury Selection Plan")), and a description of any changes that have been made in the selection of prospective jurors due to the COVID-19 pandemic, to the extent not otherwise stated in the Court's Jury Trial Protocols (*Jury Trial Protocols*, U.S. D. CT. D. COLO., June 30, 2020, https://tinyurl.com/y6aspn84));

(2) Documents sufficient to show: (a) the Race, Religion, Sex, Gender, Ethnicity, Year of Birth, Zip Code, Income, and Occupation of all grand juries empaneled in the District during the COVID-19 pandemic; (b) the Race, Religion, Sex, Gender, Ethnicity, Year of Birth, Zip Code, Income, and Occupation of all grand jury

members excused or deferred from participating in a grand jury after it was empaneled in the District; and (c) the Race, Religion, Sex, Gender, Ethnicity, Year of Birth, Zip Code, Income, and Occupation of any grand jury members added after a grand jury was originally empaneled in the District;

(3) The Juror Qualification Questionnaire distributed to potential grand or petit jurors, as contemplated in Section 14 of the Court's Plan, and any additional forms being distributed during the COVID-19 pandemic;

(4) The District's two most recently submitted AO-12 forms;

(5) Documents sufficient to show: Race, Religion, Sex, Gender, Ethnicity, Year of Birth, Zip Code, Income, and Occupation for those individuals on the Master Jury Wheel in this District;

(6) Documents sufficient to show: Race, Religion, Sex, Gender, Ethnicity, Year of Birth, Zip Code, Income, and Occupation for those individuals eligible for jury service in this District;

(7) Documents sufficient to show: Race, Religion, Sex, Gender, Ethnicity, Year of Birth, Zip Code, Income, and Occupation for those individuals (a) to whom summonses and jury questionnaires were sent, as contemplated by Sections 11, 12, and 15 of the Court's Plan, and (b) those deemed qualified for jury service, as contemplated by Section 16 of the Court's Plan;

(8) Documents identifying all excuses received from potential jurors and, separately, all excuses accepted from potential jurors, for the District, as contemplated by Sections 17 and 18 of the Court's Plan, during the COVID-19 pandemic;

(9) Documents reflecting any policies or practices established by the Court or Clerk's Office for excusing grand or petit jurors during the COVID-19 pandemic;

(10) Documents sufficient to show: Race, Religion, Sex, Gender, Ethnicity, Year of Birth, Zip Code, Income, and Occupation for all prospective jurors for the District who have been excused from or granted a deferral of their jury service based on the COVID-19 pandemic; and

(11) Once criminal trials in this District resume and a trial schedule in this matter is set, any additional documents or data responsive to Request Nos. 2–3 and 5–10 for the period between March 13, 2020 and 30 days before voir dire in this matter.

and it is further

ORDERED that the production of any and all materials pursuant to this Order is subject to the following requirements and restrictions:

(a) All materials must be produced in accessible electronic form, to the extent possible;

(b) The Clerk of the Court shall redact personal identifying information from any material produced pursuant to this Order, including jurors' names, jurors' street addresses, the last four digits of any juror's nine-digit zip code, any juror's participation number; jurors' phone numbers, jurors' e-mail addresses, jurors' employers, and any other information that the Clerk of Court calculates is reasonably necessary to protect the identity of any juror; and

(c) Consistent with 28 U.S.C. § 1867(f), the produced material may not be disclosed, shown, or distributed in any manner to third parties except as may be necessary in the preparation or presentation of a motion under § 1867.

_____
The Honorable Philip A. Brimmar
Chief United States District Judge