**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **JAYSON JEFFREY PENN,**
2. **MIKELL REEVE FRIES,**
3. **SCOTT JAMES BRADY,**
4. **ROGER BORN AUSTIN,**
5. **TIMOTHY R. MULRENIN,**
6. **WILLIAM VINCENT KANTOLA,**
7. **JIMMIE LEE LITTLE,**
8. **WILLIAM WADE LOVETTE,**
9. **GARY BRIAN ROBERTS,**
10. **RICKIE PATTERSON BLAKE,**

    Defendants.

**GOVERNMENT'S MOTION FOR LEAVE TO RESTRICT PUBLIC ACCESS TO REDACTED PARTS OF EXHIBITS A & B TO GOVERNMENT'S RESPONSE TO MOTIONS FOR BILL OF PARTICULARS**

The government respectfully moves pursuant to D.C.COLO.LCrR 47.1 for leave to restrict public access to parts of Exhibits A and B (ECF Nos. 218-19) to the government's response in opposition to Defendants' motions for a bill of particulars. The government requests Level 1 restriction, limiting access to the Court and the parties in this case. The government is submitting under restriction a brief that contains the basis for this motion, including the information required by D.C.COLO.LCrR 47.1(c)(1)-(5).

The government is also submitting redacted versions of Exhibits A and B, with the restricted information removed, for filing on the public docket.[1]

Dated: December 28, 2020

Respectfully submitted,

By: s/ Michael Koenig
Michael T. Koenig
Heather D. Call
Carolyn M. Sweeney
Paul J. Torzilli
Trial Attorneys
Antitrust Division
U.S. Department of Justice
Washington Criminal II Office
450 Fifth Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-2165
Email: michael.koenig@usdoj.gov

---

[1] The government takes the opportunity of this motion to note that footnote 2 of its Consolidated Opposition to Response to Defendants' Motions for a Bill of Particulars should read: "Defendants **Penn,** Austin, Brady, and Fries received a letter of 87 pages prior to the Superseding Indictment and the remaining defendants received a letter of 79 pages post-Superseding Indictment that was shorter due only to formatting." *See* ECF No. 217 at 4 n.2.

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record in the above-captioned matter.

          s/ Michael Koenig
Michael Koenig
Trial Attorney
United States Department of Justice
Antitrust Division
450 Fifth Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-2165
Email: michael.koenig@usdoj.gov

3