IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

## GOVERNMENT'S MOTION FOR LEAVE TO FILE A WRITTEN RESPONSE TO DEFENDANTS' MOTION FOR A STATUS CONFERENCE

The government hereby moves for leave of the Court to file a written response to the defendants' motion for a status conference, ECF No. 235. While the government does not oppose having a status conference, the government believes it would be helpful to the Court, and result in a more efficient status conference (should the Court grant the defendants' motion), to receive a written response to several assertions made in the defendants' motion papers. If the Court grants leave, the government will submit a

2

succinct response.

Respectfully submitted this 9th day of February, 2021.

                                                 By: __s/ Michael T. Koenig_____

                                                         Michael T. Koenig
                                                         Heather D. Call
                                                         Carolyn M. Sweeney
                                                         Paul J. Torzilli
                                                         Trial Attorneys
                                                         Antitrust Division
                                                         U.S. Department of Justice
                                                         Washington Criminal II Office
                                                         450 Fifth Street, N.W.
                                                         Washington, D.C. 20530
                                                         Tel: (202) 616-2165
                                                         Email: michael.koenig@usdoj.gov