IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**UNITED STATES OF AMERICA**,

**v.**

**JAYSON JEFFREY PENN, et al.**,

*Defendants.*

Case No. 1:20-cr-00152-PAB

## MOTION TO WITHDRAW AS COUNSEL FOR RICKIE PATTERSON BLAKE

Jessica Arden Ettinger, counsel for Mr. Blake in the above-captioned matter, respectfully moves the Court for an Order permitting her to withdraw. Ms. Ettinger's last day with Robbins, Russell, Englert, Orseck & Untereiner LLP will be July 2, 2021. Barry J. Pollack of Robbins, Russell, Englert, Orseck & Untereiner LLP; Wendy Wofford Johnson of RMP LLP; and Norman R. Mueller of Haddon Morgan & Foreman, P.C. will continue to represent Mr. Blake. Mr. Blake will not suffer any prejudice as a result of Ms. Ettinger's withdrawal. Ms. Ettinger therefore respectfully moves to withdraw as counsel in this case.

Mr. Blake has received notice of the proposed withdrawal. Because Mr. Blake continues to be represented by other counsel, Ms. Ettinger did not notify Mr. Blake that he is responsible for complying with all court orders and time limitations as would otherwise be required by D.C.COLO.L.AttyR 5(b).

Date:  June 30, 2021	Respectfully submitted,

*/s/ Jessica Arden Ettinger*
Jessica Arden Ettinger
ROBBINS, RUSSELL, ENGLERT, ORSECK &
 UNTEREINER LLP
2000 K Street N.W., 4th Floor
Washington, D.C. 20006
Telephone: (202) 775 4500
Fax: (202) 775 4510
jettinger@robbinsrussell.com

2

## CERTIFICATE OF SERVICE

On this 30th day of June, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court for the United States District Court for the District of Colorado by using the Court's CM/ECF system, which will serve electronic notification of this filing on all counsel of record.

Respectfully submitted,

*/s/ Jessica Arden Ettinger*
Jessica Arden Ettinger