IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.   JAYSON JEFFREY PENN,
2.   MIKELL REEVE FRIES,
3.   SCOTT JAMES BRADY,
4.   **ROGER BORN AUSTIN**,
5.   **TIMOTHY MULRENIN**,
6.   WILLIAM VINCENT KANTOLA,
7.   **JIMMIE LEE LITTLE**,
8.   WILLIAM WADE LOVETTE,
9.   **GARY BRIAN ROBERTS,** and
10.  **RICKIE PATTERSON BLAKE**,

      Defendants.

## DEFENDANT ROBERTS', AUSTIN'S, MULRENIN'S, LITTLE'S, AND BLAKE'S MOTION TO RESTRICT JOINT PETITION FOR DISCLOSURE OF GRAND JURY MATTERS

Defendants Gary Brian Roberts, Roger Born Austin, Timothy Mulrenin, Jimmie Lee Little, and Rickie Patterson Blake file this Motion to Restrict Joint Petition for Disclosure of Grand Jury Matters, pursuant to Federal Rules of Criminal Procedure 49.1(d) and 49.1(f), D.C.COLO.LCrR 47.1(c) and the Court's Second Amended Protective Order, Doc. # 193, and respectfully move the Court to restrict public access to Defendants' Joint Petition for Disclosure of Grand Jury Matters, and all exhibits thereto, to Restriction Level 1, pursuant to D.C.COLO.LCrR 47.1(b), on the

-1-

-2-

grounds set forth in Defendants' Brief in Support of Motion to Restrict Defendants' Joint Petition for Disclosure of Grand Jury Matters.

Respectfully submitted, this 26th day of July, 2021.

*s/ Craig A. Gillen*_____
Craig Allen Gillen
GILLEN WITHERS & LAKE, LLC
400 Galleria Parkway
Ste 1920
Atlanta, Georgia 30339
Telephone: 404-842-9700
Email: cgillen@gwllawfirm.com
*Counsel for Gary Brian Roberts*

*s/ Michael S. Feldberg*_____
Michael S. Feldberg
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
750 Third Avenue
24th Floor
New York, New York 10017
Telephone: 212-381-4970
Email: mfeldberg@reichmanjorgensen.com
*Counsel for Roger Born Austin*

*s/ Elizabeth B. Prewitt*_____
Elizabeth B. Prewitt
LATHAM & WATKINS LLP
555 11th Street, N.W.
Suite 1000
Washington, DC 20004-1304
Telephone: 202-637-2200
Email: elizabeth.prewitt@lw.com
*Counsel for Timothy Mulrenin*

*s/ Mark A. Byrne*_____
Mark A. Byrne
BYRNE & NIXON LLP
888 West Sixth Street
Suite 1100
Los Angeles, California 90017
Telephone: 213-620-8003
Fax: 213-620-8012
Email: markbyrne@byrnenixon.com
*Counsel for Jimmie Lee Little*

*s/ Barry J. Pollack*_____
Barry J. Pollack
ROBBINS RUSSELL ENGLERT ORSECK & UNTEREINER LLP
2000 K Street N.W.
4th Floor
Washington, DC 20006
Telephone: 202-775-4514
Fax: 202-775-4510
Email: bpollack@robbinsrussell.com
*Counsel for Rickie Patterson Blake*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July, 2021, I electronically filed the foregoing **DEFENDANT ROBERTS', AUSTIN'S, MULRENIN'S, LITTLE'S, AND BLAKE'S MOTION TO RESTRICT JOINT PETITION FOR DISCLOSURE OF GRAND JURY MATTERS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*s/ Craig A. Gillen*_____
Craig Allen Gillen
GILLEN WITHERS & LAKE, LLC
400 Galleria Parkway
Ste 1920
Atlanta, Georgia 30339
Telephone: 404-842-9700
Email: cgillen@gwllawfirm.com
*Counsel for Gary Brian Roberts*