# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     JAYSON JEFFREY PENN,
2.     MIKELL REEVE FRIES,
3.     SCOTT JAMES BRADY,
4.     ROGER BORN AUSTIN,
5.     TIMOTHY R. MULRENIN,
6.     **WILLIAM VINCENT KANTOLA**,
7.     JIMMIE LEE LITTLE,
8.     WILLIAM WADE LOVETTE,
9.     GARY BRIAN ROBERTS, and
10.   RICKIE PATTERSON BLAKE,

      Defendants.

## DEFENDANT WILLIAM KANTOLA'S MOTION FOR LEAVE TO RESTRICT ACCESS TO RESPONSE AND OBJECTIONS TO THE GOVERNMENT'S *JAMES* PROFFER

COMES NOW, Defendant William Kantola, by and through his undersigned counsel, and, pursuant to Rule 49.1(d) of the Federal Rules of Criminal Procedure and D.C. COLO. LCrR 47.1, respectfully requests leave of the Court to restrict access to Mr. Kantola's Response and Objections to the government's *James* proffer, accompanying Exhibits A-D, and any order revealing the contents of those documents.

Pursuant to District of Colorado Local Criminal Rule 47.1(c), a Level 1 restriction of those documents is necessary for the reasons set forth in the government's Motion to Restrict

Public Access to United States' *James* Brief and Attachments (Dkt. 359) filed on August 16, 2021. The Court granted the government's motion on August, 25, 2021. Dkt. 378.

Defendant's Response and Objections, along with its accompanying exhibits, discuss and respond to documents the Court has now restricted under Level 1. Accordingly, Defendant Kantola incorporates the government's arguments from its August 16, 2021 Motion to Restrict Public Access to United States' *James* Brief and Attachments, and respectfully requests that the Court restrict public access to (i) Defendant Kantola's Response and Objections to the Department of Justice's *James* Proffer and (ii) Exhibits A-D accompanying that Response, as well as any order revealing the contents of those documents.

Dated:  August 27, 2021
At:     Philadelphia, Pennsylvania

Respectfully submitted,

JAMES A. BACKSTROM, COUNSELLOR

*s/ James A. Backstrom*

1515 Market Street, Suite 1200
Philadelphia, PA 19102-1932
Tel: (215) 864-7797
jabber@backstromlaw.com

ROXANN E. HENRY, ESQ.

5410 Wilson Lane
Bethesda, MD 20814-1342
Tel: (202) 489-9556
Henry.Roxann@me.com

***Counsel for Defendant William Kantola***

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of August, 2021, I filed the foregoing **Defendant William Kantola's Motion for Leave to Restrict Access to Response and Objections to the Government's *James* Proffer** with the Clerk of Court using the CM/ECF system, which will serve notice of such filing on all counsel of record.

At:  Philadelphia, Pennsylvania            *s/ James A. Backstrom*
                                            James A. Backstrom