IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br>v.<br>1.   JAYSON JEFFREY PENN,<br>2.   MIKELL REEVE FRIES,<br>3.   SCOTT JAMES BRADY,<br>4.   ROGER BORN AUSTIN,<br>5.   TIMOTHY R. MULRENIN,<br>6.   WILLIAM VINCENT KANTOLA,<br>7.   JIMMIE LEE LITTLE,<br>8.   WILLIAM WADE LOVETTE,<br>9.   GARY BRIAN ROBERTS, and<br>10.  RICKIE PATTERSON BLAKE,<br><br>     Defendants. | No. 20-cr-00152-PAB |

**RICKIE PATTERSON BLAKE'S MOTION FOR LEAVE TO RESTRICT ACCESS
TO MR. BLAKE'S RESPONSES AND OBJECTIONS TO THE
GOVERNMENT'S *JAMES* PROFFER**

Defendant Rickie Patterson Blake, by and through undersigned counsel, and pursuant to Rule 49.1(d) of the Federal Rules of Criminal Procedure and Local Criminal Rule 47.1, moves this Court to restrict access to Mr. Blake's Responses and Objections to the Government's *James* Proffer and any order revealing the content of that document.

Pursuant to Local Criminal Rule 47.1(c), a Level 1 restriction of this document is necessary for the reasons explained in the Government's Motion to Restrict Public Access to United States' *James* Brief and Attachments (Doc. 359), which it filed on August 16, 2021. The Court granted the Government's Motion on August 25, 2021. (Doc. 378). Mr. Blake's Responses and Objections to the Government's *James* Proffer discuss and respond to the documents the Court has now

1

restricted under Level 1. Accordingly, Mr. Blake incorporates the Government's arguments from its August 16, 2021, Motion to Restrict Public Access to United States' *James* Brief and Attachments (Doc. 359), and respectfully requests that the Court restrict public access to Mr. Blake's Responses and Objections to the Government's *James* Proffer.

Dated: August 27, 2021                              Respectfully submitted,

*s/ Wendy L. Johnson*
Wendy L. Johnson
RMP LLP
5519 Hackett St., Suite 300
Springdale, AR 72762
(479) 439-2705
wjohnson@rmp.law

*s/ Barry J. Pollack*
Barry J. Pollack
ROBBINS, RUSSELL, ENGLERT,
ORSECK, & UNTEREINER LLP
2000 K Street N.W., 4th Floor
Washington, DC 20006
(202) 775-4514
bpollack@robbinsrussell.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all listed parties.

Dated:  August 27, 2021        *s/ Wendy L. Johnson*

                                                                                         Wendy L. Johnson