IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>1.   JAYSON JEFFREY PENN,<br>2.   MIKELL REEVE FRIES,<br>3.   SCOTT JAMES BRADY,<br>4.   ROGER BORN AUSTIN,<br>5.   TIMOTHY R. MULRENIN,<br>6.   WILLIAM VINCENT KANTOLA,<br>7.   JIMMIE LEE LITTLE,<br>8.   WILLIAM WADE LOVETTE,<br>9.   GARY BRIAN ROBERTS, and<br>10.  RICKIE PATTERSON BLAKE,<br><br>    Defendants. | No. 20-cr-00152-PAB |

**UNOPPOSED MOTION OF SCOTT BRADY,
ROGER AUSTIN, JIMMIE LEE LITTLE,
AND RICKIE PATTERSON BLAKE
FOR SOME OF HIS COUNSEL TO APPEAR VIA VIDEO TELECONFERENCE
AT THE *JAMES* HEARING ON SEPTEMBER 2, 2021 AND SEPTEMBER 8, 2021**

Through a minute order dated August 27, 2021 [Dkt. No. 386], the Court directed that any request to appear at the *James* hearing scheduled for September 2, 2021 and September 8, 2021 via video teleconference ("VTC") "shall be filed on or before Monday, August 30, 2021." Mr. Brady and his lead counsel, Bryan Lavine and Megan Rahman; Mr. Austin and his lead counsel, Michael Feldberg; and Mr. Blake and his lead counsel, Wendy Johnson and Barry Pollack, will all be appearing in-person. By minute order dated August 27, 2021 [Dkt. No. 396], the Court granted Mr. Little's unopposed motion to appear via VTC. Mr. Little's lead counsel, Mark Byrne and Dennis Canty will be appearing in-person. Both to reduce the costs and, to the extent possible, to

1

minimize the number of people in the courtroom during a pandemic, counsel of record on behalf of Mr. Brady, Mr. Austin, Mr. Little, and Mr. Blake other than the counsel identified above do not intend to appear in-person on both dates. Specifically, Tiffany Nichols Bracewell, on behalf of Mr. Brady; Parshad Brahmbhatt and David King, on behalf of Mr. Austin; Jennifer Derwin, on behalf of Mr. Little; and Christopher Plumlee, Lisa Geary, and Courtney Millian, on behalf of Mr. Blake, will not be present in-person for both days of the hearing. On the days that they will not be in the courtroom, each would like to be able to be able to appear remotely by VTC, if possible. It is not anticipated that any of the counsel participating remotely will have a speaking role in the hearing.

Undersigned counsel have conferred with counsel for the Government. Counsel for the Government does not oppose this motion.

Dated:  August 30, 2021                                    Respectfully submitted,

                                            *s/ Bryan Lavine*
Bryan Lavine
Megan Rahman
Tiffany Nichols Bracewell*
TROUTMAN PEPPER HAMILTON SANDERS LLP
Attorney for Scott James Brady
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308
(404) 885-3170
Bryan.lavine@troutman.com

Attorneys for Mr. Brady


*s/ Michael S. Feldberg*
Michael S. Feldberg
Parshad Brahmbhatt
David King
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
Attorney for Roger Born Austin
750 Third Avenue, Suite 2400
New York, NY 10017
(212) 381-1965
mfeldberg@reichmanjorgensen.com

Attorneys for Mr. Austin


*s/ Mark A. Byrne*
Mark A. Byrne
Dennis Canty
Jennifer Derwin
BYRNE & NIXON LLP
Attorney for Jimmie Lee Little
888 West Sixth St, Suite 1100
Los Angeles, CA 90017
(213) 620-8003
markbyrne@byrnenixon.com

Attorneys for Mr. Little

3

4

                         *s/ Barry J. Pollack*
                         Barry J. Pollack
                         Courtney Millian*
                         ROBBINS, RUSSELL, ENGLERT,
                         ORSECK, & UNTEREINER LLP
                         2000 K Street N.W., 4th Floor
                         Washington, DC 20006
                         (202) 775-4514
                         bpollack@robbinsrussell.com

                         *s/ Wendy L. Johnson*
                         Wendy L. Johnson
                         Christopher Plumlee
                         Lisa Geary*
                         RMP LLP
                         5519 Hackett St., Suite 300
                         Springdale, AR 72762
                         (479) 439-2705
                         wjohnson@rmp.law

                         Attorneys for Mr. Blake

\*  Application to the District of Colorado bar and entry of appearance forthcoming.

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all listed parties.

Dated:  August 30, 2021                               *s/ Barry J. Pollack*