IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS, and
10. RICKIE PATTERSON BLAKE,

    Defendants.

**ENTRY OF APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    <u>Justin Gay</u>

    DATED at Anacortes, WA, this <u>31st</u> day of <u>August</u>, <u>2021</u>.

<u>s/ Lise Rahdert</u>
Name of Attorney

<u>Lankler Siffert & Wohl LLP</u>
Firm Name

<u>500 Fifth Ave, 34th Floor</u>
Office Address

<u>New York, NY 10110</u>
City, State, ZIP Code

 (212) 921-8399
Telephone Number

 lrahdert@lswlaw.com
Primary CM/ECF E-mail Address