**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **JAYSON JEFFREY PENN,**
2. **MIKELL REEVE FRIES,**
3. **SCOTT JAMES BRADY,**
4. **ROGER BORN AUSTIN,**
5. **TIMOTHY R. MULRENIN,**
6. **WILLIAM VINCENT KANTOLA,**
7. **JIMMIE LEE LITTLE,**
8. **WILLIAM WADE LOVETTE,**
9. **GARY BRIAN ROBERTS,**
10. **RICKIE PATTERSON BLAKE,**

    Defendants.

---

### UNITED STATES' MOTION FOR LEAVE TO AMEND WITH ADDITIONAL *JAMES* HEARING EXHIBITS, AND FOR RELATED RELIEF

The government respectfully moves the Court for leave to amend with 16 additional *James* hearing exhibits related primarily to phone records, and for related relief. The phone calls listed in the various episodes of Exhibit 1 (Conspiracy Guide) are, with a few minor exceptions noted below, accurate in terms of their respective dates and descriptions. While preparing for the second half of the *James* hearing scheduled for September 8, 2021, however, the government discovered that (1) some

of the cited phone record exhibits are missing a page or the wrong document is marked, and (2) some of the citations to the phone record exhibits are off by a few numbers. Out of an abundance of caution, the government audited the Conspiracy Guide and its underlying exhibits to ensure that all such errors—whether phone-record related or not—are identified and remedied. The audit results led the government to determine that 16 additional underlying exhibits are necessary, either because there was an omission in the original exhibit or because the wrong document was marked. The audit results also led the government to determine that certain cells in the Conspiracy Guide require correction.

The government thus offers the following additional exhibits:

| Additional Exhibits Underlying the Conspiracy Guide ||||
|---|---|---|---|
| Additional Exhibit | Cell(s) | Cited Exhibit | Issue |
| 1-010.1 | F15, F17 | 1-010 | Ex. 1-010 is the incorrect defendant's phone records (Austin). |
|  |  |  | Ex. 1-010.1 is the correct defendant's phone records (Brady). |
| 1-011.1[1] | F24 | 1-011 | Ex. 1-011 is a text chain that is missing the final text in the chain ("Will do"). |
|  |  |  | Ex. 1-011.1 contains the final text. |
| 2-027.1 | G24 | -- | Ex. 2-027, like Ex. 1-011, is a text chain that is missing the final text in the chain ("Will do"). |
|  |  |  | Ex. 2-027.1 contains the final text. |
| 1-012.1 | F26-F28 | 1-013 | Ex. 1-013 is an email, but it should be a phone record. |
|  |  |  | Ex. 1-012.1 is the correct phone record. |
|  | F30 | 1-012 | Ex. 1-012 is an email, but it should be a phone record. |
|  |  |  | Ex. 1-012.1 is the correct phone record. |

---

[1] Ex. 1-011.1 has also been modified to include a "Participants" column that is not reflected in Ex. 1-011.

| | | | |
|---|---|---|---|
| 2-032.1 | G29 | 2-032 | Ex. 2-032 is the incorrect version of the email chain quoted in cell D29. |
| | | | Ex. 2-032.1 is the correct version of the email chain. |
| 1-013.1 | F31 | 1-013 | Ex. 1-013 is the incorrect email quoted in cell D31. |
| | | | Ex. 1-013.1 is the correct email. |
| 1-026.1 | F53 | 1-026 | Ex. 1-026 is the correct phone record but incorrect page. |
| | | | Ex. 1-026.1 is the correct page. |
| 1-027.1[2] | F54-F57 | 1-027 | Ex. 1-027 is the incorrect text chain quoted in cells D54-D57. |
| | | | Ex. 1-027.1 is the correct text chain. |
| 1-060.1 | F115-F123 | 1-060 | Ex. 1-060 is the incorrect email quoted in cells D115-123. |
| | | | Ex. 1-060.1 is the correct email. |
| 1-061.1 | F124 | 1-061 | Ex. 1-061 is the incorrect version of the email quoted in cell D124. |
| | | | Ex. 1-061.1 is the correct email. |
| 1-068.1 | F138 | 1-068 | Ex. 1-068 is the incorrect defendant's phone records (Brady). |
| | | | Ex 1-068.1 is the correct defendant's phone records (Penn). |
| 1-071.1 | F141-F153 | 1-071 | Ex. 1-071 is a phone record with a missing page. |
| | | | Ex. 1-071.1 contains the missing page. |
| 1-120.1 | F223 | 1-120 | Ex. 1-120 is a phone record corresponding only to cell F224, not cell F223. |
| | | | Ex. 1-120.1 is the correct record corresponding to cell F223. |
| 1-131.1 | F245 | 1-131 | Ex. 1-131 is a phone record with missing pages. |
| | | | Ex. 1-131.1 contains the missing pages. |
| 1-132.1 | F246, F248 | 1-132 | Ex. 1-132 is a text message, but it should be a phone record. |
| | | | Ex. 1-132.1 is the correct phone record. |
| 1-143.1 | F260 | 1-143 | Ex. 1-143 is the incorrect text message quoted in cell D260. |
| | | | Ex. 1-143.1 is the correct text message. |

---

[2] Ex. 1-027.1 has also been modified to include a "Participants" column that is not reflected in Ex. 1-027. In addition, although Ex. 1-027 shows the text reflected in cell D56 above the text reflected in D55, the metadata reveals that Mr. Fries did not read "Roger is at .30 back and not moving" (D56) until after he sent "K. Can do .31 if want" (D55).

The government also offers a corrected Conspiracy Guide, marked as Exhibit 1.1, with the following corrections:

| Corrections to the Conspiracy Guide[3] | | |
|---|---|---|
| *Cell(s)* | *Previous Content* | *Corrected Content*[4] |
| D15 | "Blake called Brady" | "Brady called Blake" |
| F58 | "Another Tyson employee to Pepper…" | "Another Tyson employee to Pepper and Mulrenin…" |
| F59 | "Pepper forwards to Mulrenin…" | "Pepper replies all to Mulrenin and other Tyson employee…" |
| F68 | 1-035 | 1-034 |
| F80 | 1-042 | 1-044 |
| F81 | 1-043 | 1-041 |
| F83 | 1-045 | 1-041 |
| F96 | 1-050 | 1-049 |
| F98-F101 | 1-051 | 1-049 |
| F102-F103 | 1-052 | 1-051 |
| F105-F106 | 1-054 | 1-053 |
| D106 | "Austin called Kantola" | "Austin called someone at George's" |
| F107 | 1-055 | 1-053 |
| F108 | 1-056 | 1-055 |
| F109 | 1-056 | 1-052 |
| F110-F111 | 1-056 | 1-053 |
| D115-D120 | "8/21/2014" | "8/20/2014" |
| D143 | "Brady called Austin" | "Austin called Brady" |
| F141-F146 | 1-071 | 1-071.1 |
| F147 | 1-072 | 1-071.1 |
| F148-F153 | 1-071 | 1-071.1 |
| F154 | 1-071 | 1-072 |
| F164 | 1-078 | 1-077 |
| F165 | 1-079 | 1-078 |
| F166 | 1-080 | 1-079 |
| F167 | 1-081 | 1-080 |
| D167 | "Little called Cooper" | "Cooper called Little" |
| D168 | "Little emailed…" | "Lane emailed…" |

---

[3] The entries in this table do not include changes to the Conspiracy Guide necessary to cite additional exhibits in the previous table. The correction of very minor typos is not reflected in this table either.

[4] For instances in which the exhibit number cited requires correction, a corresponding correction to the Bates number in column E ("Source") is also required. For the sake of simplicity, the government does not list all of those changes here.

4

| | | |
|---|---|---|
| F168 | 1-082 | 1-081, 1-082 |
| F179 | 1-091 | 1-090 |
| D223 | "Pepper called Brady" | "Pepper texted Brady"[5] |
| F223 | 1-020 | 1-120.1 |
| *Other Corrections to the Conspiracy Guide* | | |
| Rows 87-88 | Crossed out as duplicative of rows 84-85 | |
| Rows 240-241 | Swapped to change from reverse chronological order to the correct chronological order | |

The government further offers a corrected version of the Conspiracy Guide as Exhibit 1.1 and a supplemented version of Attachment D to its *James* brief which includes two additional relevant phone numbers.

*****************************************

The government regrets the need to add exhibits and correct the Conspiracy Guide, but the government submits that the defendants are not unfairly prejudiced by the additions or corrections. To the contrary, the exhibits underlying the Conspiracy Guide are likely to be trial exhibits, so any additions or corrections at this stage will only aid the defendants in preparing their defense. As such, the government believes good cause exists for the relief sought.

Finally, if, as a condition of granting this motion, the Court requires Special Agent LaNard Taylor to testify regarding the additional exhibits or the changes to the Conspiracy Guide, the government is able to present such testimony before cross-examination resumes, at the beginning of the government's re-direct examination of SA Taylor, or at any other any other time the Court deems appropriate. If SA Taylor will be

---

[5] The fact that Mr. Pepper sent a text message to Mr. Brady is alleged in the Superseding Indictment, ¶ 123(b), and supported by Ex. 1-120.1. The government has not located the content of the text message.

required to testify, the government respectfully requests partial relief from the Court's order regarding contact with SA Taylor for the limited purpose of preparing him on the additional likely trial exhibits and the corrections to the Conspiracy Guide.

DATED: September 7, 2021        Respectfully submitted,

/s/ Michael Koenig
MICHAEL T. KOENIG
HEATHER D. CALL
CAROLYN L. SWEENEY
PAUL J. TORZILLI
Trial Attorneys
U.S. Department of Justice - Antitrust Division
450 Fifth Street NW, Suite 11300
Washington D.C. 20530
Tel: (202) 476-0435
michael.koenig@usdoj.gov