IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     JAYSON JEFFREY PENN,
2.     MIKELL REEVE FRIES,
3.     SCOTT JAMES BRADY,
4.     ROGER BORN AUSTIN,
5.     TIMOTHY R. MULRENIN,
6.     WILLIAM VINCENT KANTOLA,
7.     JIMMIE LEE LITTLE,
8.     WILLIAM WADE LOVETTE,
9.     GARY BRIAN ROBERTS, and
10.   RICKIE PATTERSON BLAKE,

      Defendants.

Criminal Case No. 20-cr-00152-PAB

**DEFENDANTS' MOTION FOR LEAVE TO RESTRICT PUBLIC ACCESS TO THEIR MOTION IN LIMINE TO PROHIBIT WITNESSES FROM DESCRIBING CONDUCT AS "WRONG," "OVER THE LINE," OR OTHERWISE UNETHICAL AND TO PROHIBIT AGENT TESTIMONY ABOUT THE LEGALITY OF OR THEIR BELIEFS ABOUT THE MEANING OF CONDUCT OR COMMUNICATIONS**

      Defendants, by and through undersigned counsel, respectfully submit this Joint Motion For Leave to Restrict Public Access to Defendant's Joint Motion in Limine To Prohibit Witnesses From Describing Conduct as "Wrong," "Over the Line," or Otherwise Unethical and to Prohibit Agent Testimony About the Legality of or Their Beliefs About the Meaning of Conduct or Communications (the "Motion"; Doc. 537) under Rule 49.1(d) of the Federal Rules of Criminal Procedure and District of Colorado Local Rule 47.1.  Defendants request Level 1 restriction, limiting access to the Court and parties in this case, for the following reasons:

      1.     The Motion names non-defendants the government has interviewed during its

1

investigation and quotes from confidential interview reports and other communications from the government. The government has represented that its investigation is still ongoing and that the "necessity in the secrecy of the ongoing investigation outweighs the presumption of public access," including to the identities of "victims, witnesses, and uncharged individuals." Doc. 359 at 2-3. The Court previously granted the government's request for restriction on this basis. Doc. 378.

2.      Level 1 restriction is appropriate under Local Rule 47.1 because (1) the interests stated herein outweigh the presumption of public access; (2) clearly defined and serious injury would result if access is not restricted at Level 1; and (3) only restricted access will adequately protect the interests in question.

3.      Accordingly, Defendants respectfully request leave to restrict the Motion.

Dated:  October 1, 2021                    Respectfully submitted,

*s/ John A. Fagg, Jr.*                        *s/ Michael F. Tubach*
John A. Fagg, Jr.                          Michael F. Tubach
MOORE & VAN ALLEN PLLC                     O'MELVENY & MYERS LLP
Attorney for William Wade Lovette          Attorney for Jayson Jeffrey Penn
100 North Tryon Street, Suite 4700         Two Embarcadero Center, 28th Floor
Charlotte, NC 28202                        San Francisco, California 94111-3823
(704) 331-3622                             (415) 984-8700
johnfagg@mvalaw.com                        mtubach@omm.com

*s/ Richard K. Kornfeld*                     *s/ Michael S. Feldberg*
Richard K. Kornfeld                        Michael S. Feldberg
RECHT KORNFELD, P.C.                       REICHMAN JORGENSEN LEHMAN &
Attorney for Mikell Reeve Fries            FELDBERG LLP
1600 Stout Street, Suite 1400              Attorney for Roger Born Austin
Denver, CO 80202                           750 Third Avenue, Suite 2400
(303) 573-1900                             New York, NY 10017
rick@rklawpc.com                           (212) 381-1965
                                           mfeldberg@reichmanjorgensen.com

s/ Bryan Lavine
Bryan Lavine
TROUTMAN PEPPER HAMILTON
SANDERS LLP
Attorney for Scott James Brady
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308
(404) 885-3170
Bryan.lavine@troutman.com

s/ James A. Backstrom
James A. Backstrom, Counsellor at Law
Attorney for William Vincent Kantola
1515 Market Street, Suite 1200
Philadelphia, PA 19102-1932
(215) 864-7797
jabber@backstromlaw.com

s/ Craig Allen Gillen
Craig Allen Gillen
GILLEN, WITHERS & LAKE, LLC
Attorney for Gary Brian Roberts
400 Galleria Parkway, Ste. 1920
Atlanta, GA 30339
(404) 842-9700
cgillen@gwllawfirm.com

s/ Elizabeth Prewitt
Elizabeth B. Prewitt
LATHAM & WATKINS LLP-DC
Attorney for Timothy R. Mulrenin
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
elizabeth.prewitt@lw.com

s/ Mark A. Byrne
Mark A. Byrne
BYRNE & NIXON LLP
Attorney for Jimmie Lee Little
888 West Sixth St, Suite 1100
Los Angeles, CA 90017
(213) 620-8003
markbyrne@byrnenixon.com

s/ Barry J. Pollack
Barry J. Pollack
Attorney for Rickie Patterson Blake
ROBBINS, RUSSELL, ENGLERT,
ORSECK, & UNTEREINER LLP
2000 K Street N.W., 4th Floor
Washington, DC 20006
(202) 775-4514
bpollack@robbinsrussell.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*s/ Michael F. Tubach*
Michael F. Tubach