# EXHIBIT G



**U.S. Department of Justice**

Antitrust Division

---

*Liberty Square Building*

*Michael T. Koenig*
*Trial Attorney*
*450 5th Street, N.W.*
*Washington, DC 20001*
*(202) 616-2165 (Office)*
*(202) 476-0435 (Cell)*
*Michael.Koenig@usdoj.gov*

September 6, 2021

VIA EMAIL

Mark A. Byrne
Byrne & Nixon LLP
888 West Sixth Street
Suite 1100
Los Angeles, California 90017

Re:     *United States v. Penn, et al.*, Criminal Action No. 20-cr-00152-PAB

Dear Mark:

I write in response to your letter dated August 27, 2021.

With respect to our correspondence regarding the reports and notes of interviews of Mr. Little, we will not produce the native Word versions of the interview reports and notes. "Generalized notes of counsel or agents taken during a witness interview are not discoverable." *United States v. Correa*, No. 12-cr-00324-REB, 2013 WL 1871872, at *3 (D. Colo. May 6, 2013) (citing *United States v. Smaldone*, 484 F.2d 311, 317 (10th Cir. 1973). Nor is there a right to agent's draft reports, *see, e.g., United States v. Butler*, No. 99-40069-02-RDR, 2000 WL 134697, at *3 (D. Kansas Jan. 21, 2000). Although some draft reports may have been provided in discovery, disclosure of such materials does not create a right to additional discovery beyond that which is required. For the same reasons draft reports and notes are not considered discoverable, we will not produce the native Word versions of these materials. We also will not produce user manuals or documentation regarding the case management systems of the Department of Commerce, Office of Inspector General or Federal Bureau of Investigation or make available their respective technical personnel. The government is aware of and understands its obligations, and has and will continue to abide by them.

Enclosed with this correspondence are e-communications from Special Agent Matthew Koppenhaver regarding the transmission of the three interview reports and notes from Mr. Little's August 31, 2020 interview to Trial Attorneys at the Antitrust Division. In addition, we

Mark A. Byrne
September 6, 2021
Page 2

are providing the following information regarding the dates the reports were transmitted by
Special Agent Koppenhaver:

- Interview report Bates numbered LITTLE-IRF-ATR001-00000004 to LITTLE-IRF-ATR001-00000005 transmitted on September 2, 2021;
- Notes Bates numbered Little-Notes-ATR001-00000001 to Little-Notes-ATR001-00000004 transmitted on September 2, 2021;
- Interview report Bates numbered LITTLE-IRF-ATR001-00000006 to LITTLE-IRF-ATR001-00000007 transmitted on September 8, 2021; and
- Interview report Bates numbered Little-IRF-ATR001-00000001 to Little-IRF-ATR001-00000003 transmitted on September 17, 2021.

We will produce the e-communications in production format under separate cover.

Sincerely,

Michael T. Koenig