# EXHIBIT L

Accellion  *     Find it faster with search

# Press Release

## ACCELLION ANNOUNCES NEW GOVERNANCE PACKAGE FOR KITEWORKS SECURE CONTENT PLATFORM

*eDiscovery, DLP integration, and policy-based Content Retention boost governance capabilities*

PALO ALTO, CA | August 5, 2015

Accellion, Inc., the leading provider of private cloud solutions for secure file sharing and collaboration that ensure data security and compliance, today announced that it has added new security and governance capabilities to its award winning kiteworks secure content platform.

Mitigating risk and demonstrating compliance with industry regulations is becoming increasingly important in corporate boardrooms. Enterprise organizations are looking to IT to deliver enhanced corporate oversight and control by providing the necessary tools to manage, preserve and protect information and satisfy strict legal and regulatory requirements.

"Support for legal and compliance teams during investigations and eDiscovery, and the timely disposal of obsolete information, are top drivers for investment,"[1] wrote Cheryl McKinnon, Principal Analyst for Enterprise Architecture at Forrester Research.

"The rise of data breaches, reputational damage, and significant investor loss reinforces the fact that there is much at stake in today's business environment," said Vidhya Ranganathan, SVP for Products at Accellion. "As a result, enterprises need to have better

This website uses cookies to enhance your experience. By continuing to visit this     X
site you agree to the use of cookies. To find out more about the cookies we use, see
our Privacy Policy

# Accellion*

Find it faster with search

- **eDiscovery:** Enables enterprise organizations to comply with legal requests for discovery by collecting relevant documents and metadata, archiving all relevant content, retaining auditable logs, and enabling easy export of content tagged for eDiscovery to legal teams.

- **DLP integration:** Provides for high levels of governance and compliance by monitoring all shared documents based on corporate policy and quarantining any documents containing sensitive data to prevent data leakage. Integrates with leading DLP solutions including Symantec, WebSense, Code Green, Fidelis, RSA, and others.

- **User-friendly DRM:** Prevents file downloads with view-only roles and deters unauthorized forwarding and printing via watermarking. Allows withdrawal of files even after they are sent.

- **Policy-based Content Retention:** Enforces corporate-defined content retention policies to ensure appropriate preservation and deletion of documents.

Accellion will be exhibiting at the Gartner Catalyst Conference in San Diego August 10-13 and showcasing the new Governance features and other new features of the kiteworks secure content platform. Please visit Accellion at Booth #102 or online at Accellion.com for more information.

[1] "Market Overview: Information Archiving, Q2 2015", Forrester Research, Inc., May 12, 2015

## About Accellion

The Accellion enterprise content firewall prevents data breaches and compliance violations from sensitive third party communications. With Accellion, CIOs and CISOs gain complete visibility, compliance and control over IP, PH, PHI, and other sensitive content across all third-party communication channels, providing secure email, secure file sharing, secure mobile file sharing, enterprise app and Microsoft Office plugins, secure web forms, secure file transfer, lizo, PTP and enterprise \A/nrlzfln\A/3i itnm tinn Arrnllinn hac nrntnrtnrl mnrn

This website uses cookies to enhance your experience. By continuing to visit this    X
site you agree to the use of cookies. To find out more about the cookies we use, see
our Privacy Policy

# Accellion  *   Find it faster with search

Accellion on: LinkedIn, Twitter, and Accellion's Blog.

**Media Contacts**

Rob Dougherty

(650) 687-3163

robert.dougherty@accellion.com

*Accellion and kiteworks are registered trademarks of Accellion, Inc. in the US and other countries. All other trademarks contained herein ore the property of their respective owners.*

## SIGN UP FOR THE LATEST BLOG POSTS AND NEWS

**First Name***

**Last Name***

**Company***                          **Business Email***

**SUBMIT**

## CONTACT US

**Sales**                                          **Stay Connected**

+1 650-687-3150

This website uses cookies to enhance your experience. By continuing to visit this site you agree to the use of cookies. To find out more about the cookies we use, see our Privacy Policy                                             X