IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>v.<br>1.　　JAYSON JEFFREY PENN,<br>2.　　MIKELL REEVE FRIES,<br>3.　　SCOTT JAMES BRADY,<br>4.　　ROGER BORN AUSTIN,<br>5.　　TIMOTHY R. MULRENIN,<br>6.　　WILLIAM VINCENT KANTOLA,<br>7.　　JIMMIE LEE LITTLE,<br>8.　　WILLIAM WADE LOVETTE,<br>9.　　GARY BRIAN ROBERTS, and<br>10.　 RICKIE PATTERSON BLAKE,<br><br>　　　　Defendants. | No. 20-cr-00152-PAB |

### DEFENDANTS' MOTION TO RESTRICT ACCESS TO THEIR RESPONSE TO RESTRICTED BRIEF IN SUPPORT OF UNITED STATES' MOTION FOR LEAVE TO RESTRICT PUBLIC ACCESS TO PAGE 7 OF ITS OMNIBUS MOTIONS *IN LIMINE*

Defendants, by and through undersigned counsel, and pursuant to Rule 49.1(d) of the Federal Rules of Criminal Procedure and Local Criminal Rule 47.1, specifically move this Court to restrict access to their Response to Restricted Brief in Support of United States' Motion for Leave to Restrict Public Access to Page 7 of Its Omnibus Motions *In Limine* and any order revealing its contents. Pursuant to District of Colorado Local Criminal Rule 47.1(c), a Level 1 restriction of those documents is necessary for the reasons explained in the DOJ's Restricted Brief in Support of United States' Motion for Leave to Restrict Public Access to Redacted

1

Portions of its Omnibus Motions in Limine (Doc. 545), which it filed on October 1, 2021.

Defendants' Response discusses and responds to the document that DOJ seeks to have restricted under Level 1. Accordingly, defendants incorporate the DOJ's arguments (except to the extent they bear on the relevance of the restricted material to this case) from its October 1, 2021, Restricted Brief in Support of United States' Motion for Leave to Restrict Public Access to Redacted Portions of its Omnibus Motions in Limine (Doc. 545), and respectfully request that the Court restrict public access to defendants' Response to Restricted Brief in Support of United States' Motion for Leave to Restrict Public Access to Page 7 of Its Omnibus Motions *In Limine*.

Dated:  October 10, 2021                                     Respectfully submitted,

*s/ John A. Fagg, Jr.*                                              *s/ Michael F. Tubach*
John A. Fagg, Jr.                                                  Michael F. Tubach
MOORE & VAN ALLEN PLLC                           O'MELVENY & MYERS LLP
Attorney for William Wade Lovette                Attorney for Jayson Jeffrey Penn
100 North Tryon Street, Suite 4700                Two Embarcadero Center, 28th Floor
Charlotte, NC 28202                                       San Francisco, California 94111-3823
(704) 331-3622                                                  (415) 984-8700
johnfagg@mvalaw.com                                 mtubach@omm.com

*s/ Richard K. Kornfeld*                                  *s/ Michael S. Feldberg*
Richard K. Kornfeld                                         Michael S. Feldberg
RECHT KORNFELD, P.C.                              REICHMAN JORGENSEN LEHMAN &
Attorney for Mikell Reeve Fries                     FELDBERG LLP
1600 Stout Street, Suite 1400                         Attorney for Roger Born Austin
Denver, CO 80202                                           750 Third Avenue, Suite 2400
(303) 573-1900                                                 New York, NY 10017
rick@rklawpc.com                                           (212) 381-1965
                                                                         mfeldberg@reichmanjorgensen.com

*s/ Bryan Lavine*
Bryan Lavine
TROUTMAN PEPPER HAMILTON SANDERS LLP
Attorney for Scott James Brady
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308
(404) 885-3170
Bryan.lavine@troutman.com

*s/ James A. Backstrom*
James A. Backstrom, Counsellor at Law
Attorney for William Vincent Kantola
1515 Market Street, Suite 1200
Philadelphia, PA 19102-1932
(215) 864-7797
jabber@backstromlaw.com

*s/ Craig Allen Gillen*
Craig Allen Gillen
GILLEN, WITHERS & LAKE, LLC
Attorney for Gary Brian Roberts
400 Galleria Parkway, Ste. 1920
Atlanta, GA 30339
(404) 842-9700
cgillen@gwllawfirm.com

*s/ Elizabeth Prewitt*
Elizabeth B. Prewitt
LATHAM & WATKINS LLP
Attorney for Timothy R. Mulrenin
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
elizabeth.prewitt@lw.com

*s/ Mark A. Byrne*
Mark A. Byrne
BYRNE & NIXON LLP
Attorney for Jimmie Lee Little
888 West Sixth St, Suite 1100
Los Angeles, CA 90017
(213) 620-8003
markbyrne@byrnenixon.com

*s/ Barry J. Pollack*
Barry J. Pollack
Attorney for Rickie Patterson Blake
ROBBINS, RUSSELL, ENGLERT, ORSECK, & UNTEREINER LLP
2000 K Street N.W., 4th Floor
Washington, DC 20006
(202) 775-4514
bpollack@robbinsrussell.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all listed parties.

Dated:  October 10, 2021                                 *s/ Michael S. Feldberg*

                                                                        Michael S. Feldberg