# Exhibit 1

| Exh. No. | Certifying Entity | Source of Records | Document Identifiers | 902 Certification Attested |
|---|---|---|---|---|
| 20-1[1] | AT&T Inc. | AT&T Inc. | ATT-ATR001-00000001; ATT-ATR002-00000001; ATT-ATR006-00000001 – ATT-ATR006-00014552; ATT-ATR007-00000001 – ATT-ATR007-00000200; ATT-ATR008-00000001 – ATT-ATR008-00000007; | 902(11) and 902(13) |
| 20-2 | AT&T Inc. | AT&T Inc. | ATT-ATR003-00000001 – ATT-ATR003-00000006; | 902(11) and 902(13) |
| 20-3 | AT&T Inc. | AT&T Inc. | ATT-ATR004-00000001 – ATT-ATR004-00025554; | 902(11) and 902(13) |
| 20-4 | AT&T Inc. | AT&T Inc. | ATT-ATR005-00000001 – ATT-ATR005-00001964; | 902(11) and 902(13) |
| 20-5 | AT&T Inc. | AT&T Inc. | ATT-ATR009-00000001 – ATT-ATR009-00010442; | 902(11) and 902(13) |
| 20-6 | AT&T Inc. | AT&T Inc. | ATT-ATR010-00000001 – ATT-ATR010-00000417; | 902(11) and 902(13) |
| 20-7 | AT&T Inc. | AT&T Inc. | ATT-ATR011-00000001 – ATT-ATR011-00015462; | 902(11) and 902(13) |
| 20-8 | AT&T Inc. | AT&T Inc. | ATT-ATR012-00000001 – ATT-ATR012-00060464; | 902(11) and 902(13) |
| 20-9 | AT&T Inc. | AT&T Inc. | ATT-ATR013-00000001 – ATT-ATR013-00007826 | 902(11) and 902(13) |

---

[1] These exhibits start at 20-1 to be consistent with the exhibit numbering for the Notice. Toll record certifications are numbered in the 20s, and 902(14) certifications relating to extractions are numbered in the 30s.

| Exh. No. | Certifying Entity | Source of Records | Document Identifiers | 902 Certification Attested |
|---|---|---|---|---|
| 21-1 | CenturyLink Inc. | CenturyLink Inc. | CENLINK-ATR001-00000001 – CENLINK-ATR001-00000010 | 902(11) |
| 22-1 | Cellular South, Inc. d/b/a C Spire | Cellular South Inc. (C Spire) | CSPIRE-ATR001-00000001 – CSPIRE-ATR001-00000015 | 902(11) |
| 22-2 | Cellular South, Inc. d/b/a C Spire | Cellular South Inc. (C Spire) | CSPIRE-ATR002-00000001 – CSPIRE-ATR002-00000013 | 902(11) |
| 23-1 | Charter Communications Inc. | Charter Communications Inc. | CHARTER-ATR001-00000001 – CHARTER-ATR001-00000004 | 902(11) and 902(13) |
| 24-1 | Comcast Cable Communications Inc. | Comcast Corp. | COMCAST-ATR001-00000001 – COMCAST-ATR001-00000013 | 902(11) and 902(13) |
| 24-2 | Comcast Cable Communications Inc. | Comcast Corp. | COMCAST-ATR002-00000001 – COMCAST-ATR002-00000008 | 902(11) |
| 25-1 | T-Mobile US Inc. | T-Mobile US Inc. | TMOBILE-ATR001-00000001 – TMOBILE-ATR001-00000011 | 902(11) |
| 26-1 | Verizon | Verizon/Cellco Partnership d/b/a Verizon Wireless | VERIZON-ATR001-00000001 – VERIZON-ATR001-00000011; | 902(11) and 902(13) |
| 26-2 | Verizon | Verizon/Cellco Partnership d/b/a Verizon Wireless | VERIZON-ATR002-00000001 – VERIZON-ATR002-00000148; | 902(11) and 902(13) |
| 26-3 | Verizon | Verizon/Cellco Partnership d/b/a Verizon Wireless | VERIZON-ATR003-00000001 – VERIZON-ATR003-00000080 | 902(11) and 902(13) |

| Exh. No. | Certifying Entity | Source of Records | Document Identifiers | 902 Certification Attested |
|---|---|---|---|---|
| 26-4 | Verizon | Verizon/Cellco Partnership d/b/a Verizon Wireless | VERIZON-ATR004-00000001 – VERIZON-ATR004-00000812 | 902(11) and 902(13) |
| 26-5 | Verizon | Verizon/Cellco Partnership d/b/a Verizon Wireless | VZW-ATR001-00000001 – VZW-ATR001-00012581; VZW-ATR004-00000001 – VZW-ATR004-00012593; VZW-ATR005-00000001 – VZW-ATR005-00006489; | 902(11) and 902(13) |
| 26-6 | Verizon | Verizon/Cellco Partnership d/b/a Verizon Wireless | VZW-ATR002-00000001 – VZW-ATR002-00000012 | 902(11) and 902(13) |
| 26-7 | Verizon | Verizon/Cellco Partnership d/b/a Verizon Wireless | VZW-ATR003-00000001 – VZW-ATR003-00000023 | 902(11) and 902(13) |
| 26-8 | Verizon | Verizon/Cellco Partnership d/b/a Verizon Wireless | VZW-ATR009-00000001 – VZW-ATR009-00001564 | 902(11) and 902(13) |
| 26-9 | Verizon | Verizon/Cellco Partnership d/b/a Verizon Wireless | VZW-ATR010-00000001 – VZW-ATR010-00001491 | 902(11) and 902(13) |
| 26-10 | Verizon | Verizon/Cellco Partnership d/b/a Verizon Wireless | VZW-ATR011-00000001 – VZW-ATR011-00005366 | 902(11) and 902(13) |
| 26-11 | Verizon | Verizon/Cellco Partnership d/b/a Verizon Wireless | VZW-ATR013-00000001 – VZW-ATR013-00000880 | 902(11) and 902(13) |
| 26-12 | Verizon | Verizon/Cellco Partnership d/b/a Verizon Wireless | VZW-ATR014-00000001 – VZW-ATR014-00001431 | 902(11) and 902(13) |
| 26-13 | Verizon | Verizon/Cellco Partnership d/b/a Verizon Wireless | VZW-ATR015-00000001 – VZW-ATR015-00001756 | 902(11) and 902(13) |
| 27-1 | Verizon Business | Verizon Business | VZB-ATR001-00000001 – VZB-ATR001-00000011 | 902(11) and 902(13) |

| Exh. No. | Certifying Entity | Source of Records | Document Identifiers | 902 Certification Attested |
|---|---|---|---|---|
| 28-1 | Windstream Services LLC | Windstream | WINDSTREAM-ATR001-00000001 – WINDSTREAM-ATR001-00000085 | 902(11) and 902(13) |
| 28-2 | Windstream Services LLC | Windstream | WINDSTREAM-ATR002-00000001 – WINDSTREAM-ATR002-00000003 | 902(11) |
| 28-3 | Windstream Services LLC | Windstream | WINDSTREAM-ATR003-00000001 – WINDSTREAM-ATR003-00000010 | 902(11) and 902(13) |
| 30-1 | Transperfect | Apple iPhone 8+ (A1897) owned by Carl Pepper | TY-001642732 – TY-001642738; TY-001670902; TY-001632749; TY-001643172; TY-001645464 – TY-001645465; TY-001670903 – TY-001670904 | 902(14) |
| 30-1 | Transperfect | Apple iTunes backup of 4th generation iPad (P102AP) owned by Carl Pepper | TY-001670902 | 902(14) |
| 30-1 | Transperfect | Apple iPhone XR (A191A4) owned by Kelley Davidson | TY-001909367; TY-001909391 – TY-001909394; TY-001909411 | 902(14) |
| 31-1 | Federal Bureau of Investigation (FBI) Computer Analysis Response Team (CART) | Apple iPhone 8 (A1863) owned by Scott Brady | 'Image identifier 356703089926520' (Brady-SW-ATR005-00000001) | 902(14) |
| 31-1 | Federal Bureau of Investigation (FBI) Computer Analysis | Apple iPhone 11 (A2111) owned by Jimmie Little | 'Image identifier 353986101328550' (Volume BR_CHICK_063) | 902(14) |

| Exh. No. | Certifying Entity | Source of Records | Document Identifiers | 902 Certification Attested |
|---|---|---|---|---|
| | Response Team (CART) | | | |
| 32-1 | Digital Discovery | Apple iPhone 5s used by Jason McGuire | IMEI: 013852007225294 Bates: OKFoodsDOJ-0000538– OKFoodsDOJ-0000558 | 902(14) |
| 33-1 | Digital Discovery | iTunes Backup of Greg Tench | SN: C76RJ0ZQGRY5 IMEI: 355767076939292 Bates: MJPoultry-0000000006 | 902(14) |
| 33-2 | Digital Discovery | iTunes Backup of Greg Tench | SN: C76RJ0ZQGRY5 IMEI: 355767076939292 Bates: MJPoultry-0000000006 | 902(14) |
| 33-3 | Digital Discovery | iTunes Backup of Greg Tench | SN: C76RJ0ZQGRY5 IMEI: 355767076939292 Bates: MJPoultry-0000000006 | 902(14) |
| 34-1 | ELIJAH | iPhone 6s Model, A1688 used by Joe Grendys | Image Identifier EMT-00005605 Bates: KOCHFOODS-0000485010, KOCHFOODS-0000485057, KOCHFOODS-0000485064 | 902(14) |
| 34-1 | ELIJAH | Blackberry Bold 9930 ID A000002615E412 used by Joe Grendys | Image Identifiers EMT-00001744 & EMT-00005604 Bates: KOCHFOODS-0000484998 KOCHFOODS- | 902(14) |

5

| Exh. No. | Certifying Entity | Source of Records | Document Identifiers | 902 Certification Attested |
|---|---|---|---|---|
| | | | 0000485009; KOCHFOODS-0000485230 – KOCHFOODS-0000485241; KOCHFOODS-0000485243 – KOCHFOODS-0000485256 | |
| 35-1 | Consilio | iPhone 8 Plus (MQ962) Used by Justin Gay | IMEI 353009091700587 | 902(14) |
| 35-2 | Consilio | iPhone XS mobile (MTAL2LL/A) Used by Jayson Penn | SN: C39XTBX0KPFT IMEI 357201097624152 | 902(14) |
| 35-3 | Consilio | Samsung Galaxy S6 Used by Tim Stiller | SN: 1215fc5a82540305 ESN 990007037762207 | 902(14) |
| 35-3 | Consilio | Samsung Galaxy S8 Used by Tim Stiller | SN RF8JA05XQNY IMEI 359031081440259 | 902(14) |
| 35-4 | Consilio | iPhone 6s (N71AP) Used by Brenda Ray | SN: C7JR50VRGRYD IMEI: 355690077385259 | 902(14) |
| 35-5 | Consilio | Samsung Galaxy S6 Used by Tim Stiller | ESN 990007037762207 Bates: See Bates ranges included in Consilio Certificate. | 902(14) |
| 35-5 | Consilio | Samsung Galaxy S8 Used by Tim Stiller | IMEI: 359031081440259 Bates: PILGRIMS-DOJ-0000925994, PILGRIMS-DOJ-0000926072, PILGRIMS-DOJ-0000926097, PI LGRIMS-DOJ-0000931622, | 902(14) |

| Exh. No. | Certifying Entity | Source of Records | Document Identifiers | 902 Certification Attested |
|---|---|---|---|---|
| | | | PILGRIMS-DOJ-0000931623, PILGRIMS-DOJ-0000931625, PILGRIMS-DOJ-0000931626, PILGRIMS-DOJ-0000931627, PILGRIMS-DOJ-0000931629 | |
| 35-5 | Consilio | iPhone XS (MTAL2) Used by Jayson Penn | SN: C39XTBX0KPFT IMEI 357201097624152 Bates: PILGRIMS-DOJ-0000508952, PILGRIMS-DOJ-0000509278, PILGRIMS-DOJ-00005092 79 | |
| 35-5 | Consilio | iPhone 7 (MNAJ2LL/A) Operated by Jayson Penn | SN: F72SHK3XHG71 Bates: See Bates ranges included in Consilio Certificate. | 902(14) |
| 35-5 | Consilio | iPhone 6s (N71AP) Used by Brenda Ray | SN: C7JR50VRGRYD IMEI: 355690077385259 Bates: PILGRIMS-DOJ-0000017567 – PILGRIMS-DOJ-0000017569, PILGRIMS-DOJ-0000017566, PILGRIMS-DOJ-0000021196 – PILGRIMS-DOJ-0000021204 | 902(14) |
| 35-5 | Consilio | iPhone 8 Plus (MQ962) Used by Justin Gay | IMEI 353009091700587 Bates: | 902(14) |

| Exh. No. | Certifying Entity | Source of Records | Document Identifiers | 902 Certification Attested |
|---|---|---|---|---|
| | | | PILGRIMS-DOJ-0000099830 - PILGRIMS-DOJ-0000104500, PILGRIMS-DOJ-0000528482 – 0000528490, PILGRIMS-DOJ-0004646569 - 0004652791 | |
| 35-6[2] | Consilio | iPhone 6 Used by Mikell Fries | Serial number: DNPPG9TRG5MG IMEI 35912 10621 84336 Bates: CLA_0149779 Claxton_0181706 | 902(14) |
| 35-6 | Consilio | iPad Used by Mikell Fries | Serial number: DMQP3ACLG5VW Bates: CLA_0074696 | 902(14) |
| 36-1 | FTI Consulting, Inc. | iPhone 7 (MNAJ2LL/A) Operated by Jayson Penn | SN: F72SHK3XHG71 | 902(14) |

---

[2] Certification 35-6 was not included with the Notice the government filed on October 1, 2021 (ECF 246).  It was provided to Defendants on October 7, 2021.

# Exhibit 20-1



AT&T
11760 US HWY 1, SUITE 300
NORTH PALM BEACH FL 33408

(800) 635-6840
(888) 938-4715 (Fax)

## <u>CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)</u>

I, **Candace Valentine**, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by **AT&T**, and my title is **Legal Compliance Analyst**. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of **AT&T**. I further state that:

a. All records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of **AT&T** , and they were made by **AT&T**  as a regular practice; and

b. Such records were generated by **AT&T's** electronic process or system that produces an accurate result, to wit:

1. The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of **AT&T** in a manner to ensure that they are true duplicates of the original records; and

2. The process or system is regularly verified by **AT&T**, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

August 12, 2019                    *Candace Valentine*

_____        _____
Date                               Signature

ATT-ATR008-00000003



**U.S. Department of Justice**

Antitrust Division

_450 5th Street NW_
_Washington, DC 20530-0001_

August 2, 2019

AT&T Wireless

    Re: Special January 2019 Grand Jury No. 19-GJ-256

Dear Sir or Madam:

    AT&T Wireless is being served with a grand jury subpoena for documents in a criminal antitrust investigation. The subpoena directs the company to produce certain phone records to the grand jury by August 21, 2019.

    Subpoena productions must be made in the form of loadable electronic media (e.g., CDs). As a convenience, in lieu of having to appear personally before the grand jury to produce the documents and other materials demanded, you may deliver the required documents and materials to the Federal Bureau of Investigation at the following address:

        Special Agent LaNard Taylor
        Federal Bureau of Investigation
        Washington Field Office
        601 4th Street Northwest
        Washington, DC 20535
        Email: Ldtaylor@fbi.gov
        Phone: (202) 278-4166

    **If you choose this delivery method, you must ship the documents and other materials produced via hand-delivery courier or overnight FedEx express service, not U.S. mail. Please also complete and return the enclosed 902 (11) certificate of authenticity.**

    If you have any questions regarding this request, please call Special Agent Taylor at (202) 278-4166, or email him at Ldtaylor@fbi.gov. Thank you very much for your assistance.

                Sincerely,

                Michael Koenig
                Trial Attorney

ATT-ATR008-00000004

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

## UNITED STATES DISTRICT COURT
### for the
### NORTHERN DISTRICT OF ILLINOIS

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

**To:**   AT&T Wireless
ATTN: Global Legal Demand
11760 US Highway 1, Suite 600
North Palm Beach, FL 33408

**YOU ARE COMMANDED** to appear in this United States District Court at the time, date, and place shown below to testify before the Court's Grand Jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: Dirksen Federal Building, Rm. 1625 219 S. Dearborn Chicago, Illinois 60604 Grand Jury: SPECIAL JANUARY 2019 GRAND JURY  19 GJ 256 | Date and Time: August 21, 2019 9:30 a.m. |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

See attachment.

Date:  August 2, 2019

**CLERK OF COURT**

*Thomas G. Bruton*

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail and telephone number of the United States Attorney, or Assistant United States Attorney, who requests this subpoena, are:
Michael Koenig  (michael.koenig@usdoj.gov)
Trial Attorney
U.S. Department of Justice, Antitrust Division
450 Fifth Street, NW, Room 11704
Washington, DC 20530
(202) 616-2165

ATT-ATR008-00000005

DEC-31-2010   08:19                                                                                              P.004

AT&T Wireless
ATTN: Global Legal Demand
11760 US Highway 1, Suite 600
North Palm Beach, FL 33408

## ATTACHMENT

**Accounts:**

1. 479-879-2092
2. 479-263-9573
3. 479-799-5063
4. 479-926-0498
5. 770-713-6590
6. 678-230-5196
7. 770-363-7129
8. 214-755-6081
9. 678-640-1622
10. 770-654-7200
11. 770-540-4972
12. 770-329-7505
13. 302-299-0275
14. 479-236-2020
15. 479-283-8817
16. 540-578-1008
17. 770-597-5779
18. 678-218-9433
19. 256-536-2160
20. 912-739-1158
21. 479-927-7225
22. 214-697-6066
23. 770-232-4346
24. 770-597-0526
25. 806-363-9153
26. 828-244-6940

ATT-ATR008-00000006

AT&T Wireless
ATTN: Global Legal Demand
11760 US Highway 1, Suite 600
North Palm Beach, FL 33408

Please provide the following records and information associated with the identified account(s)
from **January 1, 2012 to present**:

1.  Names (including subscriber names, user names, and screen names);

2.  Addresses (including mailing addresses, residential addresses, business addresses,
    and e-mail addresses);

3.  Local and long-distance telephone connection records, including text or data
    message detail;

4.  Records of session times and durations, and the temporarily assigned network
    addresses (such as Internet Protocol ("IP") addresses) associated with those
    sessions;

5.  Length of service (including start date) and types of service utilized;

6.  Telephone or instrument numbers (including MAC addresses, Electronic Serial
    Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile
    Equipment Identifier ("MEID"), Mobile Identification Numbers ("MIN"),
    Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services
    Digital Network Number ("MSISDN"), International Mobile Subscriber
    Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI"));

7.  Other subscriber numbers or identities (including the registration Internet Protocol
    ("IP") address);

8.  Means and source of payment for such service (including any credit card or bank
    account number) and billing records.

**This subpoena does not request and you should not provide information that would
disclose the content of any electronic communication as defined in Title 18, United
States Code § 2510(8).**

ATT-ATR008-00000007



# RESPONSE COVER SHEET

AT&T
11760 US HWY 1, SUITE 300
NORTH PALM BEACH FL 33408

Phone (800) 635-6840    Facsimile (888) 938-4715

**To:**   SA LANARD TAYLOR
FBI 92263
601 E. TAHQUITZ CANYON DR
SUITE 200
PALM SPRINGS, CA 92262

**File Code:  2786528**

**From:  CV**

**Phone Number:  (202) 278-4166**          Request Dated: 8/2/2019          **Number of Pages:**
**Fax Number: 1**                                    Received On: 8/2/2019           **Date: 8/12/2019**
**Case Number:**
**Case Name:**

The number referenced is an AT&T Prepaid Account. All available information responsive to this Legal Demand is enclosed.

Number(s) listed in the Legal Demand may not have been assigned to AT&T or an AT&T subscriber(s) during the entire time frame listed.  However, although the number(s) may have been assigned to another carrier during some or all of the time requested, the number(s) may have roamed on the AT&T network or received/made calls from/to an AT&T subscriber during the referenced date range, and, if available, AT&T has produced that responsive information.   These numbers will not be accompanied by a subscriber report.

AT&T objects to this Legal Demand to the  extent it did not provide service for the number(s) listed in the Legal Demand for the time periods referenced.  AT&T is unable to comply with the Legal Demand to the extent it does not have responsive information. - Target # 678 640-1622, 770 540-4972, & 770 654-7200

AT&T does not have information responsive to the Legal Demand because the AT&T number in question has not been assigned to a customer.  Numbers such as this are commonly used for routing purposes.
- Target # 256 536-2160 & Target # 806 363-9153

AT&T objects to the Legal Demand because it is unable to identify a unique subscriber based on the date range provided and, thus, cannot provide a response.  If you still wish to obtain information, please resubmit your Legal Demand and request information on all subscribers. - Target # 770 232-4346

We are unable to produce copies of invoices for specific time periods that include the month, day and year.  If copies of invoices are needed, please send a valid legal demand requesting only the month(s) and year(s) of the invoices needed or request an invoice(s) that encompasses a specific date range.

**CONFIDENTIALITY NOTICE**
This cover sheet, and any document which may accompany it, contains information from the Global Legal Demand Center which is intended for use only by the individual to whom it is addressed, and which may contain information that is privileged, confidential and/or otherwise exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient or the person responsible for delivering this message to the intended recipient, any review, disclosure, dissemination, distribution, copying or other use of this message or its substance is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone to arrange for the return of this communication to us at our expense.  Thank you.

ATT-ATR008-00000001

**After conducting a thorough search of all identifiers listed in the legal demand, all available information responsive to this demand is enclosed.**

**CONFIDENTIALITY NOTICE**

This cover sheet, and any document which may accompany it, contains information from AT&T Wireless which is intended for use only by the individual to whom it is addressed, and which may contain information that is privileged, confidential and/or otherwise exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient or the person responsible for delivering this message to the intended recipient, any review, disclosure, dissemination, distribution, copying or other use of this message or its substance is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone to arrange for the return of this communication to us at our expense.  Thank you.

ATT-ATR008-00000002

# Exhibit 20-2



AT&T
11760 US HWY 1, SUITE 300
NORTH PALM BEACH FL 33408

(800) 635-6840
(888) 938-4715 (Fax)

## <u>CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO<br>FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)</u>

I, **Michael Owen**, attest, under penalties of perjury by the laws of the United States of America
pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and
correct. I am employed by **AT&T**, and my title is **Legal Compliance Analyst**. I am qualified to
authenticate the records attached hereto because I am familiar with how the records were created,
managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the
original records in the custody of **AT&T**. I further state that:

a. All records attached to this certificate were made at or near the time of the occurrence of
the matter set forth by, or from information transmitted by, a person with knowledge of
those matters, they were kept in the ordinary course of the regularly conducted business
activity of **AT&T** , and they were made by **AT&T** as a regular practice; and

b. Such records were generated by **AT&T's** electronic process or system that produces an
accurate result, to wit:

1. The records were copied from electronic device(s), storage medium(s), or file(s)
in the custody of **AT&T** in a manner to ensure that they are true duplicates of the
original records; and

2. The process or system is regularly verified by **AT&T**, and at all times pertinent to
the records certified here the process and system functioned properly and
normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the
Federal Rules of Evidence.

September 18, 2019

*Michael Owen*

Date

Signature

# Exhibit 20-3



# RESPONSE COVER SHEET

AT&T
11760 US HWY 1, SUITE 300
NORTH PALM BEACH FL 33408

Phone (800) 635-6840    Facsimile (888) 938-4715

To:  **SA LANARD TAYLOR**
**FBI 90024**
**WASHINGTON FIELD OFFICE**
**INTERNATIONAL CORRUPTION SQUAD**

**File Code:  2945319**

**From:  DGR**

| | | |
|---|---|---|
| **Phone Number:  (202) 278-4166** | **Request Dated:  3/6/2020** | **Number of Pages:** |
| **Fax Number: 1** | **Received On:  3/9/2020** | **Date:  4/6/2020** |
| **Case Number:** | | |
| **Case Name:** | | |

**After conducting a thorough search of all identifiers listed in the legal demand, all available information responsive to this demand is enclosed.**

**CONFIDENTIALITY NOTICE**
This cover sheet, and any document which may accompany it, contains information from the Global Legal Demand Center which is intended for use only by the individual to whom it is addressed, and which may contain information that is privileged, confidential and/or otherwise exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient or the person responsible for delivering this message to the intended recipient, any review, disclosure, dissemination, distribution, copying or other use of this message or its substance is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone to arrange for the return of this communication to us at our expense.  Thank you.

ATT-ATR004-00025551



AT&T
11760 US HWY 1, SUITE 300
NORTH PALM BEACH FL 33408

(800) 635-6840
(888) 938-4715 (Fax)

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, **Daniel Reller**, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by **AT&T**, and my title is **Legal Compliance Analyst**. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of **AT&T**. I further state that:

a. All records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of **AT&T** , and they were made by **AT&T** as a regular practice; and

b. Such records were generated by **AT&T's** electronic process or system that produces an accurate result, to wit:

1. The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of **AT&T** in a manner to ensure that they are true duplicates of the original records; and

2. The process or system is regularly verified by **AT&T**, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

April 6, 2020

*Daniel Reller*

Date

Signature

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the
## NORTHERN DISTRICT OF ILLINOIS

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

**To:**   AT&T Wireless
ATTN: Global Legal Demand
11760 US Highway 1, Suite 600
North Palm Beach, FL 33408

**YOU ARE COMMANDED** to appear in this United States District Court at the time, date, and place shown below to testify before the Court's Grand Jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: Dirksen Federal Building, Rm. 1625 219 S. Dearborn Chicago, Illinois 60604 Grand Jury:  SPECIAL JANUARY 2019 GRAND JURY  19 GJ 256 | Date and Time: March 18, 2020 9:30 a.m. |
|---|---|

**You must also bring with you the following documents, electronically stored information, or objects** *(blank if not applicable)***:**

See attachment.

Date:  March 6, 2019

*CLERK OF COURT*

*Thomas G. Bruton*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail and telephone number of the United States Attorney, or Assistant United States Attorney, who requests this subpoena, are:
Michael Koenig   (michael.koenig@usdoj.gov)
Trial Attorney
U.S. Department of Justice, Antitrust Division
450 Fifth Street, NW, Room 11704
Washington, DC 20530
(202) 616-2165

AT&T Wireless
ATTN: Global Legal Demand
11760 US Highway 1, Suite 600
North Palm Beach, FL 33408

## ATTACHMENT

**Accounts:**

1. 479-361-9836
2. 479-927-7270
3. 479-236-2567

Please provide the following records and information associated with the identified account(s) from **January 1, 2012 to present**:

1. Names (including subscriber names, user names, and screen names);

2. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

3. Local and long-distance telephone connection records, including text or data message detail;

4. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

5. Length of service (including start date) and types of service utilized;

6. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"), International Mobile Subscriber Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI"));

7. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address);

8. Means and source of payment for such service (including any credit card or bank account number) and billing records.

**This subpoena does not request and you should not provide information that would disclose the content of any electronic communication as defined in Title 18, United States Code § 2510(8).**

# Exhibit 20-4

AT&T
11760 US HWY 1, SUITE 300
NORTH PALM BEACH FL 33408

(800) 635-6840
(888) 938-4715 (Fax)

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, **Tamica Williamson**, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by **AT&T**, and my title is **Legal Compliance Analyst**. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of **AT&T**. I further state that:

   a.  All records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of **AT&T** , and they were made by **AT&T** as a regular practice; and

   b.  Such records were generated by **AT&T's** electronic process or system that produces an accurate result, to wit:

      1.   The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of **AT&T** in a manner to ensure that they are true duplicates of the original records; and

      2.   The process or system is regularly verified by **AT&T**, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

April 9, 2020              *Tamica Williamson*

| | |
|---|---|
| Date | Signature |

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
### for the
### NORTHERN DISTRICT OF ILLINOIS

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

**To:**  AT&T Global Legal Demand Center
AT&T Corporation
1760 US Highway 1, Suite 600
North Palm Beach, FL 33408

**YOU ARE COMMANDED** to appear in this United States District Court at the time, date, and place shown below to testify before the Court's Grand Jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| **Place:**<br>Dirksen Federal Building, Rm. 1625<br>219 S. Dearborn<br>Chicago, Illinois 60604<br>Grand Jury: SPECIAL JANUARY 2019 GRAND JURY  19 GJ 256 | **Date and Time:**<br>April 22, 2020<br>9:30 a.m. |
|---|---|

**You must also bring with you the following documents, electronically stored information, or objects** *(blank if not applicable)*:

See attachment.

Date:  March 27, 2019

*CLERK OF COURT*

*Thomas G. [Signature]*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail and telephone number of the United States Attorney, or Assistant United States Attorney, who requests this subpoena, are:

Michael Koenig   (michael.koenig@usdoj.gov)
Trial Attorney
U.S. Department of Justice, Antitrust Division
450 Fifth Street, NW, Room 11704
Washington, DC 20530
(202) 616-2165

AT&T Global Legal Demand Center
AT&T Corporation
11760 US Highway 1, Suite 600
North Palm Beach, FL 33408

## ATTACHMENT

**Accounts:**

1. 256-536-6120

Please provide the following records and information associated with the identified account(s) from **January 1, 2012 to present**:

1. Names (including subscriber names, user names, and screen names);

2. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

3. Local and long-distance telephone connection records, including text or data message detail;

4. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

5. Length of service (including start date) and types of service utilized;

6. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"), International Mobile Subscriber Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI"));

7. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and

8. Means and source of payment for such service (including any credit card or bank account number) and billing records.

**This subpoena does not request and you should not provide information that would disclose the content of any electronic communication as defined in Title 18, United States Code § 2510(8).**

# RESPONSE COVER SHEET

AT&T
11760 US HWY 1, SUITE 300
NORTH PALM BEACH FL 33408

Phone (800) 635-6840   Facsimile (888) 938-4715

To:   **SA LANARD TAYLOR**
**FBI 20535**
**601 FOURTH STREET NW**
**WASHINGTON, DC 20535**

**File Code:  2947058**

From:  **TLW**

**Phone Number:  (202) 278-4166**        Request Dated:             Number of Pages:
**Fax Number: 1**                        Received On:               Date: 4/9/2020
**Case Number:**
**Case Name:**

**After conducting a thorough search of all identifiers listed in the legal demand, all available information responsive to this demand is enclosed.**

**CONFIDENTIALITY NOTICE**
This cover sheet, and any document which may accompany it, contains information from the Global Legal Demand Center which is intended for use only by the individual to whom it is addressed, and which may contain information that is privileged, confidential and/or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the person responsible for delivering this message to the intended recipient, any review, disclosure, dissemination, distribution, copying or other use of this message or its substance is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone to arrange for the return of this communication to us at our expense. Thank you.

# Exhibit 20-5

2958494  NMD



AT&T
11760 US HWY 1, SUITE 300
NORTH PALM BEACH FL 33408

(800) 635-6840
(888) 938-4715 (Fax)

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, **Nicholas DeRoy**, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by **AT&T**, and my title is **Legal Compliance Analyst**. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of **AT&T**. I further state that:

a.  All records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of **AT&T** , and they were made by **AT&T** as a regular practice; and

b.  Such records were generated by **AT&T's** electronic process or system that produces an accurate result, to wit:

1.  The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of **AT&T** in a manner to ensure that they are true duplicates of the original records; and

2.  The process or system is regularly verified by **AT&T**, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

April 27, 2020                          *Nicholas DeRoy*

_____                _____
Date                                    Signature



# RESPONSE COVER SHEET

AT&T
11760 US HWY 1, SUITE 300
NORTH PALM BEACH FL 33408

Phone (800) 635-6840   Facsimile (888) 938-4715

To:   **SA LANARD TAYLOR**
FBI 20535
601 FOURTH STREET NW
WASHINGTON, DC 20535

**File Code:  2958494**

From:  **NMD**

Phone Number: (202) 278-4166
**Fax Number: 1**
**Case Number:**
**Case Name:**

Request Dated:  4/17/2020
Received On:  4/18/2020

Number of Pages:
Date: 4/27/2020

**After conducting a thorough search of all identifiers listed in the legal demand, all available information responsive to this demand is enclosed.**

**CONFIDENTIALITY NOTICE**

This cover sheet, and any document which may accompany it, contains information from the Global Legal Demand Center which is intended for use only by the individual to whom it is addressed, and which may contain information that is privileged, confidential and/or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the person responsible for delivering this message to the intended recipient, any review, disclosure, dissemination, distribution, copying or other use of this message or its substance is strictly prohibited. If you have received this communication in error, please notify

# Exhibit 20-6

AT&T
11760 US HWY 1, SUITE 300
NORTH PALM BEACH FL 33408

(800) 635-6840
(888) 938-4715 (Fax)

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, **Mickhael Romero**, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.  I am employed by **AT&T**, and my title is **Legal Compliance Analyst**.  I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved.  I state that the records attached hereto are true duplicates of the original records in the custody of **AT&T**.  I further state that:

a.  All records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of **AT&T** , and they were made by **AT&T** as a regular practice; and

b.  Such records were generated by **AT&T's** electronic process or system that produces an accurate result, to wit:

1.  The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of **AT&T** in a manner to ensure that they are true duplicates of the original records; and

2.  The process or system is regularly verified by **AT&T**, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

August 30, 2020                           *Mickhael Romero*

_____          _____
Date                                            Signature

19-1

AO 110  (Rev. 01/09) Subpoena to Testify Before Grand Jury

# UNITED STATES DISTRICT COURT

for the
District of Colorado

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To:   AT&T Wireless
      ATTN: Global Legal Demand                 ☐ PERSON              ☒ DOCUMENTS/OBJECTS
      11760 US Highway 1, Suite 600
      North Palm Beach, FL 33408

   **YOU ARE COMMANDED**  to appear in the United States district court at the time, date and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place:   Byron Rogers Courthouse | Date and Time: |
|---|---|
| 1929 Stout Street | October 6, 2020 |
| Denver, CO 80294 | 8:00 a.m. |

   You must also bring with you the following documents, electronically stored information, or objects (blank if not applicable):

   See attachment.

Date: 8/26/2020



*CLERK OF COURT*, Jeffrey P. Cowell

s/ N. Richards, Deputy Clerk
_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who request this subpoena, are:

MICHAEL KOENIG
Trial Attorney
Department of Justice, Antitrust Division                        20-0800
450 Fifth Street, NW
Washington, DC 20530
202-616-2165

AT&T
ATTN: Global Legal Demand
11760 US Highway 1, Suite 600
North Palm Beach, FL 33408

## ATTACHMENT

Please provide the following records and information associated with the identified account(s) for the following time frames:

| **Account** | **Time Frame** |
| --- | --- |
| 410-341-2064 | January 1, 2012 to Present |

## Records to Be Produced:

1. Names (including subscriber names, user names, and screen names);

2. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

3. Local and long-distance telephone connection records, including text or data message detail;

4. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

5. Length of service (including start date) and types of service utilized;

6. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"), International Mobile Subscriber Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI"));

7. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address);

8. Means and source of payment for such service (including any credit card or bank account number) and billing records.

**This subpoena does not request and you should not provide information that would disclose the content of any electronic communication as defined in Title 18, United States Code § 2510(8).**

# Exhibit 20-7

AT&T
11760 US HWY 1, SUITE 300
NORTH PALM BEACH FL 33408

(800) 635-6840
(888) 938-4715 (Fax)

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, **Brad Hart**, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by **AT&T**, and my title is **Legal Compliance Analyst**. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of **AT&T**. I further state that:

   a. All records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of **AT&T** , and they were made by **AT&T** as a regular practice; and

   b. Such records were generated by **AT&T's** electronic process or system that produces an accurate result, to wit:

      1. The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of **AT&T** in a manner to ensure that they are true duplicates of the original records; and

      2. The process or system is regularly verified by **AT&T**, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

August 29, 2020                          *Brad Hart*

_____          _____
Date                                      Signature

**RESPONSE COVER SHEET**
AT&T
11760 US HWY 1, SUITE 300
NORTH PALM BEACH FL 33408

Phone (800) 635-6840    Facsimile (888) 938-4715

To:   **SA LANARD TAYLOR**                                        **File Code:  3045279**
      **FBI 20535**
      **601 FOURTH STREET NW**
      **WASHINGTON, DC 20535**

                                                                 From:  **BAH**

Phone Number:  (202) 278-4166          Request Dated: 8/24/2020      Number of Pages:
**Fax Number: 1**                       Received On: 8/24/2020        Date: 9/3/2020
**Case Number:**
**Case Name:**

After conducting a thorough search of all identifiers listed in the legal demand, all available information responsive to this demand is enclosed.

Number(s) 205-380-3277 AND 214-920 listed in the Legal Demand may not have been assigned to AT&T or an AT&T subscriber(s) during the entire time frame listed.   However, although the number(s) may have been assigned to another carrier during some or all of the time requested, the number(s) may have roamed on the AT&T network or received/made calls from/to an AT&T subscriber during the referenced date range, and, if available, AT&T has produced that responsive information.    These numbers will not be accompanied by a subscriber report.

**CONFIDENTIALITY NOTICE**
This cover sheet, and any document which may accompany it, contains information from the Global Legal Demand Center which is intended for use only by the individual to whom it is addressed, and which may contain information that is privileged, confidential and/or otherwise exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient or the person responsible for delivering this message to the intended recipient, any review, disclosure, dissemination, distribution, copying or other use of this message or its substance is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone to arrange for the return of this communication to us at our expense.  Thank you.

19-1

AO 110 (Rev. 01/09) Subpoena to Testify Before Grand Jury

# UNITED STATES DISTRICT COURT

for the
District of Colorado

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To:    AT&T Wireless
      ATTN: Global Legal Demand      ☐ PERSON      ☒ DOCUMENTS/OBJECTS
      11760 US Highway 1, Suite 600
      North Palm Beach, FL 33408

      **YOU ARE COMMANDED** to appear in the United States district court at the time, date and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | Byron Rogers Courthouse | Date and Time: |
|---|---|---|
| | 1929 Stout Street | October 6, 2020 |
| | Denver, CO 80294 | 8:00 a.m. |

      You must also bring with you the following documents, electronically stored information, or objects (blank if not applicable):

     See attachment.

Date: 8/24/2020



*CLERK OF COURT*, Jeffrey P. Cowell

s/ N. Richards, Deputy Clerk

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who request this subpoena, are:

MICHAEL KOENIG
Trial Attorney
Department of Justice, Antitrust Division          20-0782
450 Fifth Street, NW
Washington, DC 20530
202-616-2165

AT&T
ATTN: Global Legal Demand
11760 US Highway 1, Suite 600
North Palm Beach, FL 33408

## ATTACHMENT

Please provide the following records and information associated with the identified account(s) for the following time frames:

| Account | Time Frame |
|---|---|
| 205-380-3277 | January 1, 2012 to Present |
| 312-806-8731 | January 1, 2012 to Present |
| 479-442-7226 | January 1, 2012 to Present |
| 479-841-7555 | January 1, 2012 to Present |
| 214-755-6081 | August 2, 2019 to Present |
| 214-920-2284 | April 17, 2020 to Present |

## Records to Be Produced:

1. Names (including subscriber names, user names, and screen names);

2. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

3. Local and long-distance telephone connection records, including text or data message detail;

4. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

5. Length of service (including start date) and types of service utilized;

6. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"), International Mobile Subscriber Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI"));

7. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address);

8. Means and source of payment for such service (including any credit card or bank account number) and billing records.

**This subpoena does not request and you should not provide information that would disclose the content of any electronic communication as defined in Title 18, United States Code § 2510(8).**

# Exhibit 20-8



AT&T
11760 US HWY 1, SUITE 300
NORTH PALM BEACH FL 33408

(800) 635-6840
(888) 938-4715 (Fax)

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, **Carol Gilligan**, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.  I am employed by **AT&T**, and my title is **Legal Compliance Analyst**.  I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved.  I state that the records attached hereto are true duplicates of the original records in the custody of **AT&T**.  I further state that:

a.   All records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of **AT&T** , and they were made by **AT&T**  as a regular practice; and

b.   Such records were generated by **AT&T's** electronic process or system that produces an accurate result, to wit:

1.   The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of **AT&T** in a manner to ensure that they are true duplicates of the original records; and

2.   The process or system is regularly verified by **AT&T**, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

October 15, 2020                          *Carol Gilligan*

_____          _____
Date                                          Signature

19-1

AO 110  (Rev. 01/09) Subpoena to Testify Before Grand Jury

# UNITED STATES DISTRICT COURT

for the

District of Colorado

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To:     Custodian of Records          ☐ PERSON          ☒ DOCUMENTS/OBJECTS
        AT&T
        11760 US Highway 1, Suite 600
        North Palm Beach, FL 33408

**YOU ARE COMMANDED** to appear in the United States district court at the time, date and place shown below to testify before the court's grand jury.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place:   Byron Rogers Courthouse | Date and Time: |
| 1929 Stout Street | August 4, 2020          8:00am |
| Denver, CO 80294 | |

You must also bring with you the following documents, electronically stored information, or objects (blank if not applicable):

See attachment.

Date: 7/10/2020

*CLERK OF COURT*, Jeffrey P.  Cowell

s/ N. Richards, Deputy Clerk

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who request this subpoena, are:

Mike Koenig
Trial Attorney
 Department of Justice, Antitrust Division
450 Fifth Street, NW, 11439
Washington, DC 20530
202-616-2165

20-0624

ATT-ATR012-00000005

AT&T
ATTN: Global Legal Demand
11760 US Highway 1, Suite 600
North Palm Beach, FL 33408

**20-0624**
**ATTACHMENT**

**Account(s):**
    a.  (479) 283-8817
    b.  (479) 530-2135
    c.  (479) 927-7257
    d.  (479) 927-7225

The following records and information associated with the identified account(s) from **January 1,**

**2012 to present**:

1. Names (including subscriber names, user names, and screen names);

2. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

3. Local and long-distance telephone connection records, including text or data message detail;

4. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

5. Length of service (including start date) and types of service utilized;

6. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"), International Mobile Subscriber Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI"));

7. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address);

8. Means and source of payment for such service (including any credit card or bank account number) and billing records.

**This subpoena does not request and you should not provide information that would disclose the content of any electronic communication as defined in Title 18, United States Code § 2510(8).**

ATT–ATR012–00000006

# Exhibit 20-9

AT&T
11760 US HWY 1, SUITE 300
NORTH PALM BEACH FL 33408

(800) 635-6840
(888) 938-4715 (Fax)

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, **Darko Gospavic**, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by **AT&T**, and my title is **Legal Compliance Analyst**. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of **AT&T**. I further state that:

    a.   All records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of **AT&T** , and they were made by **AT&T** as a regular practice; and

    b.   Such records were generated by **AT&T's** electronic process or system that produces an accurate result, to wit:

        1.     The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of **AT&T** in a manner to ensure that they are true duplicates of the original records; and

        2.     The process or system is regularly verified by **AT&T**, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

October 3, 2020             *Darko Gospavic*

_____     _____
Date                   Signature

19-1

AO 110  (Rev. 01/09) Subpoena to Testify Before Grand Jury

# UNITED STATES DISTRICT COURT
for the
District of Colorado

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To:    AT&T Wireless
       ATTN: Global Legal Demand                    ☐ PERSON          ☒ DOCUMENTS/OBJECTS
       11760 US Highway 1, Suite 600
       North Palm Beach, FL 33408

**YOU ARE COMMANDED** to appear in the United States district court at the time, date and place shown
below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court
officer allows you to leave.

| Place: | Byron Rogers Courthouse | Date and Time: |
|---|---|---|
| | 1929 Stout Street | November 3, 2020 |
| | Denver, CO 80294 | 8:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects (blank if not
applicable):

See attachment.

Date: 9/29/2020



*CLERK OF COURT*, Jeffrey P. Cowell

s/ N. Richards, Deputy Clerk

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who request
this subpoena, are:

MICHAEL KOENIG
Trial Attorney
Department of Justice, Antitrust Division                                    20-0933.
450 Fifth Street, NW
Washington, DC 20530
202-616-2165

AT&T
ATTN: Global Legal Demand
11760 US Highway 1, Suite 600
North Palm Beach. FL 33408

## ATTACHMENT

Please provide the following records and information associated with the identified account(s) from **August 12, 2019 to present**:

**Account**

770-597-5779

**Records to Be Produced:**

1.  Names (including subscriber names, user names, and screen names);

2.  Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

3.  Local and long-distance telephone connection records, including text or data message detail;

4.  Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

5.  Length of service (including start date) and types of service utilized;

6.  Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"), International Mobile Subscriber Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI"));

7.  Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address);

8.  Means and source of payment for such service (including any credit card or bank account number) and billing records.

**This subpoena does not request and you should not provide information that would disclose the content of any electronic communication as defined in Title 18, United States Code § 2510(8).**

# Exhibit 21-1



**DECLARATION**

I, Karen Valdez, declare under penalty of perjury as follows:

1. I am employed by CenturyLink, and my official title is Security Specialist IV. I am the custodian of records for the documents delivered to Special Agent LaNard Taylor. I am familiar with my company's record keeping practices.

2. I certify that each of the records attached hereto is a duplicate of the original records in my company's custody.

3. I further certify that the records enclosed with this Declaration were (A) made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters, (B) kept in the course of the business's regularly conducted activity, and (C) made by the business's regularly conducted activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/22/2020
CenturyLink Case Number: 2020-00003387

*Karen Valdez*
_____
Karen Valdez
Security Specialist IV
CenturyLink
Law Enforcement Support Team

# Exhibit 22-1

## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS

I, EMILIE WHITEHEAD_____ the undersigned, certify that:

1.  I am employed by or associated with Cellular South, Inc., d/b/a C Spire

    telecommunication services and my duties include, among other activities, acting

    as Custodian of Records, and as such I am the custodian of the records which are

    the subject of this declaration.

2.  By reason of my position I am authorized and qualified to make this declaration.

3.  To the best of my knowledge, information and belief, the documents attached

    hereto are originals or true copies of electronic business records which:

    a.  were made at or near the time of the occurrence of the matters set forth by,

        or from information transmitted by, a person with knowledge of those

        matters;

    b.  were kept in the course of the regularly conducted activity;

    c.  were made in the regularly conducted activity as a regular practice; and

    d.  contains subscriber information for 601-498-7648 with call detail and

        transmission records of text messages from March 2, 2015 through

        September 2, 2016 and call detail, transmission records of text messages

        and data usage from February 1, 2018 through August 2, 2019.

Date of Execution: *October 28, 2020*

Place of Execution: Ridgeland, Mississippi_____

Signature: *Emilie F. Whitehead*

STATE OF MISSISSIPPI

COUNTY OF  Madison

PERSONALLY came and appeared before me, the undersigned authority for said state and county,  EMILIE F. WHITEHEAD  , the  Custodian of Records  of Cellular South, Inc., d/b/a C Spire who acknowledged to me that she signed and delivered the foregoing instrument on the day and year therein stated for and on behalf of Cellular South, Inc., d/b/a C Spire as its act and deed, after first being duly authorized so to do and that upon my oath the business records hereby delivered are true and correct copies of each business records as reflected in the certificate upon information and belief and of the inquiry duly made.

*Emilie F. Whitehead*

Emilie F. Whitehead

Subscribed and sworn to before and under my hand and official seal of office on the  20th  of  April  , 2020.

*Lotina O. Mackline*

NOTARY PUBLIC

My Commission Expires:

# Exhibit 22-2

## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS

I, <u>EMILIE WHITEHEAD</u>_____ the undersigned, certify that:

1.  I am employed by or associated with <u>Cellular South, Inc., d/b/a C Spire</u>

    <u>telecommunication services</u> and my duties include, among other activities, <u>acting</u>

    <u>as Custodian of Records</u>, and as such I am the custodian of the records which are

    the subject of this declaration.

2.  By reason of my position I am authorized and qualified to make this declaration.

3.  To the best of my knowledge, information and belief, the documents attached

    hereto are originals or true copies of electronic business records which:

    a.   were made at or near the time of the occurrence of the matters set forth by,

         or from information transmitted by, a person with knowledge of those

         matters;

    b.   were kept in the course of the regularly conducted activity;

    c.   were made in the regularly conducted activity as a regular practice; and

    d.   contains subscriber information with call detail, transmission records of

         text messages and data usage from May 1, 2016 through September 2,

         2016 for the following numbers:    601-498-9947    601-498-0456

Date of Execution: <u>April 20, 2020</u>

Place of Execution: <u>Ridgeland, Mississippi</u>

Signature: <u>Emilie F. Whitehead</u>

STATE OF MISSISSIPPI

COUNTY OF  Madison

PERSONALLY came and appeared before me, the undersigned authority for said

state and county,   EMILIE F. WHITEHEAD   , the  Custodian of Records   of

Cellular South, Inc., d/b/a C Spire who acknowledged to me that she signed and delivered

the foregoing instrument on the day and year therein stated for and on behalf of Cellular

South, Inc., d/b/a C Spire as its act and deed, after first being duly authorized so to do and

that upon my oath the business records hereby delivered are true and correct copies of

each business records as reflected in the certificate upon information and belief and of the

inquiry duly made.

*Emilie J. Whitehead*

Emilie F. Whitehead


Subscribed and sworn to before and under my hand and official seal of office on

the  20th  of  April  , 2020.

NOTARY PUBLIC

My Commission Expires:

# Exhibit 23-1

STATE OF MISSOURI          )

                           )

COUNTY OF ST. LOUIS        )

AFFIDAVIT OF RECORDS CUSTODIAN CERTIFYING RECORDS

PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, Madison Deranja, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.

I am employed by Charter Communications, Inc., (Charter) and my title is Paralegal I. Part of my job responsibilities is to review the records that Charter maintains relating to individual subscriber accounts to specific business records. I have reviewed the attached Charter records for (502)384-3828 in response to a lawful request dated and issued to Charter Communications.

I further state that:

1. All records attached to this certificate were made at or near the time of the occurrence of the activity;

2. These records are kept in the ordinary course of the regularly conducted business activity of Charter Communications and making such records is a regular practice of Charter Communications; and

3. These records were generated by Charter Communications by an electronic process or system that produces an accurate result.

FURTHER AFFIANT SAITH NOT.

04/29/2020

_____
Date

_____
Madison Deranja, Paralegal I
Legal Response Operations Center
Charter Communications, Inc.
12405 Powerscourt Drive
St. Louis, Missouri 63131
madison.deranja@charter.com
www.charter.com/lea



Madison Deranja
Paralegal I

April 29, 2020

LaNard Taylor
FBI
601 4th Street NW
Washington, DC 20535

**Re:** Charter Subscriber Information Request Dated
**Charter Case ID:** 106146
**Your Reference ID:** 19-GJ-256

Dear LaNard Taylor,

Charter Communications, Inc., ("Charter") acknowledges receipt of the above referenced request for subscriber information. Pursuant to the specific obligations imposed by 18 U.S.C. §2703, this letter is to advise you that Charter investigated and was able to identify the attached information.

Charter's billing and customer records from which the above information is obtained are subject to human error and Charter cannot always guarantee the accuracy of such records. You should not rely solely on this information and should always independently corroborate the information Charter provides with other information you have concerning the identity of the individual.

We understand this satisfies Charter's obligations in this regard. If you would like to discuss this matter, please contact me at (123) 456-7897. When calling, please reference Charter case number 106146.

Respectfully,

Madison Deranja, Paralegal I
madison.deranja@charter.com
www.charter.com/lea

12405 Powerscourt Dr., St. Louis, MO 63131 T: 314-394-9702 F: 314-909-0609 Email: leroc@charter.com

**SUBSCRIBER RECORD**

| Target Details | (502)384-3828 |
| --- | --- |

Account: 35634504

**ROGER AUSTIN**

15213 CRYSTAL SPRINGS WAY
LOUISVILLE, KY 40245

Digital Ph(s)

Home Ph                                                            (502)384-3828

Email                                                              lakelady29@aol.com

| Telephone Number | Install Date | Install Time | Disc Date | Disc Time |
| --- | --- | --- | --- | --- |
| 502 384-3828 | 3/11/13 | 16:26:01 | 11/08/16 | 12:16:01 |

Please find enclosed call records.

# Exhibit 24-1

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _Rebecca Gmail_ , attest, under penalties of perjury by the laws
*Name*

of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in

this certification is true and correct. I am employed by _Comcast_
*Entity*

(hereinafter "the entity"), and my title is _Legal Analyst_ . I am qualified
*Title*

to authenticate the records attached hereto because I am familiar with how the records were

created, managed, stored, and retrieved. I state that the records attached hereto are true

duplicates of the original records in the custody of the provider. The attached records consist of

_LCR4278Y4 - 877_ . I further state that:
*Generally describe records (pages/CDs or DVDs/megabytes)*

a.    all records attached to this certificate were made at or near the time of the

occurrence of the matter set forth by, or from information transmitted by, a person with

knowledge of those matters, they were kept in the ordinary course of the regularly conducted

business activity of the entity, and they were made by the entity as a regular practice; and

b.    such records were generated by the entity's electronic process or system that

produces an accurate result, to wit:

1.    the records were copied from electronic device(s), storage medium(s), or

file(s) in the custody of the entity in a manner to ensure that they are true duplicates of the

original records; and

2.    the process or system is regularly verified by the entity, and at all times

pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of

the Federal Rules of Evidence.

8|13|19

**Date**

Rebecca Camp

**Signature**

# Exhibit 24-2

4/30/2020 10:05 AM  FROM: Fax Federal Bureau of Investigation  TO: 2022784607   PAGE: 002 OF 008



Legal Response Center
1800 Bishops Gate Boulevard
Mount Laurel, NJ 08054
866-947-8572 Tel
866-947-5587 Fax

## BUSINESS CERTIFICATION OF RECORDS

**RE:   COMCAST FILE #: LCR492859**

I, Brandon Hauser , do hereby certify under penalties of perjury that I am the custodian

of records for Comcast Cable Communications, Inc. and the attached documents are true and

accurate copies of our business records made, maintained, and/or prepared by our company in the

course of regularly conducted business activity.

It is further certified that the records were made at or near the time of the occurrence of the

matters set forth, by a person with knowledge or from information transmitted by a person with

knowledge of those matters. The records were made and kept in course of regularly conducted

business activity and it is a regular practice of our company to make and keep such records.

Date: 4/29/2020             Signature  Brandon Hauser (electronic signature)

4/30/2020 10:05 AM  FROM: Fax Federal Bureau of Investigation  TO: 2022784607    PAGE: 001 OF 008



# COMCAST

## FACSIMILE TRANSMITTAL SHEET

| TO: LaNard Taylor | FROM: Comcast Legal Response Center |
|---|---|
| COMPANY: Federal Bureau of Investigation | DATE: 4/30/2020 10:05:37 AM |
| FAX NUMBER: 2022784607 | TOTAL NO. OF PAGES INCLUDING COVER: 8 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: LCR492859 |
| RE: LRC Compliance | YOUR REFERENCE NUMBER: 0000 |

☐ URGENT   ☑ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Attached you will find Comcast's response to the above referenced Subpoena. If you have any questions regarding this matter, please contact the Legal Response Center at 866-947-8572.

Sincerely,

Comcast Legal Response Center

650 CENTERTON ROAD, MOORESTOWN, NJ 08057

4/30/2020 10:05 AM  FROM: Fax Federal Bureau of Investigation  TO: 2022784607    PAGE: 003 OF 008



Legal Response Center
1800 Bishops Gate Boulevard
Mount Laurel, NJ 08054
866-947-8572 Tel
866-947-5587 Fax

## CONFIDENTIAL

April 29, 2020

Special Agent LaNard Taylor
Federal Bureau of Investigation
601 4th St. NW
Washington, District of Columbia (DC) 20535

RE:     Subpoena
Comcast File #: LCR492859

Dear Special Agent Taylor:

The Subpoena received on 04-20-2020 with respect to the above referenced matter has been forwarded to the Legal Response Center for a reply. The Subpoena requests Comcast to produce certain subscriber records pertaining to the following telephone number: (601) 651-6893 from 01/01/2014 to 12/31/2017.

Based on the information provided pursuant to the Subpoena, the subscriber information obtained has been provided below:

| | |
|---|---|
| Target Phone #: | (601) 651-6893 |
| Subscriber Name: | SANDERSON FARMS, INC. |
| Service Address: | 127 FLYNT ROAD |
| | LAUREL, MS 39443 |
| Billing Address: | PO BOX 988 |
| | LAUREL, MS 394410988 |
| Type of Service: | Comcast Digital Voice |
| Start of Service: | Unknown |
| Text Messages: | None Found |
| Call Detail Records: | See attached |
| Associated Phone #'s: | (601) 651-6500 through (601) 651-6519, |
| | (601) 651-6600 through (601) 651-6619, |
| | (601) 651-6700 through (601) 651-6719, |
| | (601) 651-6800 through (601) 651-6892, |
| | (601) 651-6894 through (601) 651-6899, |
| | (601) 651-6900 through (601) 651-6939 – Comcast Provided |

If you have any questions regarding this matter, please feel free to call 866-947-8572.

Very Truly Yours,
Comcast Legal Response Center

4/30/2020 10:05 AM  FROM: Fax Federal Bureau of Investigation  TO: 2022784607   PAGE: 004 OF 008

LP# : LCR492859   Terminating Number : 6016516893   Start Date : 2015-01-01   End Date : 2015-12-31

| Row# | Orig Number | Term Number | Orig/Term Ind | Call Duration | Call Date(UTC) |
|---|---|---|---|---|---|
| 1 | 6167967449 | 6016516893 | T | 0:00:24 | 7/24/2015 17:00 |
| 2 | 6018867964 | 6016516893 | T | 0:00:02 | 9/23/2015 3:55 |

4/30/2020 10:05 AM  FROM: Fax Federal Bureau of Investigation  TO: 2022784607   PAGE: 005 OF 008

LP# : LCR492859  Originating Number : 6016516893  Start Date : 2016-01-01  End Date : 2016-12-31

| Row# | Orig Number | Term Number | Orig/Term Ind | Call Duration | Call Date(UTC) |
|------|-------------|-------------|---------------|---------------|----------------|
| 1 | 6016516893 | 6016494030 | O | 0:00:13 | 11/16/2016 2:54 |

4/30/2020 10:05 AM   FROM: Fax Federal Bureau of Investigation   TO: 2022784607   PAGE: 006 OF 008

LP# : LCR492859   Terminating Number : 6016516893      Start Date : 2016-01-01   End Date : 2016-12-31

| Row# | Orig Number | | Term Number | Orig/Term Ind | Call Duration | Call Date(UTC) |
|---|---|---|---|---|---|---|
| 1 | | 6018867964 | 6016516893 | T | 0:00:14 | 11/16/2016 2:54 |

4/30/2020 10:05 AM   FROM: Fax Federal Bureau of Investigation   TO: 2022784607   PAGE: 007 OF 008

LP# : LCR492859   Originating Number : 6016516893   Start Date : 2017-01-01   End Date : 2017-12-31

| Row# | Orig Number | Term Number | Orig/Term Ind | Call Duration | Call Date (UTC) |
|------|-------------|-------------|---------------|---------------|-----------------|
| 1 | 6016516893 | 6016494030 | O | 0:00:45 | 6/11/2017 2:21 |
| 2 | 6016516893 | 6016494030 | O | 0:00:07 | 6/11/2017 2:22 |
| 3 | 6016516893 | 8665282256 | O | 0:14:52 | 7/13/2017 13:04 |
| 4 | 6016516893 | 9039222659 | O | 0:00:41 | 7/28/2017 14:47 |

4/30/2020 10:05 AM  FROM: Fax Federal Bureau of Investigation  TO: 2022784607  PAGE: 008 OF 008

LP# : LCR492859   Terminating Number : 6016516893   Start Date : 2017-01-01   End Date : 2017-12-31

| Row# | Orig Number | Term Number | Orig/Term Ind | Call Duration | Call Date(UTC) |
|---|---|---|---|---|---|
| 1 | 8643860128 | 6016516893 | T | 0:00:00 | 5/15/2017 1:49 |
| 2 | 7182683944 | 6016516893 | T | 0:00:45 | 6/11/2017 2:21 |
| 3 | 7182683944 | 6016516893 | T | 0:00:08 | 6/11/2017 2:22 |
| 4 | 9039222659 | 6016516893 | T | 0:08:26 | 7/28/2017 14:56 |

# Exhibit 25-1



Law Enforcement Relations
4 Sylvan Way, Parsippany, N.J. 07054
Phone: (973) 292-8911 Fax: (973) 292-8697

August 20, 2019

T-Mobile / MetroPCS Tracking ID: 2419857

I, Sidney Dorsey, am employed by T-Mobile, U.S.A., Inc and I am a Custodian of Records.

I further state that all of the records described below and attached hereto are duplicates of the original and are true and complete copies of records maintained by T-Mobile, U.S.A., Inc.

## Description of records:

| MSISDN/Identifier | Start Date | End Date | Requested Item |
|---|---|---|---|
| 8055255870 | 08/13/2017 | 08/02/2019 | Call Details No Cells |
| 8055255870 | 01/01/2012 | 08/02/2019 | Subscriber Info |

I further state that:

A) Such records were made at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;

B) Such records were kept in the course of regularly conducted business activity;

C) The business activity made such records as a regular practice; and

D) If such record is not the original, such record is a duplicate of the original.

I hereby certify that the foregoing statement made by me is true. I understand that if any of the statements made by me herein are willfully false, I am subject to punishment.

Sincerely

Law Enforcement Relations Group

# Exhibit 26-1

VZ Logo

VERIZON SECURITY SUBPOENA COMPLIANCE
180 WASHINGTON VALLEY ROAD
BEDMINSTER NJ 07921
Phone: 888-483-2600 Fax:325-949-6916

April 16, 2020


FBI WASHINGTON DC
601 4TH ST NW
WASHINGTON DC 20535


**Verizon Case #: 20112480**
**Docket / File #: GJS**

State of Maryland

ss:

City of Baltimore


I, KIMBERLY REPROGEL, being duly sworn, depose and say:

I am the custodian of records for Verizon, and in that capacity, I certify that the attached 9 pages of records are true and accurate copies of the records created from the information maintained by Verizon in the actual course of business.  It is Verizon's ordinary practice to maintain such records, and that said records were made contemporaneously with the transaction and events stated therein, or within a reasonable time thereafter.


/s/ KIMBERLY REPROGEL_____


Certification following USCS Federal Rules of Evidence Rule 902 & 803.

# Exhibit 26-2

VZ Logo

VERIZON SECURITY SUBPOENA COMPLIANCE
180 WASHINGTON VALLEY ROAD
BEDMINSTER NJ 07921
Phone: 888-483-2600 Fax:325-949-6916

April 22, 2020

FBI WASHINGTON DC
601 4TH ST NW
WASHINGTON DC 20535

**Verizon Case #: 20123482**
**Docket / File #: 19-GJ-256**

State of Maryland

ss:

City of Baltimore

I, REBECCA WINTERS, being duly sworn, depose and say:

I am the custodian of records for Verizon, and in that capacity, I certify that the attached pages of records are true and accurate copies of the records created from the information maintained by Verizon in the actual course of business.  It is Verizon's ordinary practice to maintain such records, and that said records were made contemporaneously with the transaction and events stated therein, or within a reasonable time thereafter.

/s/ REBECCA WINTERS_____

Certification following USCS Federal Rules of Evidence Rule 902 & 803.

# Exhibit 26-3



VERIZON SECURITY SUBPOENA COMPLIANCE
180 WASHINGTON VALLEY ROAD]
BEDMINSTER, NJ 07921
Phone: 800-451-5242 Fax:888-667-0028

06/18/2020

Federal Bureau of Investigations
601 4th St North West
Washington, DC 20525

**Verizon Case #: 200143053**
**Docket / File #: 19-GJ-256**

State of New Jersey

ss:

City of Bedminster

I, Josh Ransegnola, being duly sworn, depose and say:

1. I am the custodian of records for Verizon, and in that capacity, I certify that the electronic excel spreadsheet are true and accurate copies of the records created from the information maintained by Verizon in the actual course of business
2. It is Verizon's ordinary practice to maintain such records, and that said records were made contemporaneously with the transaction and events stated therein, or within a reasonable time thereafter.

/s/ Josh Ransegnola

The attached fax was received from UnknownFaxMachine on 6/6/2020 at 12:16:23 PM.

JobID: 417979

NOV-05-2011   03:06     P.001

**FD-448 v.1.1**
Revised
03/23/2017

FEDERAL BUREAU OF INVESTIGATION
**FACSIMILE COVER SHEET**



## PRECEDENCE

◯ Immediate     ◯ Priority     ◉ Routine

## CLASSIFICATION

◯ Top Secret    ◯ Secret    ◯ Confidential    ◉ Unclassified

Dissemination Controls:

◯ LES     ◯ LES NOFORN     ◯ FOUO     ◯ FRI     ◯ RD/FRD

Upon removal of attachments the document is classified as:

◯ Top Secret    ◯ Secret    ◯ Confidential    ◉ Unclassified

### TO

| Name of Office: | Facsimile Number: | Date: |
|---|---|---|
| **Verizon Wireless** | 888-667-0028 | 06/06/2020 |
| Attn:<br>**VSAT** | Room: | Telephone Number:<br>888-483-2600 |

### FROM

| Name of Office: | Number of Pages: (including cover) |
|---|---|
| **Washington Field Office** | (5) |

Facsimile attachment contains:

Does this contain Personal Identifiable Information (PII)? Yes ☐ No ☑

| Originator's Name: | Originator's Telephone Number: | Originator's Facsimile Number: |
|---|---|---|
| **Special Agent LaNard Taylor** | **202-278-4166** | 202-278-4607 |

Approved:

### DETAILS

Subject:
**Federal Grand Jury Subpoena**

Special Handling Instructions:

Brief Description of Communication Faxed:
**Federal Grand Jury Subpoena**

### WARNING

**Information attached to the cover sheet** is U.S. Government Property. If you are not the intended recipient of this **information disclosure, reproduction, distribution, or use** of any information is strictly prohibited, § 641). Please notify **the originator or local FBI Office immediately to arrange for proper disposition.**

**UNCLASSIFIED**



U.S. Department of Justice

Antitrust Division

*450 5th Street NW*
*Washington, DC*
*20530-0001*

Verizon                                                      May 22, 2020
ATTN: Verizon Security Assistance Team
180 Washington Valley Road
Bedminster, NJ 07921

　　Re: Special January 2019 Grand Jury No. 19-GJ-256

Dear Sir or Madam:

　　Verizon is being served with a grand jury subpoena for documents in a criminal antitrust investigation. The subpoena directs the company to produce certain phone records to the grand jury by June 24, 2020.

　　Subpoena productions must be made in the form of loadable electronic media (e.g., CDs). As a convenience, in lieu of having to appear personally before the grand jury to produce the documents and other materials demanded, you may deliver the required documents and materials to the Federal Bureau of Investigation at the following address:

　　　　　　Special Agent LaNard Taylor
　　　　　　Federal Bureau of Investigation
　　　　　　Washington Field Office
　　　　　　601 4th Street Northwest
　　　　　　Washington, DC 20535
　　　　　　Email: Ldtaylor@fbi.gov
　　　　　　Phone: (202) 278-4166

　　**If you choose this delivery method, you must ship the documents and other materials produced via hand-delivery courier or overnight FedEx express service, not U.S. mail. Please also complete and return the enclosed 902 (11) certificate of authenticity.**

　　If you have any questions regarding this request, please call Special Agent Taylor at (202) 278-4166, or email him at Ldtaylor@fbi.gov. Thank you very much for your assistance.

　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　Michael Koenig
　　　　　　　　　　　　　Trial Attorney

NOV-05-2011  03:06                                                                    P.003

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF ILLINOIS

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

**To:**   Cellco Partnerships d/b/a Verizon Wireless
180 Washington Valley Road
Bedminster, NJ 07921

**YOU ARE COMMANDED** to appear in this United States District Court at the time, date, and place shown below to testify before the Court's Grand Jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place:<br>Dirksen Federal Building, Rm. 1625<br>219 S. Dearborn<br>Chicago, Illinois 60604<br>Grand Jury: SPECIAL JANUARY 2019 GRAND JURY 19 GJ 256 | Date and Time:<br>June 24, 2020<br>9:30 a.m. |
|---|---|

**You must also bring with you the following documents, electronically stored information, or objects (*blank if not applicable*):**

See attachment.

Date: May 21, 2020

CLERK OF COURT

*Thomas G. Bruton*

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail and telephone number of the United States Attorney, or Assistant United States Attorney, who requests this subpoena, are:
Michael Koenig  (michael.koenig@usdoj.gov)
Trial Attorney
U.S. Department of Justice, Antitrust Division
450 Fifth Street, NW, Room 11704
Washington, DC 20530
(202) 616-2165

Verizon
ATTN: Verizon Security Assistance Team
180 Washington Valley Road
Bedminster, NJ 07921

ATTACHMENT

**Account(s):**

1.  678-640-1922

Please provide the following records and information associated with the identified account(s) from **February 18, 2019 to present:**

    a.  Names (including subscriber names, user names, and screen names);

    b.  Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

    c.  Local and long-distance telephone connection records, including text or data message detail;

    d.  Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

    e.  Length of service (including start date) and types of service utilized;

    f.  Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"), International Mobile Subscriber Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI"));

    g.  Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address);

    h.  Means and source of payment for such service (including any credit card or bank account number) and billing records.

Verizon
ATTN: Verizon Security Assistance Team
180 Washington Valley Road
Bedminster, NJ 07921

**This subpoena does not request and you should not provide information that would disclose the content of any electronic communication as defined in Title 18, United States Code § 2510(8).**

**In lieu of appearance, all records and inquiries can be directed to:**

Special Agent LaNard Taylor
Federal Bureau of Investigation
Washington Field Office
601 4th Street Northwest
Washington, DC 20535
Tel: (202) 278-4166
Email: Ldtaylor@fbi.gov

# Exhibit 26-4



VERIZON SECURITY SUBPOENA COMPLIANCE
180 WASHINGTON VALLEY ROAD
BEDMINSTER NJ 07921
Phone: 800-451-5242 Fax:888-667-0028

September 8, 2020

FBI WASHINGTON DC
601 4TH ST NW
WASHINGTON DC 20535

**Verizon Case #: 20182809**
**Docket / File #: Grand Jury No. 20-0781**

State of New Jersey

ss:

County of Somerset

I, SCOTT HORWAY, attest on penalty of criminal punishment for false statement or false attestation that I am the Custodian of Record of Verizon.  I have reviewed the attached records.  I certify that these records are the original or duplicate copies of the original records in the custody of Verizon.  I further state that such records were made, at or near the time of the occurrence of the matters set forth, by a person of knowledge of those matters; such records were kept in the course of a regularly conducted business activity; the business activity made such records as a regular practice; and if such record is not the original, such records is a duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best of my knowledge and belief.

/s/ SCOTT HORWAY

Certification following USCS Federal Rules of Evidence Rule 902 & 803.

VERIZON-ATR004-00000812

# Exhibit 26-5

DEC-31-2010  08:22                                    ---    ------         P.006

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _Thomas Russell_____, attest, under penalties of perjury by the laws
        *Name*

of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in

this certification is true and correct.  I am employed by _Verizon Wireless_____
                                                                              *Entity*

(hereinafter "the entity"), and my title is _Legal Support Coordinator_____.  I am qualified
                                                                  *Title*

to authenticate the records attached hereto because I am familiar with how the records were

created, managed, stored, and retrieved.  I state that the records attached hereto are true

duplicates of the original records in the custody of the provider.  The attached records consist of

_18.6 MB_____.  I further state that:
        *Generally describe records (pages/CDs or DVDs/megabytes)*

    a.    all records attached to this certificate were made at or near the time of the

occurrence of the matter set forth by, or from information transmitted by, a person with

knowledge of those matters, they were kept in the ordinary course of the regularly conducted

business activity of the entity, and they were made by the entity as a regular practice; and

    b.    such records were generated by the entity's electronic process or system that

produces an accurate result, to wit:

        1.    the records were copied from electronic device(s), storage medium(s), or

file(s) in the custody of the entity in a manner to ensure that they are true duplicates of the

original records; and

        2.    the process or system is regularly verified by the entity, and at all times

pertinent to the records certified here the process and system functioned properly and normally.

VZW-ATR005-00000003

DEC-31-2010   08:23                                                                                  P.007

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of

the Federal Rules of Evidence.


8/26/2019                              /s/ Thomas Russell

**Date**                               **Signature**


TOTAL P.007

VZW-ATR005-00000004

# Exhibit 26-6

 VZ Logo

VERIZON SECURITY SUBPOENA COMPLIANCE
180 WASHINGTON VALLEY ROAD
BEDMINSTER NJ 07921
Phone: 888-483-2600 Fax:325-949-6916

April 16, 2020

FBI WASHINGTON DC
601 4TH ST NW
WASHINGTON DC 20535

**Verizon Case #: 20112480**
**Docket / File #: GJS**

State of Maryland

ss:

City of Baltimore

I, KIMBERLY REPROGEL, being duly sworn, depose and say:

I am the custodian of records for Verizon, and in that capacity, I certify that the attached 9 pages of records are true and accurate copies of the records created from the information maintained by Verizon in the actual course of business.  It is Verizon's ordinary practice to maintain such records, and that said records were made contemporaneously with the transaction and events stated therein, or within a reasonable time thereafter.

/s/ KIMBERLY REPROGEL

Certification following USCS Federal Rules of Evidence Rule 902 & 803.

VZW-ATR002-00000009

# Exhibit 26-7

JAN-18-2011  02:58                                                      P.005

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, Thomas Russell _____, attest, under penalties of perjury by the laws
                        *Name*

of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in

this certification is true and correct. I am employed by _____ Verizon Wireless _____
                                                                      *Entity*

(hereinafter "the entity"), and my title is ___ Legal Support Coordinator ___. I am qualified
                                                        *Title*

to authenticate the records attached hereto because I am familiar with how the records were

created, managed, stored, and retrieved. I state that the records attached hereto are true

duplicates of the original records in the custody of the provider. The attached records consist of

___ subscriber and activity records for mobile # 404-387-3125 ___. I further state that:
        *Generally describe records (pages/CDs or DVDs/megabytes)*

a.      all records attached to this certificate were made at or near the time of the

occurrence of the matter set forth by, or from information transmitted by, a person with

knowledge of those matters, they were kept in the ordinary course of the regularly conducted

business activity of the entity, and they were made by the entity as a regular practice; and

b.      such records were generated by the entity's electronic process or system that

produces an accurate result, to wit:

1.      the records were copied from electronic device(s), storage medium(s), or

file(s) in the custody of the entity in a manner to ensure that they are true duplicates of the

original records; and

2.      the process or system is regularly verified by the entity, and at all times

pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

9/16/2019                                    /s/ Thomas Russell

**Date**                                        **Signature**

# Exhibit 26-8

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____Michael Rozyla_____, attest, under penalties of perjury by the laws
*Name*

of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in

this certification is true and correct.  I am employed by ___Verizon Wireless_____
*Entity*

(hereinafter "the entity"), and my title is ____subpoena processor_____.  I am qualified
*Title*

to authenticate the records attached hereto because I am familiar with how the records were

created, managed, stored, and  retrieved.  I state that the records attached hereto are true

duplicates of the original records in the custody of the provider.  The attached records consist of

subscriber/call and text detail,toll records   ip session and payment for 3 numbers. I further state that:
*Generally describe records (pages/CDs or DVDs/megabytes)*

        a.        all records attached to this certificate were made at or near the time of the

occurrence of the matter set forth by, or from information transmitted by, a person with

knowledge of those matters, they were kept in the ordinary course of the regularly conducted

business activity of the entity, and they were made by the entity as a regular practice; and

        b.        such records were generated by the entity's electronic process or system that

produces an accurate result, to wit:

        1.        the records were copied from electronic device(s), storage medium(s), or

file(s) in the custody of the entity in a manner to ensure that they are true duplicates of the

original records; and

        2.        the process or system is regularly verified by the entity, and at all times

pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of

the Federal Rules of Evidence.

10/27/2020
_____              _____

Date                                             Signature

# Exhibit 26-9

0060-WF-3133914-GJ_0000065_1A0000074_0000022.html

VZ Logo

VERIZON SECURITY SUBPOENA COMPLIANCE
180 WASHINGTON VALLEY ROAD
BEDMINSTER NJ 07921
Phone: 800-451-5242 Fax:888-667-0028

September 8, 2020

DEPT OF JUSTICE ANTITRUST DIVISION
450 FIFTH ST NW STE 11300
WASHINGTON DC 20530

**Verizon Case #: 20190277**
**Docket / File #: 20-0799**
**Targets: 845-837-9495 & 615-351-5491**

State of New Jersey

ss:

County of Somerset

I, MATTHEW SCHRAGER, being duly sworn, depose and say:

I am the custodian of records for Verizon, and in that capacity, I certify that the attached records are true and accurate copies of the records created from the information maintained by Verizon in the actual course of business.  It is Verizon's ordinary practice to maintain such records, and that said records were made contemporaneously with the transaction and events stated therein, or within a reasonable time thereafter.

/s/ MATTHEW SCHRAGER_____

Certification following USCS Federal Rules of Evidence Rule 902 & 803.

# Exhibit 26-10

VZ Logo

VERIZON SECURITY SUBPOENA COMPLIANCE
180 WASHINGTON VALLEY ROAD
BEDMINSTER NJ 07921
Phone: 800-451-5242 Fax:888-667-0028

November 12, 2020

**Verizon Case #: 200098973**
**Docket / File #: NEW FAX FROM 2022782000**

State of New Jersey

ss:

County of Somerset

I, CLAY BROWN, being duly sworn, depose and say:

I am the custodian of records for Verizon, and in that capacity, I certify that the attached pages of records are true and accurate copies of the records created from the information maintained by Verizon in the actual course of business.  It is Verizon's ordinary practice to maintain such records, and that said records were made contemporaneously with the transaction and events stated therein, or within a reasonable time thereafter.

/s/ CLAY BROWN

Certification following USCS Federal Rules of Evidence Rule 902 & 803.

VZW-ATR011-00005366

# Exhibit 26-11

Verizon Wireless Case # 21213367 1

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _Matthew Griffin_ , attest, under penalties of perjury by the laws
*Name*

of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in

this certification is true and correct. I am employed by _Verizon Wireless_
*Entity*

(hereinafter "the entity"), and my title is _Subpoena Coordinator_ . I am qualified
*Title*

to authenticate the records attached hereto because I am familiar with how the records were

created, managed, stored, and retrieved. I state that the records attached hereto are true

duplicates of the original records in the custody of the provider. The attached records consist of

_subscriber, billing, and data usage records for the MDN 540-578-4392_ . I further state that:
*Generally describe records (pages/CDs or DVDs/megabytes)*

    a.    all records attached to this certificate were made at or near the time of the

occurrence of the matter set forth by, or from information transmitted by, a person with

knowledge of those matters, they were kept in the ordinary course of the regularly conducted

business activity of the entity, and they were made by the entity as a regular practice; and

    b.    such records were generated by the entity's electronic process or system that

produces an accurate result, to wit:

    1.    the records were copied from electronic device(s), storage medium(s), or

file(s) in the custody of the entity in a manner to ensure that they are true duplicates of the

original records; and

    2.    the process or system is regularly verified by the entity, and at all times

pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

| 03/30/2021 | \S\ Matthew Griffin |
| --- | --- |
| Date | Signature |

# Exhibit 26-12

VERIZON SECURITY SUBPOENA COMPLIANCE
180 WASHINGTON VALLEY ROAD
BEDMINSTER NJ 07921
Phone: 800-451-5242 Fax:888-667-0028

September 28, 2021

FBI WASHINGTON DC
601 4TH ST NW
WASHINGTON DC 20535

**Verizon Case #: 21327125**
**Docket / File #: 21-0921**

State of New Jersey

ss:

County of Somerset

I, DAVID PAGAN, being duly sworn, depose and say:

I am the custodian of records for Verizon, and in that capacity, I certify that the attached records are true and accurate copies of the records created from the information maintained by Verizon in the actual course of business.  It is Verizon's ordinary practice to maintain such records, and that said records were made contemporaneously with the transaction and events stated therein, or within a reasonable time thereafter.

/s/ DAVID PAGAN

Certification following USCS Federal Rules of Evidence Rule 902 & 803.

# Exhibit 26-13

 VZ Logo

VERIZON SECURITY SUBPOENA COMPLIANCE
180 WASHINGTON VALLEY ROAD
BEDMINSTER NJ 07921
Phone: 800-451-5242 Fax:888-667-0028

June 29, 2021

FBI WASHINGTON DC
601 4TH ST NW
WASHINGTON DC 20535

**Verizon Case #: 21329337**
**Docket / File #: Subpoena**

State of New Jersey

ss:

County of Somerset

I, LINDA WATSON, being duly sworn, depose and say:

I am the custodian of records for Verizon, and in that capacity, I certify that the attached records are true and accurate copies of the records created from the information maintained by Verizon in the actual course of business.  It is Verizon's ordinary practice to maintain such records, and that said records were made contemporaneously with the transaction and events stated therein, or within a reasonable time thereafter.

/s/ LINDA WATSON

Certification following USCS Federal Rules of Evidence Rule 902 & 803.

# Exhibit 27-1

10/23/2020      Certification of records MD conformed copy sesig.html



VERIZON SECURITY SUBPOENA COMPLIANCE
180 WASHINGTON VALLEY ROAD
BEDMINSTER NJ 07921
Phone: 888-483-2600 Fax:325-949-6916

April 21, 2020

FBI WASHINGTON DC
601 4TH ST NW
WASHINGTON DC 20535

**Verizon Case #: 20123484**
**Docket / File #: 19-GJ-256**

State of Maryland

ss:

City of Baltimore

I, KIMBERLY REPROGEL, being duly sworn, depose and say:

I am the custodian of records for Verizon, and in that capacity, I certify that the attached 3 pages of records are true and accurate copies of the records created from the information maintained by Verizon in the actual course of business. It is Verizon's ordinary practice to maintain such records, and that said records were made contemporaneously with the transaction and events stated therein, or within a reasonable time thereafter.

/s/ KIMBERLY REPROGEL_____

Certification following USCS Federal Rules of Evidence Rule 902 & 803.

VZB-ATR001-00000011

# Exhibit 28-1

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____Ashton Lee_____, attest, under penalties of perjury by the laws
                    *Name*

of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in

this certification is true and correct. I am employed by ____Windstream Services LLC_____
                                                                                            *Entity*

(hereinafter "the entity"), and my title is __Subpoena Analyst_____. I am qualified
                                                              *Title*

to authenticate the records attached hereto because I am familiar with how the records were

created, managed, stored, and retrieved. I state that the records attached hereto are true

duplicates of the original records in the custody of the provider. The attached records consist of

____Subscriber, Telephone, IP records_____. I further state that:
         *Generally describe records (pages/CDs or DVDs/megabytes)*

    a.    all records attached to this certificate were made at or near the time of the

occurrence of the matter set forth by, or from information transmitted by, a person with

knowledge of those matters, they were kept in the ordinary course of the regularly conducted

business activity of the entity, and they were made by the entity as a regular practice; and

    b.    such records were generated by the entity's electronic process or system that

produces an accurate result, to wit:

        1.    the records were copied from electronic device(s), storage medium(s), or

file(s) in the custody of the entity in a manner to ensure that they are true duplicates of the

original records; and

        2.    the process or system is regularly verified by the entity, and at all times

pertinent to the records certified here the process and system functioned properly and normally.

WINDSTREAM-ATR001-00000001

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

8/21/2019
_____
Date

_____
Signature

WINDSTREAM-ATR001-00000002

# Exhibit 28-2

Windstream Services, LLC
4001 Rodney Parham Road
Little Rock, AR  72212



## CERTIFICATE OF AUTHENTICITY

I, Sara Lary, being duly sworn state:

1. I am employed by Windstream Services, LLC in the Law Enforcement Support Center and the person designated by Windstream Services, LLC as custodian of records with the authority to make this certificate.

2. On _April 20, 2020_____ Windstream Services, LLC was served with a subpoena to produce certain records.

3. A diligent search of Windstream Services, LLC's pertinent files has produced certain documents responsive to this subpoena and these documents are attached.

4. I hereby certify that each memorandum, report, record and data compilation attached herewith is a record made and retained by Windstream Services, LLC.

5. I further certify that each memorandum, report, record or data compilation attached and provided herewith is a record kept in the course of the regularly conducted business activity of Windstream Services, LLC.

6. I further certify that it is the regular practice of Windstream Services, LLC to make and retain such memorandum, report, record or data compilation.

7. I further certify that each attached memorandum, report, record or data compilation of acts, events, conditions, opinions or diagnosis was make at or near the time of the act, event, condition, opinion or diagnosis by or from information transmitted by a person with knowledge of the event recorded.

8. I further certify that the attached documents are the only documents and records maintained in the files and possessions of Windstream Services, LLC which are responsive to the subpoena.

State of:  Arkansas

County:  Saline

On this the 5 day of April, 2020,
This instrument was acknowledged before me.
I witness whereof I here unto set my hand and official Seal

My Commission expires on:  8/11/26

_____
*(Signature of Notarized Official)*

_____
*(Signature of Records Custodian)*
Sara Lary
*(Name of Records Custodian)*
Lead LESC Analyst
*(Title of Custodian)*
5/5/2020
*(Date)*

SEAL:

BRANDI BURKE
Notary Public-Arkansas
Faulkner County
My Commission Expires 08-11-2026
Commission # 12698724

# Exhibit 28-3

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, <u>Brandi Burke</u>, attest, under penalties of perjury by the laws
<em>Name</em>

of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in

this certification is true and correct. I am employed by <u>Windstream Services LLC</u>
<em>Entity</em>

(hereinafter "the entity"), and my title is <u>Law Enforcement Support Analyst</u>. I am qualified
<em>Title</em>

to authenticate the records attached hereto because I am familiar with how the records were

created, managed, stored, and retrieved. I state that the records attached hereto are true

duplicates of the original records in the custody of the provider. The attached records consist of

<u>Subscriber information, call detail logs</u>. I further state that:
<em>Generally describe records (pages/CDs or DVDs/megabytes)</em>

a.    all records attached to this certificate were made at or near the time of the

occurrence of the matter set forth by, or from information transmitted by, a person with

knowledge of those matters, they were kept in the ordinary course of the regularly conducted

business activity of the entity, and they were made by the entity as a regular practice; and

b.    such records were generated by the entity's electronic process or system that

produces an accurate result, to wit:

1.    the records were copied from electronic device(s), storage medium(s), or

file(s) in the custody of the entity in a manner to ensure that they are true duplicates of the

original records; and

2.    the process or system is regularly verified by the entity, and at all times

pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

4/13/2021
_____
Date

*Brandi Burke*
_____
Signature

# Exhibit 30-1

## CERTIFICATE OF AUTHENTICITY OF DATA COPIED FROM AN ELECTRONIC DEVICE, STORAGE MEDIUM, OR FILE PURSUANT TO FEDERAL RULES OF EVIDENCE 902(14)

I, Stephen Gresch, under penalty of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, hereby declare and certify as follows:

1.      I am over 18 years of age.  I am currently employed by TransPerfect Legal Solutions ("TransPerfect") as a Manager of Forensic Technology & Consulting and have held that title since March, 2021. TransPerfect specializes in the discovery, collection, investigation and production of electronic information for litigation matters.  I am responsible for conducting computer forensic investigations and providing electronic discovery and litigation support.

2.      I have been employed by TransPerfect since 2017 with prior roles as a Senior Forensic Examiner, Senior Analyst & Forensic Technician, and Senior Litigation Support Analyst.  I have ten years of experience in the processing of mobile device data.  For the past four years with TransPerfect, I have had experience with the forensic collection and extraction of mobile device data utilizing Cellebrite's Physical Analyzer.  Prior to my work with TransPerfect, I was a Litigation Technology Specialist with Inventus (formerly Teris) from 2011 to 2017 where I utilized multiple eDiscovery tools to process, search, and export client data.

3.      Through TransPerfect, I was retained by Tyson Foods Inc., to provide examination, preservation, and analysis of documents and data from digital devices.  Pursuant to this request, I oversaw the collection, extraction, processing, and copying of data collected from numerous digital devices using Cellebrite Physical Analyzer. When processing the collected data, the metadata for that information was preserved.  After the data was processed, the data was provided to Axinn, Veltrop & Harkrider LLP, who I understand produced data to the United States Department of Justice.

4.      Through my training and experience, I am familiar with the use of hash values, a means of digital identification that is often represented as a sequence of characters and is produced by an algorithm based upon the digital contents of a drive, medium, or file.  A hash value is essentially a digital fingerprint of electronic evidence.  If a single bit or character on a digital file is changed, the hash value of the file will change.

5.      I have experience with Cellebrite Physical Analyzer and Raid 1 hard drive mirroring.  In my training and experience, this forensic software accurately and reliably acquires data from digital devices, and I have regularly relied on these tools to create accurate and reliable acquisitions of digital devices in the past.

6.      Cellebrite Physical Analyzer includes a function to verify the hash value of an acquisition once the data has been collected and parsed. A forensic examiner can validate that the processed data represents an exact copy of the acquired dataset by verifying the hash value within Cellebrite Physical Analyzer. Cellebrite also provides an independent message of completion indicating that the acquisition process is complete. I know the forensic acquisition process is complete and accurate because the forensic software generated a hash of the image and because the software expressly indicated that the extraction was successful. The resulting forensic collection can be duplicated on multiple hard drives using Raid 1 hard drive mirroring.

7.      Based on my training, experience, and review of the acquisition and processing of the digital collections listed below, in addition to my regular use of the tools and methods described above, I am qualified to authenticate the digital collections referenced in this paragraph as true duplicates of the original data:

| Original Device | Date of Acquisition | Device Identifier | Document Identifier |
|---|---|---|---|
| iPhone 8+ (A1897) owned by Carl Pepper | July 10, 2019 taken by the Oliver Group[1] | IMEI: 359500086422827 | • TY-001642732<br>• TY-001642733<br>• TY-001642734<br>• TY-001642735<br>• TY-001642736<br>• TY-001642737<br>• TY-001642738<br>• TY-001670902<br>• TY-001632749<br>• TY-001643172<br>• TY-001645464<br>• TY-001645465 |
| iTunes backup of 4th Generation iPad (P102AP) | July 25, 2019 | IMEI: 013368008380780 | • TY-001670902 |
| iPhone 8+ (A1897) owned by Carl Pepper | August 8, 2019 | IMEI: 359500086422827 | • TY-001670904<br>• TY-001670903 |
| iPhone XR (A191A4) owned by Kelley Davidson | July 10, 2019 taken by the Oliver Group[2] | IMEI: 357343096740819 | • TY-001909367<br>• TY-001909391<br>• TY-001909392<br>• TY-001909393<br>• TY-001909394<br>• TY-001909411 |

[1] The forensic acquisition of this device was created by the Oliver Group, not TransPerfect.  I certify that TransPerfect exported a true and accurate data from the forensic collection created by Oliver Group.

[2] The forensic acquisition of this device was created by the Oliver Group, not TransPerfect.  I certify that TransPerfect exported a true and accurate data from the forensic collection created by Oliver Group.

8.     I further state that this certification is intended to satisfy Rule 902(14) of the Federal Rules of Evidence.

Under the penalties of perjury under the laws of the United States, I certify that the above is complete, true, and correct, and if called as a witness, I could competently testify thereto.

Executed on this 10th day of September, 2021 at Chicago, IL.

9·10·21

Stephen Gresch
Manager, Forensic Technology & Consulting
TransPerfect Legal Solutions

# Exhibit 31-1

## RULE 902(14) CERTIFICATE OF COPY DATA COPIED FROM
## AN ELECTRONIC DEVICE, STORAGE MEDIUM, OR FILE

I, Andrew Kochy, under penalty of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, hereby declare and certify as follows:

1. I am over 18 years of age.  I am currently employed by the Federal Bureau of Investigation (FBI) Computer Analysis Response Team (CART) and my title is Special Agent.  I have been employed by CART since August 2018.  As a Special Agent with CART, I have extensive training and experience making images of digital devices, including mobile devices.  Specifically, I have attended more than sixteen trainings on imaging of digital devices, including trainings by Cellebrite; the SysAdmin, Audit, Network, and Security (SANS) Institute; and the Federal Bureau of Investigation.

2. Prior to August 2018, I was with the FBI in its Major Cyber Crimes Squad, Technical Operations Squad, and Asia Cyber Operations Unit 2, CYD conducting investigative activities.  In those roles, I conducted investigative activities, including computer-supported operations with a criminal nexus, operational support such as electronic surveillance, and maintaining expertise over cyber threats.

3. In the course of my career, I have made more than three hundred images of digital devices, including images of mobile devices.  I have also trained others in law enforcement regarding imaging digital devices.  I am a Cellebrite Certified Physical Analyst, Cellebrite Certified Operator, GIAC Advanced Smartphone Forensics (GASF) Certified, and FBI Certified Forensic Examiner.  I am also a FBI CART Mobile Device Authorization Examiner.

4. I am qualified to authenticate the digital images referenced in this paragraph because of my experience and training, and because I created and had personal involvement in the creation of each of the digital images listed below:

| Original Device | Source | Date of Image | Image Identifier |
|---|---|---|---|
| Apple iPhone 8 (A1863), serial number FFMWK762JC6C (Belonging to Scott Brady) | Search Warrant Executed in Huntsville, Alabama | 7/1/2020 | 356703089926520 |
| Apple iPhone 11 (A2111), serial number G0NZ948QN72J (Belonging to Jimmie Little) | Search Warrant Executed in Fort Worth, Texas | 9/14/2020 | 353986101328550 |

5. The Committee notes to Federal Rule of Evidence 902(14) define a hash value as "a number that is often represented as a sequence of characters and is produced by an algorithm based upon the digital contents of a drive, medium or file.  If the hash values for the original and copy are different, then the copy is not identical to the original.  If the hash values for the original and copy are the same, it is highly improbable that the original and copy are not identical.  Thus, identical hash values for the original and copy reliably attest to the fact that they are exact duplicates."

6. Through my training and experience, I am familiar with the use of hash values as defined above.  If a single bit or character on a digital file is changed, the hash value of the file will change.  Based on my training, experience, and my regular use of the tools and methods of imaging described below, I know the images identified in the table above are true duplicates of the original devices.

7.  On September 14, 2020, in response to a Mobile Device Unlock Service (MDUS) request 20340, I obtained a full file system extraction of the devices identified above using specialized forensic software, called GrayKey OS Version 1.6.7.2.  I used Cellebrite Physical Analyzer to create a report to review the data.  In my training and experience, these forensic software create an accurate and reliable image of digital devices, and I have regularly relied on these tools to create accurate and reliable images of digital devices in the past.

8.  Furthermore, I know that the forensic copying process was complete and accurate because the forensic software generated a hash (*i.e.*, digital fingerprint) of the image and because the software expressly indicated that the extraction was successful.  Additionally, I verified the hash at several points during my examination.

9.  When collecting the data from those devices, the metadata for that information was preserved.  After I collected the information, a 50GB Verbatim blu-ray disc containing a Master Copy of the associated Full File System image and UFDR Report for each device was created.  A working copy of each device was sent to the case agent.

10. I further state that this certification is intended to satisfy 902(14) of the Federal Rules of Evidence.

Under the penalties of perjury under the laws of the United States, I certify that the above is complete, true, and correct, and if called as a witness, I could competently testify thereto.

Executed on this __10_ day of September, 2021 at __8:30 am_____.

_____

Andrew Kochy

Special Agent

# Exhibit 32-1

## CERTIFICATE OF AUTHENTICITY OF DATA COPIED FROM AN ELECTRONIC DEVICE, STORAGE MEDIUM, OR FILE PURSUANT TO FEDERAL RULES OF EVIDENCE 902(14)

I, Steven Davis, under penalty of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, hereby declare and certify as follows:

1.      I am over 18 years of age.  I am currently employed by Digital Discovery as the Private Security Company Manager and Director of Business Development.  I have been employed by Digital Discovery since 2008, and am responsible for managing Digital Discovery's forensics practice.  Digital Discovery specializes in the discovery, collection, investigation, and production of electronic information for litigation matters.

2.      I am a Licensed Private Investigator with the State of Texas, and prior to my work with Digital Discovery, I owned a litigation support firm, Discovery Resources.  I have more than 30 years of experience in the corporate investigations and legal services practice areas.

3.      I have 12 years of experience in the oversight of the processing of mobile device data, and have experience with the forensic collection and extraction of mobile device data utilizing Cellebrite's Physical Analyzer.

4.      Through Digital Discovery, I was retained by OK Foods, Inc., to provide examination, preservation, and analysis of data from a digital device.  Pursuant to this request, I conducted the collection, extraction, processing, and copying of data collected from one digital device, using Cellebrite Physical Analyzer. When processing the data, the metadata for that information was preserved.  After the data was processed, the data was provided to Kutak Rock LLP, who I understand produced data to the United States Department of Justice.

5.      Through my training and experience, I am familiar with the use of hash values, a means of digital identification that is often represented as a sequence of characters and is produced by an algorithm based upon the digital contents of a drive, medium, or file.  A hash is

1

essentially a digital fingerprint of electronic evidence.  If a single bit or character on a digital file is changed, the hash value of the file will change.

6.      I have experience with Cellebrite Physical Data Analyzer.  In my training and experience, this forensic software creates an accurate and reliable image of digital devices, and I have regularly relied on this tool to create accurate and reliable images of digital devices in the past.

7.      Cellebrite Physical Analyzer includes an automated function to generate an MD5 hash value immediately upon the collection of a digital device and when creating copies of digital devices.  I know the forensic copying process was complete and accurate because the forensic software generated a hash of the image and because the software expressly indicated that the extraction was successful.

8.      Based on my training, experience, involvement in processing the digital image below, and my regular use of the tools and methods of imaging described above, I am qualified to authenticate the digital image referenced in this paragraph as a true and accurate duplicate of the original data:

| Original Device | Date of Image | Image Identifier | Document Identifier |
|---|---|---|---|
| iPhone 5s used by Jason McGuire | 09/05/2019 | IMEI: 013852007225294 S/N: DNPMPY24FF9R | • OKFoodsDOJ-00000538 <br> • OKFoodsDOJ-00000539 <br> • OKFoodsDOJ-00000540 <br> • OKFoodsDOJ-00000541 <br> • OKFoodsDOJ-00000542 <br> • OKFoodsDOJ-00000543 <br> • OKFoodsDOJ-00000544 |

2

| | | | |
|---|---|---|---|
| | | | <ul><li>OKFoodsDOJ-00000545</li><li>OKFoodsDOJ-00000546</li><li>OKFoodsDOJ-00000547</li><li>OKFoodsDOJ-00000548</li><li>OKFoodsDOJ-00000549</li><li>OKFoodsDOJ-00000550</li><li>OKFoodsDOJ-00000551</li><li>OKFoodsDOJ-00000552</li><li>OKFoodsDOJ-00000553</li><li>OKFoodsDOJ-00000554</li><li>OKFoodsDOJ-00000555</li><li>OKFoodsDOJ-00000556</li><li>OKFoodsDOJ-00000557</li><li>OKFoodsDOJ-00000558</li></ul> |

9.      I further state that this certification is intended to satisfy Rule 902(14) of the

Federal Rules of Evidence.

Under the penalties of perjury under the laws of the United States, I certify that the above

is complete, true, and correct, and if called as a witness, I could competently testify thereto.


Executed on this 15th day of September, 2021 at Dallas, Texas.

Steven Davis
Private Security Company Manager
Director of Business Development

# Exhibit 33-1

**CERTIFICATE OF AUTHENTICITY OF DATA COPIED FROM
AN ELECTRONIC DEVICE, STORAGE MEDIUM, OR FILE PURSUANT TO
FEDERAL RULES OF EVIDENCE 902(14)**

I, Ben Adams, under penalty of perjury by the laws of the United States of America

pursuant to 28 U.S.C. § 1746, hereby declare and certify as follows:

1.      I am over 18 years of age.  I am currently employed by Digital Discovery as a

computer forensic examiner.  I have five years of technical experience, and am responsible for

electronic device data collection and preservation, including collection and preservation of tablet

and mobile phone data.  Digital Discovery specializes in the discovery, collection, investigation,

and production of electronic information for litigation matters.

2.      In 2019, I attended Cellebrite Advanced Smartphone Analysis Training.

3.      I am a Licensed Private Investigator with the State of Texas and have a Digital

Forensic Analyst Advanced Technical Certificate.

4.      I have experience with the forensic collection and extraction of mobile device

data utilizing Cellebrite.

5.      Through Digital Discovery, I was retained by Mar-Jac Poultry, Inc., to provide

digital forensic services, and analysis of data from digital devices.  Pursuant to this request, I

processed and copied data collected from digital devices, using Cellebrite.  When processing the

data, the metadata for that information was preserved.  After the data was processed, the data

was provided to Catalyst.

6.      Through my training and experience, I am familiar with the use of hash values, a

means of digital identification that is often represented as a sequence of characters and is

produced by an algorithm based upon the digital contents of a drive, medium, or file.  A hash

is essentially a digital fingerprint of electronic evidence.  If a single bit or character on a digital file

is changed, the hash value of the file will change.

1

7.   I have experience with Cellebrite.  In my training and experience, this forensic software tool creates accurate and reliable images of digital devices, and I have regularly relied on this tool to create accurate and reliable images of digital devices in the past.

8.   Cellebrite Physical Analyzer includes an automated function to generate an MD5 hash value immediately upon the collection of a digital device and when creating copies of digital devices.  I know the forensic copying process was complete and accurate because the forensic software generated a hash of the image and because the software expressly indicated that the extraction was successful.

9.   Based on my training, experience, involvement in processing the digital image below, and my regular use of the tools and methods of imaging described above, I am qualified to authenticate the digital image referenced in this paragraph as a true and accurate duplicate of the original data:

| Original Device | Date of Image | Image Identifier | Document Identifier |
|---|---|---|---|
| iTunes backup of Greg Tench | 6/9/2018 | SN: C76RJ0ZQGRY5 IMEI: 355767076939292 | • MJPoultry-0000000006 |

10.   I further state that this certification is intended to satisfy Rule 902(14) of the Federal Rules of Evidence.

Under the penalties of perjury under the laws of the United States, I certify that the above is complete, true, and correct, and if called as a witness, I could competently testify thereto.

Executed on this 21st day of September, 2021 at Dallas, Texas

2

Ben Adams
Computer Forensic Examiner

# Exhibit 33-2

**CERTIFICATE OF AUTHENTICITY OF DATA COPIED FROM
AN ELECTRONIC DEVICE, STORAGE MEDIUM, OR FILE PURSUANT TO
FEDERAL RULES OF EVIDENCE 902(14)**

I, Dianna Stiller, under penalty of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, hereby declare and certify as follows:

1.      I am over 18 years of age.  I am currently employed by Digital Discovery as a Forensic Analyst.  I have been employed by Digital Discovery since 2013, and am responsible for electronic data collection, analysis, and discovery for electronic devices.  Digital Discovery specializes in the discovery, collection, investigation, and production of electronic information for litigation matters.

2.      I am a Licensed Private Investigator with the State of Texas and have a Digital Forensic Analyst Advanced Technical Certificate.

3.      In 2019, I attended Cellebrite Advanced Smartphone Analysis Training.

4.      I have experience with the forensic collection and extraction of mobile device data utilizing Cellebrite.

5.      Through Digital Discovery, I was retained by Mar-Jac Poultry, Inc., to provide examination, preservation, and analysis of data from digital devices.  Pursuant to this request, I assisted in the downloading of client data from a Catalyst FTP site on 6/19/2018.

6.      Through my training and experience, I am familiar with the use of hash values, a means of digital identification that is often represented as a sequence of characters and is produced by an algorithm based upon the digital contents of a drive, medium, or file.  A hash is essentially a digital fingerprint of electronic evidence.  If a single bit or character on a digital file is changed, the hash value of the file will change.

7.     I have experience with Cellebrite.  In my training and experience, this forensic software tool creates accurate and reliable images of digital devices, and I have regularly relied on this tool to create accurate and reliable images of digital devices in the past.

8.     Based on my training, experience, and involvement in downloading of the digital image below, and my regular use of the tools and methods of imaging described above, I am qualified to authenticate the digital image referenced in this paragraph as a true and accurate duplicate of the original data:

| Original Device | Date of Image | Image Identifier | Document Identifier |
|---|---|---|---|
| iTunes Backup of Greg Tench | 6/19/2018 | **SN:** C76RJ0ZQGRY5<br><br>**IMEI:** 355767076939292 | • MJPoultry-0000000006 |

9.     I further state that this certification is intended to satisfy Rule 902(14) of the Federal Rules of Evidence.

Under the penalties of perjury under the laws of the United States, I certify that the above is complete, true, and correct, and if called as a witness, I could competently testify thereto.

Executed on this __20__ day of September, 2021 at __4:13 PM__

Dianna Stiller
Forensic Analyst

2

# Exhibit 33-3

## CERTIFICATE OF AUTHENTICITY OF DATA COPIED FROM AN ELECTRONIC DEVICE, STORAGE MEDIUM, OR FILE PURSUANT TO FEDERAL RULES OF EVIDENCE 902(14)

I, Nghi Tran, under penalty of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, hereby declare and certify as follows:

1.      I am over 18 years of age.  I am currently employed by Digital Discovery as a Lab Director.  I have more than 11 years of technical experience, including in forensic collection and preservation of data from electronic devices.  Digital Discovery specializes in the discovery, collection, investigation, and production of electronic information for litigation matters.

2.      I am a Licensed Private Investigator with the State of Texas, am a Certified Forensic Examiner, and have a Cellebrite Certified Smartphone Analysis certification.

3.      I have experience with the forensic collection and extraction of mobile device data utilizing Cellebrite and Tenorshare.

4.      Through Digital Discovery, I was retained by Mar-Jac Poultry, Inc., to provide examination, preservation, and analysis of data from digital devices.  Pursuant to this request, I assisted in the extraction, processing, and copying of data collected from digital devices, using Cellebrite and Tenorshare.  When processing the data, the metadata for that information was preserved.  After the data was processed, the data was provided to Catalyst.

5.      Through my training and experience, I am familiar with the use of hash values, a means of digital identification that is often represented as a sequence of characters and is produced by an algorithm based upon the digital contents of a drive, medium, or file.  A hash is essentially a digital fingerprint of electronic evidence.  If a single bit or character on a digital file is changed, the hash value of the file will change.

1

6.      I have experience with Cellebrite and Tenorshare.  In my training and experience, these forensic software tools create accurate and reliable images of digital devices, and I have regularly relied on these tools to create accurate and reliable images of digital devices in the past.

7.      Cellebrite Physical Analyzer and Tenorshare include an automated function to generate an MD5 hash value immediately upon the collection of a digital device and when creating copies of digital devices.  I know the forensic copying process was complete and accurate because the forensic software generated a hash of the image and because the software expressly indicated that the extraction was successful.

8.      Based on my training, experience, involvement in processing the digital image below, and my regular use of the tools and methods of imaging described above, I am qualified to authenticate the digital image referenced in this paragraph as a true and accurate duplicate of the original data:

| Original Device | Date of Image | Image Identifier | Document Identifier |
|---|---|---|---|
| iTunes backup of Greg Tench | 6/9/2018 | **SN:** C76RJ0ZQGRY5 <br><br> **IMEI:** 355767076939292 | • MJPoultry-0000000006 |

9.      I further state that this certification is intended to satisfy Rule 902(14) of the Federal Rules of Evidence.

Under the penalties of perjury under the laws of the United States, I certify that the above is complete, true, and correct, and if called as a witness, I could competently testify thereto.


Executed on this ___20___ day of September, 2021 at __3:30 PM_____.

Nghi Tran
Lab Director

# Exhibit 34-1

## CERTIFICATE OF AUTHENTICITY OF DATA COPIED FROM
## AN ELECTRONIC DEVICE, STORAGE MEDIUM, OR FILE

I, Andrew Reisman, under penalty of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, hereby declare and certify as follows:

1.  I am over 18 years of age.  I am currently the Chief Executive Officer ("CEO") of ELIJAH, specializing in digital forensics, cybersecurity, and legal technology services.  I have been CEO of ELIJAH since 2003.

2.  I am a licensed Private Investigator in Florida, Nevada, and Texas, and a licensed Professional Investigator in Michigan.

3.  I have 18 years of experience in digital forensics, and have testified as an expert in over a dozen hearings and trials during the past ten years.

4.  I have experience with the forensic collection, extraction, and analysis of digital device data utilizing Cellebrite Universal Forensic Extraction Device and Cellebrite Physical Analyzer (collectively "Cellebrite").

5.  Koch Foods retained ELIJAH to perform digital forensic services, including creating forensic images of smart phones using Cellebrite, and extracting associated data such as text messages stored thereon. The forensic imaging process preserves metadata so that specified metadata fields reliably can be produced with associated responsive data in the process of extraction, review and production.  My understanding is that K&L Gates LLP produced certain responsive documents to the United States Department of Justice, some of which are identified herein.

6.  I have reviewed the documents identified in the "Document Identifier" section below, compared them against the associated forensic images, and having done so can confirm

that the below Document Identifiers accurately represent associated data extracted from the

original devices:

| Original Device | Date of Image | Image Identifier | Document Identifier |
|---|---|---|---|
| iPhone 6S, Model A1688, MKRY2LL/A, S/N F18QLG2BGRY9, used by Joe Grendys | 11/18/2019 | EMT-00005605 | <ul><li>KOCHFOODS-0000485010</li><li>KOCHFOODS-0000485057</li><li>KOCHFOODS-0000485064</li></ul> |
| Blackberry Bold 9930 ID A000002615E412, used by Joe Grendys | 10/14/2016 & 11/18/2019 | EMT-00001744 & EMT-00005604 | <ul><li>KOCHFOODS-0000484998</li><li>KOCHFOODS-0000484999</li><li>KOCHFOODS-0000485000</li><li>KOCHFOODS-0000485001</li><li>KOCHFOODS-0000485002</li><li>KOCHFOODS-0000485003</li><li>KOCHFOODS-0000485004</li><li>KOCHFOODS-0000485005</li><li>KOCHFOODS-0000485006</li><li>KOCHFOODS-0000485007</li><li>KOCHFOODS-0000485008</li><li>KOCHFOODS-0000485009</li><li>KOCHFOODS-0000485230</li><li>KOCHFOODS-0000485231</li><li>KOCHFOODS-0000485232</li><li>KOCHFOODS-0000485233</li></ul> |

| | | | |
|---|---|---|---|
| | | | <ul><li>KOCHFOODS-0000485234</li><li>KOCHFOODS-0000485235</li><li>KOCHFOODS-0000485236</li><li>KOCHFOODS-0000485237</li><li>KOCHFOODS-0000485238</li><li>KOCHFOODS-0000485239</li><li>KOCHFOODS-0000485240</li><li>KOCHFOODS-0000485241</li><li>KOCHFOODS-0000485243</li><li>KOCHFOODS-0000485244</li><li>KOCHFOODS-0000485245</li><li>KOCHFOODS-0000485246</li><li>KOCHFOODS-0000485247</li><li>KOCHFOODS-0000485248</li><li>KOCHFOODS-0000485249</li><li>KOCHFOODS-0000485250</li><li>KOCHFOODS-0000485251</li><li>KOCHFOODS-0000485252</li><li>KOCHFOODS-0000485253</li><li>KOCHFOODS-0000485254</li><li>KOCHFOODS-0000485255</li><li>KOCHFOODS-0000485256</li></ul> |

| | | | |
|---|---|---|---|
| | | | • KOCHFOODS-0000485257<br>• KOCHFOODS-0000485258<br>• KOCHFOODS-0000485259<br>• KOCHFOODS-0000485260 |

Under the penalties of perjury under the laws of the United States, I certify that the above is complete, true, and correct, and if called as a witness, I could competently testify thereto.

Executed on this 22nd day of September, 2021 at 2950 Glades Circle Suite 3, Weston, FL

.

_____
Andrew Reisman
Chief Executive Officer

# Exhibit 35-1

## CERTIFICATE OF AUTHENTICITY OF DATA COPIED FROM AN ELECTRONIC DEVICE, STORAGE MEDIUM, OR FILE PURSUANT TO FEDERAL RULES OF EVIDENCE 902(14)

I, Curtis Coleman, under penalty of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, hereby declare and certify as follows:

1.       I am over 18 years of age.  I am currently employed by Consilio LLC ("Consilio") as a Manager in the Digital Forensic & Export Services Group (DFES).  I have been employed by Consilio since January 2016.  Consilio specializes in the discovery, collection, investigation, and production of electronic information for litigation matters.

2.       At Consilio, I am responsible for forensic data collections and forensic analysis of data from digital mobile devices and other data sources.  Prior to Consilio, I was employed by Huron Consulting Group where I was also responsible for the acquisition and analysis of mobile devices and other data sources.

3.       I have over ten years of experience in the processing of mobile data, including experience with the forensic collection and preservation of digital mobile device data utilizing Cellebrite - Advanced Logical.

4.       Through Consilio, I was retained by Weil Gotshal & Manges LLP, counsel to Pilgrim's Pride Corporation, to provide collection, preservation, and reporting of data from a digital mobile device.  Pursuant to this request, I conducted the collection and preservation of data collected from one digital mobile device, using Cellebrite - Advanced Logical.

5.       Through my training and experience, I am familiar with the use of hash values, a means of digital identification that is represented as a sequence of characters and is produced by an algorithm based upon the digital contents of a drive, medium, or file.  A hash is essentially a

1

digital fingerprint of electronic evidence. If a single bit on a digital file is changed, the hash value of the file will change.

6.      I have experience with Cellebrite - Advanced Logical. In my training and experience, this forensic software tool creates accurate and reliable images of digital mobile devices, and I have regularly relied on this tool to create accurate and reliable images of digital mobile devices in the past.

7.      Cellebrite - Advanced Logical parses the collected image immediately upon the collection of a digital mobile device which allows validation of the image by matching IMEI, Serial Number, Apple ID, and the make and model of the phone. I know the forensic extraction process was complete and accurate because the forensic software expressly indicated that the extraction was successful and the extraction opened in Cellebrite - Advanced Logical without error, displaying expected content such as text messages and call logs. Cellebrite - Advanced Logical leverages the iTunes backup protocol to create a copy of the committed SQLite databases containing this information, including the underlying data and metadata. The underlying data and metadata could include information, such as the time a message was sent, or call received.

8.      Based on my training, experience, and involvement in collecting and preserving the digital image below, and my regular use of the tools and methods of imaging described above, I am qualified to authenticate the digital image referenced in this paragraph as a true and accurate duplicate of the original data:

| Original Device | Date of Image | Image Identifier |
|---|---|---|
| iPhone 8 Plus (MQ962), Serial Number: FD2W3077JCLY | 8/16/19 | IMEI 353009091700587 |

| Original Device | Date of Image | Image Identifier |
|---|---|---|
| Used by Justin Gay | | |

9.      I further state that this certification is intended to satisfy Rule 902(14) of the

Federal Rules of Evidence.

Under the penalties of perjury under the laws of the United States, I certify that the above

is complete, true, and correct, and if called as a witness, I could competently testify thereto.

Executed on this 28ᵗʰ day of September, 2021 at Washington, DC

Curtis Coleman
Manager DFES

3

# Exhibit 35-2

**CERTIFICATE OF AUTHENTICITY OF DATA COPIED FROM
AN ELECTRONIC DEVICE, STORAGE MEDIUM, OR FILE PURSUANT TO
FEDERAL RULES OF EVIDENCE 902(14)**

I, Matthew Howard-Ramon, under penalty of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, hereby declare and certify as follows:

1.    I am over 18 years of age.  I am currently employed by Consilio LLC ("Consilio") as a Manager, Digital Forensics and Expert Services.  I have been employed by Consilio (formerly Advanced Discovery) since 2017.  Consilio specializes in the discovery, collection, investigation, and production of electronic information for litigation matters.

2.    At Consilio, I am responsible for forensic data collections and forensic analysis of data from digital mobile devices and other data sources.  Prior to Consilio, I was a Digital Forensics Examiner, Naval Criminal Investigative Service at ManTech International Corporation, where I conducted in-depth forensic analysis of digital media.

3.    I have eleven years of experience in the processing of mobile data, including experience with the forensic collection and preservation of digital mobile device data utilizing Cellebrite Physical Analyzer.

4.    Through Consilio, I was retained by Weil Gotshal & Manges LLP, counsel to Pilgrim's Pride Corporation ("PPC"), and/or in-house counsel at PPC, to provide collection, preservation, and reporting of data from a digital mobile device.  Pursuant to this request, I conducted the collection and preservation of data collected from one digital mobile device, using Cellebrite Physical Analyzer.

5.    Through my training and experience, I am familiar with the use of hash values, a means of digital identification that is represented as a sequence of characters and is produced by an algorithm based upon the digital contents of a drive, medium, or file.  A hash is essentially a

1

digital fingerprint of electronic evidence. If a single bit on a digital file is changed, the hash value of the file will change.

6.      I have experience with Cellebrite Physical Analyzer. In my training and experience, this forensic software tool creates accurate and reliable images of digital mobile devices, and I have regularly relied on this tool to create accurate and reliable images of digital mobile devices in the past.

7.      Cellebrite Physical Analyzer includes an automated function to generate a SHA256 hash value immediately upon the collection of a digital mobile device. I know the forensic extraction process was complete and accurate because the forensic software expressly indicated that the extraction was successful and the extraction opened in Cellebrite Physical Analyzer without error, displaying expected content such as text messages and call logs. Cellebrite Physical Analyzer leverages the iTunes backup protocol to create a copy of the committed SQLite databases containing this information, including the underlying data and metadata. The underlying data and metadata could include information, such as the time a message was sent, or call received.

8.      Based on my training, experience, and involvement in collecting and preserving the digital image below, and my regular use of the tools and methods of imaging described above, I am qualified to authenticate the digital image referenced in this paragraph as a true and accurate duplicate of the original data:

| Original Device | Date of Image | Image Identifier |
|---|---|---|
| iPhone XS mobile (MTAL2LL/A), Serial Number: C39XTBX0KPFT  Used by Jayson Penn | 7/29/19 | Device IMEI: 357201097624152  Image SHA256: E364523D9E52D129B9449865DB333C89 C58C6338242D42EF3528A83D99719C98 |

2

9.     I further state that this certification is intended to satisfy Rule 902(14) of the Federal Rules of Evidence.

Under the penalties of perjury under the laws of the United States, I certify that the above is complete, true, and correct, and if called as a witness, I could competently testify thereto.

Executed on this _27ᵗ_ day of September, 2021 at _San Diego, CA_

Matthew Howard-Ramon
Manager, Digital Forensics and Expert Services

3

# Exhibit 35-3

### CERTIFICATE OF AUTHENTICITY OF DATA COPIED FROM
### AN ELECTRONIC DEVICE, STORAGE MEDIUM, OR FILE PURSUANT TO
### FEDERAL RULES OF EVIDENCE 902(14)

I, Jason Amis, under penalty of perjury by the laws of the United States of America

pursuant to 28 U.S.C. § 1746, hereby declare and certify as follows:

1.      I am over 18 years of age.  I am currently employed by Consilio LLC ("Consilio")

as a Director.  I have been employed by Consilio since 2018.  Consilio specializes in the

discovery, collection, investigation, and production of electronic information for litigation

matters.

2.      At Consilio, I am responsible for forensic data collections and forensic analysis of

data from digital mobile devices and other data sources.  I also supervise individuals who

perform forensic data collections and forensic analysis of data from digital mobile devices.  Prior

to my employment with Consilio, I was a Senior Manager of Data Forensics with Advanced

Discovery.  I specialize in Data Forensics and am responsible for computer forensic

investigations and electronic discovery requests for legal and corporate clients, using proprietary

methodologies and cutting-edge forensic tools.  I provide strategic, consultative guidance to

corporate security managers, attorneys, and litigation support firms throughout the course of

complex engagements encompassing forensic acquisition, analysis, investigation, and reporting.

3.      I have six years of experience in the processing of mobile data, including

experience with the forensic collection and preservation of digital mobile device data utilizing

Cellebrite Physical Analyzer.

4.      Consilio was retained by Sherman & Howard LLP, counsel to Pilgrim's Pride

Corporation, to provide collection, preservation, and reporting of data from digital mobile

devices.  Pursuant to this request, an employee of Consilio's conducted the collection and

1

preservation of data collected from two digital mobile devices, using Cellebrite Physical Analyzer.

5.      Through my training and experience, I am familiar with the use of hash values, a means of digital identification that is represented as a sequence of characters and is produced by an algorithm based upon the digital contents of a drive, medium, or file.  A hash is essentially a digital fingerprint of electronic evidence.  If a single bit on a digital file is changed, the hash value of the file will change.

6.      I have experience with Cellebrite Physical Analyzer.  In my training and experience, this forensic software tool creates accurate and reliable images of digital mobile devices, and I have regularly relied on this tool to create accurate and reliable images of digital mobile devices in the past.

7.      Cellebrite Physical Analyzer includes an automated function to generate a SHA256 hash value immediately upon the collection of a digital mobile device.  I know the forensic extraction process was complete and accurate because I reviewed the forensic extraction logs along with the collections and the forensic software expressly indicated that the extraction was successful and the extraction opened in Cellebrite – Physical Analyzer without error, displaying expected content.  Cellebrite Physical Analyzer leverages the iTunes backup protocol to create a copy of the committed SQLite databases containing this information, including the underlying data and metadata.  The underlying data and metadata could include information, such as the time a message was sent, or call received.

8.      Based on my training, experience, and involvement in collecting and preserving digital mobile devices, and my regular use of the tools and methods of imaging described above,

I am qualified to authenticate the digital image referenced in this paragraph as a true and accurate duplicate of the original data:

| Original Device | Date of Image | Image Identifier |
|---|---|---|
| Samsung Galaxy S6 Serial Number: 1215fc5a82540305  Used by Tim Stiller | 9/14/18 | ESN 990007037762207 |
| Samsung Galaxy S8 Serial Number: RF8JA05XQNY  Used by Tim Stiller | 7/10/18 | IMEI 359031081440259 |

9.     I further state that this certification is intended to satisfy Rule 902(14) of the Federal Rules of Evidence.

Under the penalties of perjury under the laws of the United States, I certify that the above is complete, true, and correct, and if called as a witness, I could competently testify thereto.

Executed on this __27__ day of September, 2021 at Arlington, Texas.

Jason Amis
Digital Forensics and Expert Services

3

# Exhibit 35-4

**CERTIFICATE OF AUTHENTICITY OF DATA COPIED FROM
AN ELECTRONIC DEVICE, STORAGE MEDIUM, OR FILE PURSUANT TO
FEDERAL RULES OF EVIDENCE 902(14)**

I, Austin Bair, under penalty of perjury by the laws of the United States of America

pursuant to 28 U.S.C. § 1746, hereby declare and certify as follows:

1.      I am over 18 years of age.  I am currently employed by Consilio LLC ("Consilio")

as a Digital Forensics and Expert Services.  I have been employed by Consilio since July 2021.

Consilio specializes in the discovery, collection, investigation, and production of electronic

information for litigation matters.

2.      At Consilio, I am responsible for forensic data collections and forensic analysis of

data from digital mobile devices and other data sources.  Prior to my employment with Consilio,

I was a Digital Forensics Examiner, at RVM Enterprises Inc. ("RVM"),[1] where I conducted in-

depth forensic analysis of digital media.

3.      I have six years of experience in the processing of mobile data, including

experience with the forensic collection and preservation of digital mobile device data utilizing

Cellebrite UFED4PC.

4.      Through RVM, I was retained by Weil Gotshal & Manges LLP, counsel to

Pilgrim's Pride Corporation ("PPC"), to provide collection, preservation, and reporting of data

from a digital mobile device.  Pursuant to this request, I conducted the collection and

preservation of data collected from one digital mobile device, using Cellebrite UFED4PC.

5.      Through my training and experience, I am familiar with the use of hash values, a

means of digital identification that is represented as a sequence of characters and is produced by

an algorithm based upon the digital contents of a drive, medium, or file.  A hash is essentially a

---

[1]      It is my understanding that in July 2020, Xact Data Discovery ("XDD") acquired RVM.  In May 2021,
Consilio merged with XDD.

digital fingerprint of electronic evidence.  If a single bit on a digital file is changed, the hash value of the file will change.

6.      I have experience with Cellebrite UFED4PC.  In my training and experience, this forensic software tool creates accurate and reliable images of digital mobile devices, and I have regularly relied on this tool to create accurate and reliable images of digital mobile devices in the past.

7.      Cellebrite UFED4PC includes an automated function to generate a SHA256 hash value immediately upon the collection of a digital mobile device.  I know the forensic extraction process was complete and accurate because the forensic software expressly indicated that the extraction was successful and the extraction opened in Cellebrite UFED4PC without error, displaying expected content such as text messages and call logs Cellebrite UFED4PC leverages the iTunes backup protocol to create a copy of the committed SQLite databases containing this information, including the underlying data and metadata.  The underlying data and metadata could include information, such as the time a message was sent, or call received.

8.      Based on my training, experience, and involvement in collecting and preserving the digital image below, and my regular use of the tools and methods of imaging described above, I am qualified to authenticate the digital image referenced in this paragraph as a true and accurate duplicate of the original data:

| 9.   Original Device | Date of Image | Image Identifier |
|---|---|---|
| iPhone 6s (N71AP), Serial Number: C7JR50VRGRYD<br><br>Used by Brenda Ray | 9/25/19 | Device IMEI: 355690077385259<br><br>Image SHA256: E6D7B41A81065F5941642A832D91943C E789EE5C4B99F39EE5F90AD30AA800D 3 |

10.     I further state that this certification is intended to satisfy Rule 902(14) of the Federal Rules of Evidence.

Under the penalties of perjury under the laws of the United States, I certify that the above is complete, true, and correct, and if called as a witness, I could competently testify thereto.

Executed on the _27th _ day of September, 2021 at _Bayonne, NJ_.

_____ *Austin Bair*_

Austin Bair
Digital Forensics and Expert Services

# Exhibit 35-5

**CERTIFICATE OF AUTHENTICITY OF DATA COPIED FROM
AN ELECTRONIC DEVICE, STORAGE MEDIUM, OR FILE PURSUANT TO
FEDERAL RULES OF EVIDENCE 902(14)**

I, Geoffrey Sherman, under penalty of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, hereby declare and certify as follows:

1.      I am over 18 years of age.  I am currently employed by Consilio LLC ("Consilio") as a Vice President of eDiscovery Solutions.  I have been employed by Consilio since 2021.  Consilio specializes in the discovery, collection, investigation, and production of electronic information for litigation matters.

2.      At Consilio, I am responsible for coordinating with companies on data processing and production.  I have experience using industry standard tools and techniques to perform processing and production, including data from digital mobile devices.  I also supervise efforts related to data processing of digital mobile devices and the production of electronic data.

3.      I have fifteen years of experience in processing data and ten years of experience overseeing individuals who process data.  Prior to my employment with Consilio, I worked at XACT Data Discovery ("XACT"), holding the same title of Vice President of eDiscovery Solutions and the Chief Technology Officer at RVM Enterprises ("RVM"), prior to their acquisition by XACT Data Discovery.  I have experience with the processing of digital mobile device data utilizing ConTXT[1].

4.      Consilio, or a company acquired by Consilio,[2] was retained by Weil Gotshal & Manges LLP ("Weil"), and Kasowitz Benson Torres LLP ("Kasowitz"), co-counsel to Pilgrim's

---

[1]      The Mobile Forensics Software referred to as ConTXT is currently branded as XDD Mobile and has been utilized for the processing of thousands of devices.  For purposes of this certification, we will refer to it as ConTXT.

[2]      It is my understanding that in May 2021, Consilio merged with XACT.  XACT was retained in connection with the processing of some of the digital mobile devices.  In July 2020, XACT acquired RVM, which was also retained in connection with the processing of some of the digital mobile devices.

Pride Corporation, to process data from images of multiple digital mobile devices. Pursuant to this request, the Consilio team conducted the extraction and processing of data collected from digital mobile devices using ConTXT, including the mobile devices listed in the table below.

5.      In my experience, both in using and supervising individuals who use ConTXT, the software parses an exported Cellebrite XML file that is generated from the forensic image. From that output the software exports various message types with their respective metadata and organizes messages in a manner for ease of review. The XML generated by Cellebrite contains a unique identifier (GUID) to validate any given record back to the corresponding forensic image that it was sourced from and is persisted in the metadata provided with ConTXT.

6.      I know that the extraction and processing of the data was successful due to the fact that all records in the XML export from Cellebrite are processed and because the system used for processing the data has extensive error handling and the system will fail on serious error, preventing export. To further validate the extraction and processing was successful, a sampling methodology compares exported output back to the forensic image and confirms several records at various portions of the data match. When processing the data, the metadata for the information was preserved.

7.      In my training and experience, this tool accurately extracts and processes data from digital mobile devices, and I have regularly relied on ConTXT to extract and process data from digital mobile devices.

8.      After the data from Tim Stiller's devices listed in the table below were processed, it was provided to Tim Stiller's counsel at Sherman & Howard LLC, which I understand produced certain of the data in response to a subpoena issued in the action captioned *In re Broiler Chicken Antitrust Litigation*, No. 16-8637 (N.D. Ill.). I understand that the information

was further provided to Weil and Kasowitz, which ultimately produced certain of the data to the

United States Department of Justice (the "DOJ").

9.      After the data from the devices listed in the below table for custodians Jayson

Penn, Brenda Ray, and Justin Gay were processed, it was provided to Weil and Kasowitz, which

ultimately produced data to the DOJ.

10.     Based on my training, experience with and supervision of individuals involved in

extracting and processing digital mobile device images, and my regular use of the tools and

methods of extracting and processing described above, I am qualified to authenticate the

document identifiers referenced in this paragraph as true and accurate renditions of the original

data:

| Original Device | Date of Image | Image Identifier | Document Identifier |
|---|---|---|---|
| Samsung Galaxy S6<br><br>Used by Tim Stiller | 9/14/18 | ESN 990007037762207 | • PILGRIMS-DOJ-0000509372 - 388<br>• PILGRIMS-DOJ-0000915280<br>• PILGRIMS-DOJ-0000915300<br>• PILGRIMS-DOJ-0000915301<br>• PILGRIMS-DOJ-0000915303<br>• PILGRIMS-DOJ-0000915320<br>• PILGRIMS-DOJ-0000915346<br>• PILGRIMS-DOJ-0000915360<br>• PILGRIMS-DOJ-0000915473<br>• PILGRIMS-DOJ-0000514052<br>• PILGRIMS-DOJ-0000514053<br>• PILGRIMS-DOJ-0000514054<br>• PILGRIMS-DOJ-0000514055<br>• PILGRIMS-DOJ-0000514807<br>• PILGRIMS-DOJ-0000514808<br>• PILGRIMS-DOJ-0000514809<br>• PILGRIMS-DOJ-0000514810<br>• PILGRIMS-DOJ-0000514811<br>• PILGRIMS-DOJ-0000514812<br>• PILGRIMS-DOJ-0000514947<br>• PILGRIMS-DOJ-0000514948<br>• PILGRIMS-DOJ-0000514949 |

| Original Device | Date of Image | Image Identifier | Document Identifier |
|---|---|---|---|
| | | | • PILGRIMS-DOJ-0000514950 |
| | | | • PILGRIMS-DOJ-0000514956 |
| | | | • PILGRIMS-DOJ-0000514957 |
| | | | • PILGRIMS-DOJ-0000514958 |
| | | | • PILGRIMS-DOJ-0000522113 |
| | | | • PILGRIMS-DOJ-0000911951 |
| | | | • PILGRIMS-DOJ-0000911952 |
| | | | • PILGRIMS-DOJ-0000911953 |
| | | | • PILGRIMS-DOJ-0000911954 |
| | | | • PILGRIMS-DOJ-0000911955 |
| | | | • PILGRIMS-DOJ-0000911960 |
| | | | • PILGRIMS-DOJ-0000911961 |
| | | | • PILGRIMS-DOJ-0000911962 |
| | | | • PILGRIMS-DOJ-0000911963 |
| | | | • PILGRIMS-DOJ-0000911964 |
| | | | • PILGRIMS-DOJ-0000911965 |
| | | | • PILGRIMS-DOJ-0000912168 |
| | | | • PILGRIMS-DOJ-0000912169 |
| | | | • PILGRIMS-DOJ-0000912170 |
| | | | • PILGRIMS-DOJ-0000912171 |
| | | | • PILGRIMS-DOJ-0000912172 |
| | | | • PILGRIMS-DOJ-0000912314 |
| | | | • PILGRIMS-DOJ-0000914265 |
| | | | • PILGRIMS-DOJ-0000914266 |
| | | | • PILGRIMS-DOJ-0000914267 |
| | | | • PILGRIMS-DOJ-0000914268 |
| | | | • PILGRIMS-DOJ-0000914269 |
| | | | • PILGRIMS-DOJ-0000915340 |
| | | | • PILGRIMS-DOJ-0000915353 |
| | | | • PILGRIMS-DOJ-0000915361 |
| | | | • PILGRIMS-DOJ-0000915365 |
| | | | • PILGRIMS-DOJ-0000915366 |
| | | | • PILGRIMS-DOJ-0000915537 |
| | | | • PILGRIMS-DOJ-0000915538 |
| | | | • PILGRIMS-DOJ-0000915645 |
| | | | • PILGRIMS-DOJ-0000915647 |
| | | | • PILGRIMS-DOJ-0000915649 |
| | | | • PILGRIMS-DOJ-0000915651 |
| | | | • PILGRIMS-DOJ-0000915652 |
| | | | • PILGRIMS-DOJ-0000915654 |
| | | | • PILGRIMS-DOJ-0000915655 |
| | | | • PILGRIMS-DOJ-0000915998 |

| Original Device | Date of Image | Image Identifier | Document Identifier |
|---|---|---|---|
| | | | • PILGRIMS-DOJ-0000916000<br>• PILGRIMS-DOJ-0000916001<br>• PILGRIMS-DOJ-0000916002<br>• PILGRIMS-DOJ-0000916003<br>• PILGRIMS-DOJ-0000916004<br>• PILGRIMS-DOJ-0000916005<br>• PILGRIMS-DOJ-0000916006<br>• PILGRIMS-DOJ-0000916007<br>• PILGRIMS-DOJ-0000916416<br>• PILGRIMS-DOJ-0000916417<br>• PILGRIMS-DOJ-0000918542<br>• PILGRIMS-DOJ-0000923015<br>• PILGRIMS-DOJ-0000923469<br>• PILGRIMS-DOJ-0000923473<br>• PILGRIMS-DOJ-0000923475<br>• PILGRIMS-DOJ-0000923476<br>• PILGRIMS-DOJ-0000923477<br>• PILGRIMS-DOJ-0000923478<br>• PILGRIMS-DOJ-0000923482 |
| Samsung Galaxy S8<br><br>Used by Tim Stiller | 7/10/18 | Device IMEI:<br>359031081440259 | • PILGRIMS-DOJ-0000925994<br>• PILGRIMS-DOJ-0000926072<br>• PILGRIMS-DOJ-0000926097<br>• PILGRIMS-DOJ-0000931622<br>• PILGRIMS-DOJ-0000931623<br>• PILGRIMS-DOJ-0000931625<br>• PILGRIMS-DOJ-0000931626<br>• PILGRIMS-DOJ-0000931627<br>• PILGRIMS-DOJ-0000931629 |
| iPhone XS<br>(MTAL2)<br>Serial Number:<br>C39XTBX0KPFT<br><br>Used by Jayson Penn | 7/29/19 | Device IMEI:<br>357201097624152<br><br>Image SHA256:<br>E364523D9E52D129B94<br>49865DB333C89<br>C58C6338242D42EF352<br>8A83D99719C98 | • PILGRIMS-DOJ-0000508952<br>• PILGRIMS-DOJ-0000509278<br>• PILGRIMS-DOJ-0000509279 |

| Original Device | Date of Image | Image Identifier | Document Identifier |
|---|---|---|---|
| iPhone 7 (MNAJ2LL/A) Serial Number: F72SHK3XHG71<br><br>Used by Jayson Penn | 1/30/17 | Image SHA256:<br><br>D198A5873BDDEEFB2 B705E2C25DEF5299370 -<br><br>5C4136A9D61ABE6528 A949E817FF | • PILGRIMS-DOJ-0000484628 - 629<br>• PILGRIMS-DOJ-0000484696 - 699<br>• PILGRIMS-DOJ-0000484944<br>• PILGRIMS-DOJ-0000484692 - 710<br>• PILGRIMS-DOJ-0000486724<br>• PILGRIMS-DOJ-0000484811<br>• PILGRIMS-DOJ-0000484944 - 945<br>• PILGRIMS-DOJ-0000484962 - 966<br>• PILGRIMS-DOJ-0000485160<br>• PILGRIMS-DOJ-0000485035 - 038<br>• PILGRIMS-DOJ-0000485110 - 113<br>• PILGRIMS-DOJ-0000485160<br>• PILGRIMS-DOJ-0000486232<br>• PILGRIMS-DOJ-0000486233 - 236<br>• PILGRIMS-DOJ-0000486328<br>• PILGRIMS-DOJ-0000486724<br>• PILGRIMS-DOJ-0000486728<br>• PILGRIMS-DOJ-0000487527 - 528<br>• PILGRIMS-DOJ-0000488377 - 381<br>• PILGRIMS-DOJ-0000490451<br>• PILGRIMS-DOJ-0000490962<br>• PILGRIMS-DOJ-0000490974<br>• PILGRIMS-DOJ-0000491001<br>• PILGRIMS-DOJ-0000491940<br>• PILGRIMS-DOJ-0000497150 |
| iPhone 6s (N71AP) Serial Number: C7JR50VRGRYD<br><br>Used by Brenda Ray | 9/25/2019 | Device IMEI: 355690077385259<br><br>Image SHA256: E6D7B41A81065F59416 42A832D91943CE789E | • PILGRIMS-DOJ-0000017567-69<br>• PILGRIMS-DOJ-0000017566<br>• PILGRIMS-DOJ-0000021196 -204 |

| Original Device | Date of Image | Image Identifier | Document Identifier |
|---|---|---|---|
| | | E5C4B99F39EE5F90AD 30AA800D3 | |
| iPhone 8 Plus (MQ962) Serial Number: FD2W3077JCLY<br><br>Used by Justin Gay | 8/6/19 | Device IMEI: 353009091700587<br><br>Image SHA256: 02F82445B890F328DF3 1AF03FA890DF3B8288 9599510B86E4CCECC7 2DB 34D16E | • PILGRIMS-DOJ-0000099830 - 104500<br>• PILGRIMS-DOJ-0000528482 - 490<br>• PILGRIMS-DOJ-0004646569 - 4652791 |

11.     I further state that this certification is intended to satisfy Rule 902(14) of the

Federal Rules of Evidence.

Under the penalties of perjury under the laws of the United States, I certify that the above

is complete, true, and correct, and if called as a witness, I could competently testify thereto.

Executed on this _1st_ day of October, 2021 at _5:00 PM_.

Geoffrey Sherman
Vice President of eDiscovery Solutions

7

# Exhibit 35-6

**CERTIFICATE OF AUTHENTICITY OF DATA COPIED FROM
AN ELECTRONIC DEVICE, STORAGE MEDIUM, OR FILE PURSUANT TO
FEDERAL RULES OF EVIDENCE 902(14)**

I, Jeven Adami, under penalty of perjury by the laws of the United States of America

pursuant to 28 U.S.C. § 1746, hereby declare and certify as follows:

1.      I am over 18 years of age.  I am currently employed by Consilio LLC as a Senior

Manager in the Digital Forensics & Expert Services department.  I have been employed by

Consilio (formerly Huron Consulting Group) since 2011.  Consilio specializes in the discovery,

collection, investigation, and production of electronic information for litigation matters.

2.      I have over 9 years of experience in the collection and analysis of digital devices,

and have conducted collections and analysis of over 500 mobile devices.

3.      In November 2019, I attended GIAC SANS 585 training, which focused on

mobile device acquisition and analysis.

4.      I have experience with the forensic collection and extraction of digital device data

utilizing Oxygen Forensic Detective, Cellebrite UFED Touch, Cellebrite 4PC, and Cellebrite

Physical Analyzer.

5.      Consilio was retained by Claxton Poultry Farms to provide examination,

preservation, and analysis of data from multiple digital devices.  Pursuant to this request, I and

other Consilio employees conducted collections in conjunction with a Claxton IT consultant and

otherwise performed the extraction, processing, and copying of data collected from multiple

digital devices, using Apple iTunes backups, Oxygen Forensic Detective, Cellebrite UFED

Touch, Cellebrite 4PC, and Cellebrite Physical Analyzer. When processing the data, the

metadata for the information was preserved.  After the data was processed, the data was provided

to Winston & Strawn LLP, who I understand produced certain of the data to plaintiffs in a civil

1

case styled, *In re Broiler Chicken Antitrust Litigation*, Case No. 16-cv-08637 (N.D. Ill.) and certain of the data to the United States Department of Justice.

6.      Through my training and experience, I am familiar with the use of hash values, a means of digital identification that is often represented as a sequence of characters and is produced by an algorithm based upon the digital contents of a drive, medium, or file. A hash is essentially a digital fingerprint of electronic evidence or in other words a unique mathematic value identifying the file's content. If a single bit or character within the digital file is changed, the hash value of the file will change.

7.      I have experience with Oxygen Forensic Detective, Cellebrite UFED Touch, Cellebrite 4PC, and Cellebrite Physical Analyzer. In my training and experience, these forensic software tools create accurate and reliable digital forensic images of digital devices, and I have regularly relied on these tools to create accurate and reliable images of digital devices in the past.

8.      Cellebrite Physical Analyzer includes an automated function to generate an MD5 hash value immediately upon the collection of a digital device and when creating copies of digital devices. I know the forensic collection processes completed successfully and accurately because the forensic software generated a hash of the images and because the software expressly indicated that the extractions were successful.

9.      Based on my training, experience, involvement in processing the forensic image files below, and my regular use of the tools and methods of imaging described above, I am qualified to authenticate that the documents identified below were derived from the forensic images of the "Original Devices" referenced below in this paragraph as containing true and accurate representations of the original data:

| Original Device | Date of Collection | Device IMEI | Document Identifier |
|---|---|---|---|

2

| iPhone 6 (serial number: DNPPG9TRG5MG) stated as used by Mikell Fries | 4/24/2018 | 35923 10621 84336 | CLA_0149779 Claxton_0181706 |
|---|---|---|---|
| iPad (serial number: DMQP3ACLG5VW) stated as used by Mikell Fries | 4/24/2018 | n/a | CLA_0074696 |

Under the penalties of perjury under the laws of the United States, I certify that the above

is complete, true, and correct, and if called as a witness, I could competently testify thereto.

Executed on this 5th day of October, 2021 at *12:56 PM. CT*

_____

Jeven Adam
Senior Manager, Digital Forensics & Expert Services

3

# Exhibit 36-1

## CERTIFICATE OF AUTHENTICITY OF DATA COPIED FROM
## AN ELECTRONIC DEVICE, STORAGE MEDIUM, OR FILE PURSUANT TO
## FEDERAL RULES OF EVIDENCE 902(14)

I, Erik Hammerquist, under penalty of perjury by the laws of the United States of

America pursuant to 28 U.S.C. § 1746, hereby declare and certify as follows:

1.      I am over 18 years of age.  I am currently employed by FTI Consulting, Inc.

("FTI") as a Senior Director in FTI's Digital Forensics and Investigations Practice.  I have been

employed by FTI since 2007, and am responsible for overseeing FTI's Los Angeles and San

Francisco forensic labs.  FTI specializes in the discovery, collection, investigation, and

production of electronic information for litigation matters.

2.      At FTI, I manage forensic data collections and forensic analysis of data from

mobile devices and other data sources.  Prior to FTI, I was a Senior Analyst of Network

Infrastructure and Computer Forensics for INSYNC Consulting Group, Inc.

3.      I have over eleven years of experience in the processing of mobile device data,

and have experience with the forensic collection and extraction of mobile device data utilizing

Cellebrite's Physical Analyzer.

4.      Through FTI, I was retained by Pilgrim's Pride Corporation to provide

examination, preservation, and analysis of data from a digital device.  Pursuant to this request, I

conducted the collection from one digital device, using Cellebrite Physical Analyzer.  After the

data was collected, the data was provided to Weil Gotshal & Manges LLP ("Weil"), and I

understand that Weil and/or its co-counsel at Kasowitz Benson Torres LLP produced certain of

the data I collected to the United States Department of Justice.

5.      Through my training and experience, I am familiar with the use of hash values, a

means of digital identification that is often represented as a sequence of characters and is

produced by an algorithm based upon the digital contents of a drive, medium, or file.  A hash is

essentially a digital fingerprint of electronic evidence.  If a single bit or character on a digital file is changed, the hash value of the file will change.

6.      I have experience with Cellebrite Physical Analyzer.  In my training and experience, this forensic software creates an accurate and reliable image of digital devices, and I have regularly relied on this tool to create accurate and reliable images of digital devices in the past.

7.      Cellebrite Physical Analyzer includes an automated function to generate a SHA256 hash value immediately upon the collection of a digital device.  I know the forensic collection process was complete and accurate because the forensic software expressly indicated that the process was successful and the data opened in Cellebrite Physical Analyzer without error, displaying expected content such as text messages and call logs.  Cellebrite Physical Analyzer leverages the iTunes backup protocol to create a copy of the committed SQLite databases containing this information, including the underlying data and metadata.  The underlying data and metadata could include information, such as the time a message was sent, or call received.

8.      Based on my training, experience, involvement in processing the digital image below, and my regular use of the tools and methods of imaging described above, I am qualified to authenticate the digital image referenced in this paragraph as a true and accurate duplicate of the original data:

| Original Device | Date of Image | Image Identifier |
|---|---|---|
| iPhone 7 (MNAJ2LL/A), Serial Number: F72SHK3XHG71<br><br>Operated by Jayson Penn | 1/30/17 | SHA256 Hash Value:<br><br>D198A5873BDDEEFB2B705E2C25DEF5299370-5C4136A9D61ABE6528A949E817FF |

9.      I further state that this certification is intended to satisfy Rule 902(14) of the

Federal Rules of Evidence.

Under the penalties of perjury under the laws of the United States, I certify that the above

is complete, true, and correct, and if called as a witness, I could competently testify thereto.

Executed on this 15th day of September, 2021 at Simi Valley, California.

Erik Hammerquist
Senior Director