# EXHIBIT A

1                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLORADO
2
      Criminal Action No. 20-CR-00152-PAB
3
        UNITED STATES OF AMERICA,
4
                  Plaintiff,
5
                  vs.
6
        JAYSON JEFFREY PENN,
7       MIKELL REEVE FRIES,
        SCOTT JAMES BRADY,
8       ROGER BORN AUSTIN,
        TIMOTHY R. MULRENIN,
9       WILLIAM VINCENT KANTOLA,
        JIMMIE LEE LITTLE,
10      WILLIAM WADE LOVETTE,
        GARY BRIAN ROBERTS,
11      RICKIE PATTERSON BLAKE,

12                Defendants.

13    -----------------------------------------------------------------
                         REPORTER'S TRANSCRIPT
14                     Trial Preparation Conference
      -----------------------------------------------------------------
15               Proceedings before the HONORABLE PHILIP A. BRIMMER,
      Chief Judge, United States District Court for the District of
16    Colorado, commencing on the 8th day of October, 2021, in
      Courtroom A201, United States Courthouse, Denver, Colorado.
17
                              APPEARANCES
18    For the Plaintiff:
      MICHAEL KOENIG, CAROLYN SWEENEY, HEATHER CALL, and PAUL
19    TORZILLI, U.S. Department of Justice, 450 Fifth St. N.W.,
      Washington, DC 20530
20
      For Defendant Penn:
21    ANNA TRYON PLETCHER and MICHAEL TUBACH, O'Melveny & Myers,
      LLP, Two Embarcadero Center, 28th Floor, San Francisco, CA
22    94111

23    For Defendant Fries:
      RICHARD KORNFELD and KELLY PAGE, Recht & Kornfeld, PC, 1600
24    Stout St., Ste. 1400, Denver, CO 80202

25       Sarah K. Mitchell, RPR, CRR, 901 19th Street, Room A252,
                  Denver, CO 80294, 303-335-2108

20-CR-00152-PAB     Trial Prep. Conference     10/08/2021     38

1   they're examining including their clients in a more formal

2   fashion.

3           Any other questions about witness issues?

4           MS. CALL:  Yes, Your Honor, very briefly.

5           THE COURT:  Can you state your name?

6           MS. CALL:  Heather Call for the Government.

7           THE COURT:  Go ahead.

8           MS. CALL:  After conferring with the defendants, we

9   did learn that there was a witness who appears to be an expert

10  witness on the defendants' list who's not previously noticed.

11  We do understand that Defendant Blake did not request

12  discovery under Rule 16(a)(1)(G) so the Government may not be

13  entitled to notice of that expert, but we would ask that the

14  Court order expert disclosure to happen before trial so

15  there's no need for a *Daubert* hearing in the middle of trial.

16          THE COURT:  You should file a motion on that

17  particular issue so that we can have it set forth.

18          MS. CALL:  Is there any particular timing on that

19  Your Honor would like?

20          THE COURT:  ASAP.

21          MS. CALL:  Very well.  Thank you.

22          THE COURT:  What else are you going to do on the

23  plane ride back?  Okay.  Any other questions about witness

24  issues that we should talk about?  Okay.  So exhibits.  Both

25  sides have submitted a phenomenal number of exhibits, so let's

Sarah K. Mitchell, RPR, CRR