# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20783-CR-King/Garber

UNITED STATES OF AMERICA,

v.

KEITH JOSEPH LANZON,

    Defendant.
_____/

## OMNIBUS ORDER

THIS CAUSE is before the Court on the government's (1) Motion to Compel Reciprocal Discovery Under Federal Rule of Criminal Procedure 16(b) [DE 92], and Request that District Court Take Judicial Notice of Florida Statute § 800.04 [DE 56]. The defense filed responses in opposition to both. A hearing was held on said Motion and Request on October 5th, 2007.

Rule 16 (b)(1)(B) and (C) of the Federal Rules of Criminal Procedure state that:

> **(B) Reports of Examinations and Tests.** If the defendant requests disclosure under Rule 16(a)(1)(F) and the government complies, the defendant must permit the government, upon request, to inspect and to copy or photograph the results or reports of any physical or mental examination and of any scientific test or experiment if:
>   (I) the item is within the defendant's possession, custody, or control; and
>   (ii) the defendant intends to use the item in the defendant's case-in-chief at trial, or intends to call the witness who prepared the report and the report relates to the witness's testimony.
>
> **(C) Expert Witnesses.** The defendant must, at the government's request, give to the government a written summary of any testimony that the defendant intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence as evidence at trial, if –
>   (I) the defendant requests disclosure under subdivision (A)(1)(G) and the government complies; or
>   (ii) the defendant has given notice under Rule 12.2(b) of an intent to present expert testimony on the defendant's mental condition.
> This summary must describe the witness's opinion, the bases and reasons for those opinions, and the witnesses's qualifications.

It is clear from a reading of the above portions of rule 16 that the defendant's obligation to produce the reciprocal discovery sought by the government in its Motion is triggered where the defendant has sought expert witness summaries from the government. The government has conceded that the defense has made no such request.

The government has argued that disclosures as to expert witnesses creates a unique situation that mandates providing the government with such information. The Court does not share that view, believing that if such were the case the Congress could have easily carved out an exception in Rule 16 as to expert's. It chose not to do so. Accordingly, the government's Motion to Compel Reciprocal Discovery must be denied.

Accordingly, and upon due consideration, it is hereby

ORDERED as follows:

1. The government's Motion To Compel Reciprocal Discovery, etc. is DENIED.

2. The government's Request that District Court Take Judicial Notice of Florida Statute § 800.04 is GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida this 5th day of October, 2007.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
U.S. District Judge James Lawrence King
Counsel of Record

Copies furnished to:
Counsel of record