# Exhibit A

## 8pc Chicken Strips

PEG # 370751        MFG # 3648

| DATE | PO: | QTY ORDER | QTY REV. |
|---|---|---|---|
| 8.18.16 | 50861554 | 168 | 84 |
| 8.29.16 | 50926519 | 252 | 80 |
| 9.01.16 | 51011608 | 500 | 305 |
| 9.07.16 | 51087538 | This was revised while I was on ~~VACATION~~. | 56 |
| 9.14.16 | 51155748 | "VACATION Revised" | 112 |

No Inventory of 3648 for these two PO's:

51238209  ⎱
51322609  ⎰ → HAD to Revise PO's to ADD more strips to cover fcf.

Hopefully these PO's show up on time.

| DUE DATE: | PO: | QTY ORDER | QTY Ship |
|---|---|---|---|
| 10.04.16 | 51357461 | (Full TRUCK) (1008 cs) | 182 |
|  | HAD to Revise to ADD Tenders | | |
| 10.12.16 | 51449987 | 168 cs | ? |
| 10.18.16 | 51540346 | (1008 cs) (Full TRUCK) | ? |

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e)
May Contain Confidential Business Information; Not Subject to FOIA

GEODOJ_0575920

Door: 3

||||||| 5043116

6&5 -69(?)

# PO BARCODE WORKSHEET

Vendor: __GEORGE'S FOODS__

Appt Time: __0900__  Date: __102716__  Late? Y/**N**
Arrival Time: __506__  Date: __102716__
Dock Time: _____  Depart Time: _____

Freight Code:   C   P   (E)
Pallet Exchange?          Y/N
Pallets In: __20__   Pallets Out: __0__

Trailer Locked?     (Y)/N
Seal Intact?        (Y)/N
Seal #: __154191 9__

Thermo King Settings:    Frz ___  Refrg___
Trailer Temps:           Frz ___  Refrg___

Trailer Structural Integrity Good?                          Y/N
Trailer Clean?                                              Y/N
Evidence of actual/potential contamination?                 Y/N
Unshielded/Unprotected Glass?                               Y/N
Evidence of Tampering?                                      Y/N
Product Temps Verified to Meet Matrix Requirements?         Y/N
Code Dates Verified to Meet Matrix Requirements?            Y/N
Contamination from Unlike Product?                          Y/N

Driver to Fill Out:
   Trailer #: __419__
   Wheels Chocked?           Y/N
   Current Reefer Setting: _____
   Print Driver's Name: __Glenn__
   Verification: ( X ) Driver's License Verified
   __Known__

Receiver Signature: _____
Recvg Office Signature: _____
Audited: ____   Closed on RP: ____

*See Tally Sheet History for Receipt Information including Temperatures per item and Use By dates.

10/4/2011 Revised                                        Ver 7.0

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e)
May Contain Confidential Business Information; Not Subject to FOIA

GEODOJ_0001518




# SHIPPER BILL OF LADING
## NON-NEGOTIABLE
## 4173531

REF. NUMBER: 9177
SALES ORDER: 765976
SHIP DATE: 10/26/2016   PAGE 1 OF 1
DEL DATE: _____   Time: 16:16:38
DEL TIME: _____

RECEIVED, subject to the "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment. This Bill of Lading is not subject to any tariffs or classifications whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier.

**SHIP TO:** 4871   **SHIP PO:**
001 - MCLANE FOODSERVICE ALBANY
NORTH EAST INDUSTRIAL PARK
BLDG 22
GUILDERLAND CENTER, NY 12085

**TEL NO:**
**P.O. #:** 5043116

**FROM ADDRESS:** 19992 Senedo Road, Edinburg, VA 22824
**Product of USA**
**FREIGHT BILL ADDRESS:** Georges Foods, 19992 Senedo Road, Edinburg, VA 22824

**CARRIER:** GEORGE'S FOODS-EDINBURG   **PSR TIME:** 15:42   **Trailer #:** 419   **SEAL #:** 1541919

This is a time sensitive shipment and delivery must not be delayed. If a delay occurs in transit which may result in a late delivery, Georges Farms, your dispatcher and the receiver must be notified.

Please pay particular attention to the temperature specified both here and on the shipper's envelope. The reefer settings is as follows:

5 degrees for 10 hrs., then run your reefer at 20 degrees thereafter

Also, note you may have a temperature recorder on board. If so, the information below applies to you.

DTR on board [✓]   DTR Serial #: DH181304M0

**NOTICE:** You will be responsible for having your last receiver to sign the tape from the DTR. If you fail to have this signed and returned along with the freight bill, you will be fined $200.00

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

| PRODUCT CODE | SHIPPED CASES | DESCRIPTION | NET WEIGHT (Subject to correction) |
|---|---|---|---|
| 1957 | 420 | 8 PC WOG W/O FAT 2.34-2.72 20HD INJ CVP | 21,292.05 |
| 5416 | 140 | KFC DRUM & THIGH W/O FAT INJ CVP | 7,037.00 |

| | IN | OUT |
|---|---|---|
| PALLETS | 0 | 0 |
| TUBS | 0 | 0 |
| LIDS | 0 | 0 |

The property described to the left is in good order for transportation, except as noted, marked, consigned, and destined as indicated above and the carrier agrees to carry said property to its place of delivery at the specified destination.

(Driver's Signature)   (Date and Time)

NOTICE to Consignee: All claims for short weight, box shortages, damaged product, defective product, and/or out of specification product will not be allowed or considered unless verbal and written notice thereof is given to George's Farms the day of delivery or the next working day (If delivered on a non-working day)

(Consignee's Signature)   (Date and Time)

Apt Time In: 9am   Out: 10:27 / 506 / 6:00p
Received by: Msevilla
Pallets In: 20   Out: 0   Damaged: 0
Total Cases Received: 560   Cases Refused: 0
Short: 0   Over: 0   Damaged: 0   Product Temp: 31
Driver Name/Company: George's
Driver Signature: _____
Seal #: 1541919   Seal Intact (Y) or N
Subject to Future Claims: (Y) or N
Product Hold: Y or (N)

Subject to Section 7 conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Consignor's Signature)   (Date and Time)

| 7373 | 560 | TOTALS | 28,329.05 |

TRUCK IN: _____
TRUCK OUT: _____

Georges Farms -Shipper, per _____   agent, per _____

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e)
May Contain Confidential Business Information; Not Subject to FOIA

GEODOJ_0001519

**PICK LIST**
**SALES ORDER #: 765976**

From: Georges Farms

Date: 10/26/2016
Time: 16:16:45

Ship To:   001 - MCLANE FOODSERVICE ALBANY
NORTH EAST INDUSTRIAL PARK
GUILDERLAND CENTER, NY  12085

| # | PRODUCT | ORD QTY | BOXED | NEEDED | POUNDS | PRODUCT DESCRIPTION |
|---|---|---|---|---|---|---|
| 1 | 1957 | 420 | 420 | 0 | 21,292.05 | 8 PC WOG W/O FAT 2.34-2.72 20HD INJ CVP |
| 2 | 5416 | 140 | 140 | 0 | 7,037.00 | KFC DRUM & THIGH W/O FAT INJ CVP |
| | ORDER TOTALS: | 560 | 560 | | 28,329.05 | |

REPORT - PICK LIST

Page 1  of 1

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e)
May Contain Confidential Business Information; Not Subject to FOIA

GEODOJ_0001520

# PALLET SUMMARY
## SALES ORDER # 765976

on: Georges Farms

Date: 10/26/2016
Time: 16:16:49

PRODUCT:   1957   8 PC WOG W/O FAT 2.34-2.72 20HD INJ CVP

**Pallet Tag:** PEV3382889

| | | | | |
|---|---|---|---|---|
| 47.26 10/26/2016 | 50.46 10/26/2016 | 48.36 10/26/2016 | 50.06 10/26/2016 | 51.21 10/26/2016 |
| 49.81 10/26/2016 | 49.56 10/26/2016 | 49.96 10/26/2016 | 50.21 10/26/2016 | 50.56 10/26/2016 |
| 51.11 10/26/2016 | 49.16 10/26/2016 | 50.06 10/26/2016 | 49.41 10/26/2016 | 50.71 10/26/2016 |
| 50.71 10/26/2016 | 50.16 10/26/2016 | 50.76 10/26/2016 | 49.86 10/26/2016 | 48.86 10/26/2016 |
| 53.31 10/26/2016 | 50.26 10/26/2016 | 49.21 10/26/2016 | 49.76 10/26/2016 | 51.26 10/26/2016 |
| 50.36 10/26/2016 | 50.56 10/26/2016 | 47.86 10/26/2016 | 49.61 10/26/2016 | 47.26 10/26/2016 |
| 48.31 10/26/2016 | 50.41 10/26/2016 | 50.46 10/26/2016 | 48.46 10/26/2016 | 50.31 10/26/2016 |

Product Date/Totals:   10/26/2016   35   1745.65
Pallet Total Cases: 35   Pallet Total Weight: 1745.65

**Pallet Tag:** PEV3382931

| | | | | |
|---|---|---|---|---|
| 49.41 10/26/2016 | 49.61 10/26/2016 | 49.91 10/26/2016 | 49.41 10/26/2016 | 49.06 10/26/2016 |
| 49.71 10/26/2016 | 48.76 10/26/2016 | 49.01 10/26/2016 | 49.66 10/26/2016 | 48.31 10/26/2016 |
| 49.71 10/26/2016 | 50.21 10/26/2016 | 48.16 10/26/2016 | 50.26 10/26/2016 | 49.71 10/26/2016 |
| 49.66 10/26/2016 | 48.91 10/26/2016 | 49.91 10/26/2016 | 49.81 10/26/2016 | 50.46 10/26/2016 |
| 50.31 10/26/2016 | 49.51 10/26/2016 | 49.86 10/26/2016 | 49.41 10/26/2016 | 49.36 10/26/2016 |
| 48.11 10/26/2016 | 51.06 10/26/2016 | 51.06 10/26/2016 | 51.21 10/26/2016 | 51.16 10/26/2016 |
| 49.71 10/26/2016 | 50.46 10/26/2016 | 51.06 10/26/2016 | 50.61 10/26/2016 | 49.41 10/26/2016 |

Product Date/Totals:   10/26/2016   35   1741.95
Pallet Total Cases: 35   Pallet Total Weight: 1741.95

**Pallet Tag:** PEV3383742

| | | | | |
|---|---|---|---|---|
| 50.81 10/26/2016 | 50.26 10/26/2016 | 51.41 10/26/2016 | 48.11 10/26/2016 | 50.81 10/26/2016 |
| 49.96 10/26/2016 | 50.46 10/26/2016 | 50.41 10/26/2016 | 51.11 10/26/2016 | 51.11 10/26/2016 |
| 48.11 10/26/2016 | 49.01 10/26/2016 | 49.36 10/26/2016 | 51.16 10/26/2016 | 51.06 10/26/2016 |
| 48.36 10/26/2016 | 49.26 10/26/2016 | 50.11 10/26/2016 | 50.96 10/26/2016 | 51.01 10/26/2016 |
| 49.41 10/26/2016 | 49.41 10/26/2016 | 49.36 10/26/2016 | 51.36 10/26/2016 | 50.41 10/26/2016 |
| 52.16 10/26/2016 | 51.31 10/26/2016 | 51.26 10/26/2016 | 49.06 10/26/2016 | 50.31 10/26/2016 |
| 50.31 10/26/2016 | 50.66 10/26/2016 | 49.96 10/26/2016 | 50.46 10/26/2016 | 49.66 10/26/2016 |

Product Date/Totals:   10/26/2016   35   1757.95
Pallet Total Cases: 35   Pallet Total Weight: 1757.95

**Pallet Tag:** PEV3383750

| | | | | |
|---|---|---|---|---|
| 50.51 10/26/2016 | 51.36 10/26/2016 | 49.11 10/26/2016 | 50.01 10/26/2016 | 50.11 10/26/2016 |
| 50.21 10/26/2016 | 51.21 10/26/2016 | 48.81 10/26/2016 | 50.26 10/26/2016 | 49.56 10/26/2016 |
| 50.56 10/26/2016 | 50.16 10/26/2016 | 50.21 10/26/2016 | 49.56 10/26/2016 | 49.81 10/26/2016 |
| 48.66 10/26/2016 | 49.21 10/26/2016 | 48.61 10/26/2016 | 49.16 10/26/2016 | 49.11 10/26/2016 |
| 49.96 10/26/2016 | 50.86 10/26/2016 | 51.01 10/26/2016 | 51.01 10/26/2016 | 50.11 10/26/2016 |
| 48.96 10/26/2016 | 48.61 10/26/2016 | 47.91 10/26/2016 | 48.36 10/26/2016 | 47.46 10/26/2016 |
| 51.06 10/26/2016 | 49.51 10/26/2016 | 50.31 10/26/2016 | 50.16 10/26/2016 | 49.51 10/26/2016 |

Product Date/Totals:   10/26/2016   35   1741
Pallet Total Cases: 35   Pallet Total Weight: 1741

REPORT - PALLET SUMMARY

Page 1 of 4

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e)
May Contain Confidential Business Information; Not Subject to FOIA

GEODOJ_0001521

## PALLET SUMMARY
### SALES ORDER # 765976

Date: 10/26/2016
Time: 16:16:49

...on: Georges Farms

**Pallet Tag:** PEV3388832

| | | | | |
|---|---|---|---|---|
| 50.56 10/25/2016 | 50.31 10/25/2016 | 51.71 10/25/2016 | 52.11 10/25/2016 | 51.46 10/25/2016 |
| 51.31 10/25/2016 | 51.61 10/25/2016 | 52.46 10/25/2016 | 51.21 10/25/2016 | 50.96 10/25/2016 |
| 50.86 10/25/2016 | 47.56 10/25/2016 | 50.86 10/25/2016 | 52.26 10/25/2016 | 52.56 10/25/2016 |
| 54.06 10/25/2016 | 52.26 10/25/2016 | 52.81 10/25/2016 | 50.51 10/25/2016 | 52.11 10/25/2016 |
| 53.46 10/25/2016 | 51.86 10/25/2016 | 51.81 10/25/2016 | 51.91 10/25/2016 | 51.16 10/25/2016 |
| 52.36 10/25/2016 | 49.51 10/25/2016 | 51.61 10/25/2016 | 52.56 10/25/2016 | 50.01 10/25/2016 |
| 50.36 10/25/2016 | 51.51 10/25/2016 | 51.01 10/25/2016 | 50.66 10/25/2016 | 51.56 10/25/2016 |

**Product Date/Totals:** 10/25/2016  35  1800.9
**Pallet Total Cases:** 35  **Pallet Total Weight:** 1800.9

**Pallet Tag:** PEV3388834

| | | | | |
|---|---|---|---|---|
| 52.41 10/25/2016 | 51.41 10/25/2016 | 51.06 10/25/2016 | 51.96 10/25/2016 | 52.06 10/25/2016 |
| 51.36 10/25/2016 | 52.46 10/25/2016 | 50.11 10/25/2016 | 50.11 10/25/2016 | 52.51 10/25/2016 |
| 52.06 10/25/2016 | 50.36 10/25/2016 | 51.21 10/25/2016 | 52.16 10/25/2016 | 51.51 10/25/2016 |
| 51.51 10/25/2016 | 51.51 10/25/2016 | 50.86 10/25/2016 | 50.76 10/25/2016 | 50.96 10/25/2016 |
| 51.81 10/25/2016 | 52.66 10/25/2016 | 52.01 10/25/2016 | 51.66 10/25/2016 | 50.71 10/25/2016 |
| 50.91 10/25/2016 | 52.01 10/25/2016 | 50.36 10/25/2016 | 52.21 10/25/2016 | 52.81 10/25/2016 |
| 52.06 10/25/2016 | 51.86 10/25/2016 | 50.66 10/25/2016 | 51.41 10/25/2016 | 51.06 10/25/2016 |

**Product Date/Totals:** 10/25/2016  35  1802.55
**Pallet Total Cases:** 35  **Pallet Total Weight:** 1802.55

**Pallet Tag:** PEV3388836

| | | | | |
|---|---|---|---|---|
| 51.76 10/25/2016 | 49.16 10/25/2016 | 50.96 10/25/2016 | 52.31 10/25/2016 | 53.36 10/25/2016 |
| 52.06 10/25/2016 | 51.56 10/25/2016 | 51.11 10/25/2016 | 51.81 10/25/2016 | 49.31 10/25/2016 |
| 51.36 10/25/2016 | 51.71 10/25/2016 | 51.56 10/25/2016 | 52.06 10/25/2016 | 51.56 10/25/2016 |
| 51.91 10/25/2016 | 51.01 10/25/2016 | 50.46 10/25/2016 | 50.36 10/25/2016 | 50.96 10/25/2016 |
| 51.46 10/25/2016 | 49.76 10/25/2016 | 50.71 10/25/2016 | 51.31 10/25/2016 | 51.51 10/25/2016 |
| 51.66 10/25/2016 | 51.66 10/25/2016 | 51.16 10/25/2016 | 51.41 10/25/2016 | 51.01 10/25/2016 |
| 50.56 10/25/2016 | 51.31 10/25/2016 | 51.26 10/25/2016 | 52.21 10/25/2016 | 51.01 10/25/2016 |

**Product Date/Totals:** 10/25/2016  35  1794.35
**Pallet Total Cases:** 35  **Pallet Total Weight:** 1794.35

**Pallet Tag:** PEV3388838

| | | | | |
|---|---|---|---|---|
| 51.46 10/25/2016 | 50.71 10/25/2016 | 52.41 10/25/2016 | 51.31 10/25/2016 | 51.21 10/25/2016 |
| 48.86 10/25/2016 | 50.51 10/25/2016 | 49.31 10/25/2016 | 49.26 10/25/2016 | 50.31 10/25/2016 |
| 50.06 10/25/2016 | 51.51 10/25/2016 | 51.21 10/25/2016 | 52.26 10/25/2016 | 52.16 10/25/2016 |
| 51.81 10/25/2016 | 49.81 10/25/2016 | 51.16 10/25/2016 | 52.21 10/25/2016 | 51.26 10/25/2016 |
| 50.91 10/25/2016 | 50.21 10/25/2016 | 51.06 10/25/2016 | 51.06 10/25/2016 | 51.66 10/25/2016 |
| 51.01 10/25/2016 | 51.41 10/25/2016 | 51.31 10/25/2016 | 51.16 10/25/2016 | 50.76 10/25/2016 |
| 51.96 10/25/2016 | 51.71 10/25/2016 | 51.01 10/25/2016 | 51.66 10/25/2016 | 50.76 10/25/2016 |

**Product Date/Totals:** 10/25/2016  35  1786.45
**Pallet Total Cases:** 35  **Pallet Total Weight:** 1786.45

**PRODUCT:** 5416   KFC DRUM & THIGH W/O FAT INJ CVP

**REPORT -**

Page 3 of 4

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e)
May Contain Confidential Business Information; Not Subject to FOIA

GEODOJ_0001522