# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

---

## GOVERNMENT'S MOTION TO FILE
## TRIAL BRIEF IN EXCESS OF PAGE LIMIT

---

The government respectfully moves the Court for leave to file a twenty-page trial brief. The government's trial brief is due on Monday, October 18.

Good cause exists for permitting an additional ten pages. The Court on December 11, 2021 granted the Defendants' request to file 100 pages of trial briefing, including a twenty-page joint brief to address common issues and up to eight pages of individual briefing per Defendant. The government believes that the additional length will better allow the Court to efficiently and accurately evaluate the issues presented in this case.

The government requested the positions of the Defendants on this motion.

Defendants did not take a position on the government's motion.

Respectfully submitted this 17th day of October, 2021.

By: _s/ Heather D. Call_____
Heather D. Call
Michael T. Koenig
Carolyn M. Sweeney
Paul J. Torzilli
Trial Attorneys
Antitrust Division
U.S. Department of Justice
Washington Criminal II Office
450 Fifth Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-2165
Email: michael.koenig@usdoj.gov
