# Exhibit A9

# Telephone Calls Between Jimmie Little and Bill Kantola During Review Period



Total: 884

| Year | Calls |
|---|---|
| 2012 | 248 |
| 2013 | 147 |
| 2014 | 209 |
| 2015 | 177 |
| 2016 | 75 |
| 2017 | 12 |
| 2018 | 7 |
| 2019 | 5 |
| 2020 | 4 |

ID: GDX-007    SOURCE: 68000, 8063, 8041    9



# Telephone Calls Between Jimmie Little and Carl Pepper During Review Period

- 2012: 54
- 2013: 56
- 2014: 91
- 2015: 119
- 2016: 31
- 2017: 2

**Total: 353**

ID: GDX-008    SOURCE: 8000, 8063, 8041, 8042    10



Telephone Calls Between Jimmie Little and Ric Blake During Review Period

- 2012: 31
- 2013: 8
- 2014: 13
- 2015: 15
- 2016: 3

**Total: 70**

ID: GDX-009   SOURCE: 5021, 8000, 8063, 8041   11