# Exhibit A10

## Hidden Columns in Excel Spreadsheet



All columns are visible

ID: GDX-012.1          SOURCE: 1036.xlsx                                        1

# Hidden Columns in Excel Spreadsheet



Column **L** is selected

ID: GDX-012.2     SOURCE: 1036.xlsx     2

# Hidden Columns in Excel Spreadsheet



Right-click brings up a menu with the "hide" option

ID: GDX-012.3              SOURCE: 1036.xlsx                              3

# Hidden Columns in Excel Spreadsheet



Column **L** is hidden now

ID: GDX-012.4               SOURCE: 1036.xlsx                                    4

# Hidden Columns in Excel Spreadsheet



Column **M** is selected

ID: GDX-012.5          SOURCE: 1036.xlsx                                      5

# Hidden Columns in Excel Spreadsheet



Right-click brings up a menu with the "hide" option

ID: GDX-012.6  SOURCE: 1036.xlsx  6

# Hidden Columns in Excel Spreadsheet



Both **L** and **M** columns are hidden now

ID: GDX-012.7         SOURCE: 1036.xlsx                                                7