# Exhibit A5





SOURCES: EX. 1734, 6184, 6045, 9237, 9240

# April 18, 2014



**Scott Brady**

**Mikell Fries**

4/18/2014 12:02 PM
I talked to Tim today at Tyson and for ABF they are at .02 per lb live weight. He said they are supposed to give a number to CFA today. I told him we were .31 to .32 per lb on finished product.

4/18/2014 1:37PM
Did he say what there finished increase would be?

4/18/2014 1:40PM
Work in progress. I told him what we were doing , Perdue and pilgrims

SOURCES: EX. 355, 6005, 9237, 9240

# October 29, 2014



**Jayson Penn**

10/29/2014 6:03PM

Yup. I called you out in our board meeting today for leading the industry to higher '15 prices in FFS and $75M higher YoY pricing. Now that is impressive.

**Jason McGuire**

SOURCES: EX. 940, 8024, 9248