# Exhibit A6



ID: GDX-013.4    SOURCE: 1074, 9235-37, 9240, 9242, 9244, 9245, 9247, 9248, 9251











## October 4-10, 2012

| KFC First Round Bids | | |
|---|---|---|
| Company (Defendant(s)) | 8 Piece (Purple) | Dark Meat |
| Koch Foods | $0.9710 | $0.6710 (-.30) |
| George's | $0.9694 | $0.6894 (-.28) |
| Tyson | $1.0534 | $0.7634 (-.29) |
| Claxton Chicken | $0.9620 | $0.662 (-.30) |
| Pilgrim's | $0.9885 | $0.6885 (-.30) |

SOURCES: EX. 1406, 9258, 1429, 8041, 1408, 1430, 1533, 1432, 9202, 8087, 1505, 1540, 1434, 9202, 8055, 1431, 1191, 1008, 813, 1055, 9143, 1411, 1105, 1513, 1553, 1500, 1525, 813, 1008, 1191, 9143, 1055, 9242, 9237, 9235, 9244, 9251, 9236





## November 29, 2012






SOURCES: EX. 1544, 4002, 8087, 1428, 1546, 8089, 1538, 1539, 1008, 1055, 813, 9143, 9236, 9235, 9237, 9242





SOURCES: EX. 1160, 8091, 1240, 8093, 1132, 1239, 1020, 8041, 6082, 1238, 9143, 606, 813, 9240, 9242, 9237

