IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-152-PAB

UNITED STATES OF AMERICA,

　　　　Plaintiff,

　　　　　　v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

　　　　Defendants.

## ENTRY OF APPEARANCE OF COUNSEL

To:　　　The clerk of court and all parties of record

　　　　I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for interested party:

　　　　KOCH FOODS, INC.

　　　　DATED at Chicago, Illinois this 22nd day of October, 2021.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Michael E. Martinez*
　　　　　　　　　　　　　　　　　　　　　　Signature of Attorney

　　　　　　　　　　　　　　　　　　　　　　Michael E. Martinez
　　　　　　　　　　　　　　　　　　　　　　Name of Attorney

　　　　　　　　　　　　　　　　　　　　　　K&L Gates LLP
　　　　　　　　　　　　　　　　　　　　　　Firm Name

　　　　　　　　　　　　　　　　　　　　　　70 W. Madison St., Suite 3300
　　　　　　　　　　　　　　　　　　　　　　Office Address

　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois, 60602
　　　　　　　　　　　　　　　　　　　　　　City, State, ZIP Code

<u>     312.807.4404     </u>
Telephone Number

<u>  Michael.Martinez@klgates.com  </u>
Primary CM/ECF E-mail Address

310706990.1