IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

        v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for interested party:

KOCH FOODS, INC.

DATED at Chicago, Illinois this 22nd day of October, 2021.

        */s/ Lauren Donahue*
        Signature of Attorney

        Lauren Norris Donahue
        Name of Attorney

        K&L Gates LLP
        Firm Name

        70 W. Madison St., Suite 3300
        Office Address

        Chicago, Illinois, 60602
        City, State, ZIP Code

   312.807.4218   
Telephone Number

Lauren.Donahue@klgates.com
Primary CM/ECF E-mail Address
