# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. Jayson Jeffrey Penn,
2. Mikell Reeve Fries,
3. Scott James Brady,
4. Roger Born Austin,
5. Timothy R. Mulrenin,
6. William Vincent Kantola,
7. Jimmie Lee Little,
8. William Wade Lovette,
9. Gary Brian Roberts,
10. Rickie Patterson Blake

    Defendants.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for interested party:

    NORMAN W. FRIES, INC. D/B/A CLAXTON POULTRY FARMS

    DATED at Chicago, Illinois this 22nd day of October, 2021

    /s/ James F. Herbison
    Signature of Attorney

    James F. Herbison
    Name of Attorney

    Winston & Strawn LLP
    Firm Name

    35 W. Wacker Dr.
Office Address

    Chicago, IL 60601
City, State, ZIP Code

    (312) 558-5600
Telephone Number

    JHerbiso@winston.com
Primary CM/ECF E-mail Address