IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>v.<br>1.    JAYSON JEFFREY PENN,<br>2.    MIKELL REEVE FRIES,<br>3.    SCOTT JAMES BRADY,<br>4.    ROGER BORN AUSTIN,<br>5.    TIMOTHY R. MULRENIN,<br>6.    WILLIAM VINCENT KANTOLA,<br>7.    JIMMIE LEE LITTLE,<br>8.    WILLIAM WADE LOVETTE,<br>9.    GARY BRIAN ROBERTS, and<br>10.  RICKIE PATTERSON BLAKE,<br><br>      Defendants. | No. 20-cr-00152-PAB |

## DEFENDANTS' MOTION TO RESTRICT ACCESS TO THEIR MOTION REGARDING DEPARTMENT OF JUSTICE PROPOSED WITNESS ROBBIE BRYANT

Defendants, by and through undersigned counsel, and pursuant to Rule 49.1(d) of the Federal Rules of Criminal Procedure and Local Criminal Rule 47.1, specifically move this Court to restrict access to their Motion to Restrict Access to Their Motion Regarding Department of Justice Proposed Witness Robbie Bryant and any order revealing its contents. Pursuant to District of Colorado Local Criminal Rule 47.1(c), a Level 1 restriction of those documents is necessary for the reasons explained in the DOJ's Restricted Brief in Support of United States' Motion for Leave to Restrict Public Access to Redacted Portions of its Omnibus Motions in Limine (Doc. 545), which it filed on October 1, 2021.

1

Defendants' Response discusses the document and underlying information that DOJ seeks to have restricted under Level 1. Accordingly, defendants incorporate the DOJ's arguments (except to the extent they bear on the relevance of the restricted material to this case) from its October 1, 2021, Restricted Brief in Support of United States' Motion for Leave to Restrict Public Access to Redacted Portions of its Omnibus Motions in Limine (Doc. 545), and respectfully request that the Court restrict public access to defendants' Motion to Restrict Access to Their Motion Regarding Department of Justice Proposed Witness Robbie Bryant.

Dated:  October 26, 2021                                Respectfully submitted,

*s/ John A. Fagg, Jr.*                                                   *s/ Michael F. Tubach*
John A. Fagg, Jr.                                                        Michael F. Tubach
MOORE & VAN ALLEN PLLC                                  O'MELVENY & MYERS LLP
Attorney for William Wade Lovette                        Attorney for Jayson Jeffrey Penn
100 North Tryon Street, Suite 4700                       Two Embarcadero Center, 28th Floor
Charlotte, NC 28202                                      San Francisco, California 94111-3823
(704) 331-3622                                           (415) 984-8700
johnfagg@mvalaw.com                                      mtubach@omm.com

*s/ Richard K. Kornfeld*                                *s/ Michael S. Feldberg*
Richard K. Kornfeld                                      Michael S. Feldberg
RECHT KORNFELD, P.C.                                     REICHMAN JORGENSEN LEHMAN &
Attorney for Mikell Reeve Fries                          FELDBERG LLP
1600 Stout Street, Suite 1400                            Attorney for Roger Born Austin
Denver, CO 80202                                         750 Third Avenue, Suite 2400
(303) 573-1900                                           New York, NY 10017
rick@rklawpc.com                                         (212) 381-1965
                                                         mfeldberg@reichmanjorgensen.com

*s/ Bryan Lavine*
Bryan Lavine
TROUTMAN PEPPER HAMILTON SANDERS LLP
Attorney for Scott James Brady
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308
(404) 885-3170
Bryan.lavine@troutman.com

*s/ James A. Backstrom*
James A. Backstrom, Counsellor at Law
Attorney for William Vincent Kantola
1515 Market Street, Suite 1200
Philadelphia, PA 19102-1932
(215) 864-7797
jabber@backstromlaw.com

*s/ Craig Allen Gillen*
Craig Allen Gillen
GILLEN, WITHERS & LAKE, LLC
Attorney for Gary Brian Roberts
400 Galleria Parkway, Ste. 1920
Atlanta, GA 30339
(404) 842-9700
cgillen@gwllawfirm.com

*s/ Elizabeth Prewitt*
Elizabeth B. Prewitt
LATHAM & WATKINS LLP
Attorney for Timothy R. Mulrenin
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
elizabeth.prewitt@lw.com

*s/ Mark A. Byrne*
Mark A. Byrne
BYRNE & NIXON LLP
Attorney for Jimmie Lee Little
888 West Sixth St, Suite 1100
Los Angeles, CA 90017
(213) 620-8003
markbyrne@byrnenixon.com

*s/ Barry J. Pollack*
Barry J. Pollack
Attorney for Rickie Patterson Blake
ROBBINS, RUSSELL, ENGLERT, ORSECK, & UNTEREINER LLP
2000 K Street N.W., 4th Floor
Washington, DC 20006
(202) 775-4514
bpollack@robbinsrussell.com

CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all listed parties.

Dated:  October 26, 2021    *s/ Michael S. Feldberg*

Michael S. Feldberg