IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB-5

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     **JAYSON JEFFREY PENN**
2.     **MIKELL REEVE FRIES**
3.     **SCOTT JAMES BRADY**
4.     **ROGER BORN AUSTIN**
5.     **TIMOTHY R. MULRENIN**
6.     **WILLIAM VINCENT KANTOLA**
7.     **JIMMIE LEE LITTLE**
8.     **WILLIAM WADE LOVETTE**
9.     **GARY BRIAN ROBERTS**
10.    **RICKIE PATTERSON BLAKE**

        Defendants.

---

### Motion to Restrict Access to Motion to Exclude Exhibits Not Introduced Through an Available Percipient Witness

---

Defendants, through counsel and pursuant to Rule 49.1(d) of the Federal Rules of Criminal Procedure and Local Criminal Rule 47.1, move to restrict access to Defendants' Motion to Exclude Exhibits Not Introduced Through an Available Percipient Witness. Pursuant to District of Colorado Local Rule 47.1(c), a Level 2 restriction of the motion is necessary because the motion relates to aspects of the government's criminal investigation that are not yet public, including the alleged treatment of non-defendant witnesses and the status of immunity agreements with those individuals.

The government previously represented that its investigation is still ongoing and that the "necessity in the secrecy of the ongoing investigation outweighs the presumption of public access." ECF No. 359 at 2-3. The Court previously granted the government's request for restriction on this basis. ECF No. 378. Level 2 restriction is appropriate because a number of non-parties have entered appearances in these proceedings and would have access to a Level 1 filing. Accordingly, Defendants respectfully request leave to restrict at Level 2.

Respectfully submitted this 7th day of November, 2021.

| | |
|---|---|
| *s/ Barry J. Pollack* | *s/ Chad D. Williams* |
| Barry J. Pollack | Chad D. Williams |
| ROBBINS, RUSSELL, ENGLERT, | Jacqueline V. Roeder |
| ORSECK & UNTEREINER LLP | DAVIS GRAHAM & STUBBS LLP |
| 2000 K Street N.W., 4th Floor | 1550 17th Street, Suite 500 |
| Washington, DC 20006 | Denver, CO 80202 |
| (202) 775-4514 | (303) 892-9400 |
| bpollack@robbinsrussell.com | chad.williams@dgslaw.com |
| | jackie.roeder@dgslaw.com |
| *s/ Wendy L. Johnson* | *s/ Michael F. Tubach* |
| Wendy L. Johnson | Michael F. Tubach |
| RMP LLP | O'MELVENY & MYERS LLP |
| 5519 Hackett St., Suite 300 | Two Embarcadero Center, 28th Floor |
| Springdale, AR 72762 | San Francisco, California 94111-3823 |
| (479) 439-2705 | (415) 984-8700 |
| wjohnson@rmp.law | mtubach@omm.com |
| | |
| *Attorneys for Ric Blake* | *Attorneys for Jayson Jeffrey Penn* |
| | |
| *s/ Richard K. Kornfeld* | *s/ John A. Fagg, Jr.* |
| Richard K. Kornfeld | John A. Fagg, Jr. |
| RECHT KORNFELD, P.C. | MOORE & VAN ALLEN PLLC |
| 1600 Stout Street, Suite 1400 | 100 North Tryon Street, Suite 4700 |
| Denver, CO 80202 | Charlotte, NC 28202 |
| (303) 573-1900 | (704) 331-3622 |
| rick@rklawpc.com | johnfagg@mvalaw.com |

*Attorney for Mikell Reeve Fries*

s/ *Craig Allen Gillen*
Craig Allen Gillen
GILLEN, WITHERS & LAKE
400 Galleria Parkway, Ste. 1920
Atlanta, GA 30339
(404) 842-9700
cgillen@gwllawfirm.com

*Attorney for Gary Brian Roberts*

s/ *Bryan Lavine*
Bryan Lavine
TROUTMAN PEPPER HAMILTON
SANDERS LLP
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308
(404) 885-3170
Bryan.lavine@troutman.com

*Attorney for Scott James Brady*


s/ *James A. Backstrom*
James A. Backstrom
1515 Market Street, Suite 1200
Philadelphia, PA 19102-1932
(215) 864-7797
jabber@backstromlaw.com

*Attorney for William Vincent Kantola*

*Attorney for William Wade Lovette*

s/ *Elizabeth B. Prewitt*
Elizabeth B. Prewitt
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
elizabeth.prewitt@lw.com


s/ *Jamie Hubbard*
Marci G. LaBranche
Jamie Hubbard
STIMSON STANCIL LABRANCHE
HUBBARD LLC
1652 N. Downing Street
Denver, CO 80218
(720) 689-8909
labranche@sslhlaw.com
hubbard@sslhlaw.com

*Attorneys for Timothy R. Mulrenin*

/ *Michael S. Feldberg*
Michael S. Feldberg
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
750 Third Avenue, Suite 2400
New York, NY 10017
(212) 381-1965
mfeldberg@reichmanjorgensen.com

*Attorney for Roger Born Austin*

s/ *Mark A. Byrne*
Mark A. Byrne
BYRNE & NIXON LLP
888 West Sixth St, Suite 1100
Los Angeles, CA 90017
(213) 620-8003

markbyrne@byrnenixon.com

*Attorney for Jimmie Lee Little*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of November, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

*s/ Nancy Hickam*
Nancy Hickam

4