**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Chief Judge Philip A. Brimmer**

Criminal Action No.: 20-cr-00152-PAB      Date:  November 8, 2021
Courtroom Deputy:  Sabrina Grimm      Court Reporter:   Janet Coppock

*Parties:*                                           *Counsel:*

UNITED STATES OF AMERICA,          Michael Koenig
                                                Carolyn Sweeney
                                                Heather Call
                                                  Paul Torzilli
                                                  Laura Butte
                                                  Jillian Rogowski

     Plaintiff,

v.

1.  JAYSON JEFFREY PENN,           Michael Tubach
                                                  Anna Pletcher
2.  MIKELL REEVE FRIES,             Richard Kornfeld
                                                  David Beller
                                                  Kelly Page
3.  SCOTT JAMES BRADY,            Bryan Lavine
                                                  Megan Rahman
                                                  Laura Kuykendall
4.  ROGER BORN AUSTIN,            Michael Feldberg
5.  TIMOTHY R. MULRENIN,         Julie Withers
                                                  Elizabeth Prewitt
                                                  Marci LaBranche
6.  WILLIAM VINCENT KANTOLA,    Roxann Henry
                                                  James Backstrom
7.  JIMMIE LEE LITTLE,             Mark Byrne
                                                  Dennis Canty
8.  WILLIAM WADE LOVETTE,      John Fagg, Jr.
                                                  Frank Schall
                                                  Dru Nielsen
                                                  James McLoughlin
9.  GARY BRIAN ROBERTS, and      Craig Gillen
                                                  Richard Tegtmeier
10.  RICKIE PATTERSON BLAKE,     Wendy Johnson
                                                  Barry Pollack

     Defendants.

---

## COURTROOM MINUTES

---

**JURY TRIAL – DAY 10**

**8:33 a.m.      Court in session.**

Defendants present on bond.

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Discussion regarding sick juror and testimony related to Telly Smith.

8:41 a.m.      Jury present.

8:43 a.m. – 8:46 a.m.      Bench conference.

**Exhibits 6198, 3037, 1190, 1191, 1175, 1074, 1075, 1058, 1247, 1051, 1238, 9672, 955, 953, and 940 are admitted.**

Government witness, Telly Smith, sworn.

9:29 a.m.      Direct examination of Mr. Smith by Mr. Koenig.

**Exhibit 413 is admitted.**

9:59 a.m. – 10:00 a.m.      Bench conference.

Continued direct examination of Mr. Smith by Mr. Koenig.

**Exhibit 401 is admitted.**

Jury excused.

**10:16 a.m.    Court in recess.**
**10:37 a.m.    Court in session.**

Jury present.

Continued direct examination of Mr. Smith by Mr. Koenig.

**Exhibit 480 is admitted.**

10:51 a.m. to 10:55 a.m.    Bench conference.

Continued direct examination of Mr. Smith by Mr. Koenig.

10:55 a.m.    Cross examination of Mr. Smith by Mr. Tubach.

**Exhibits D-789 and C-862 are admitted.**

11:47 a.m. – 11:51 a.m.    Bench conference.

**Exhibits 424 and 404 are admitted.**

12:00 p.m.    Jury excused.

Discussion regarding Exhibit 901.  The objections are overruled.

**12:06 p.m.    Court in recess.**
**1:32 p.m.    Court in session.**

Jury present.

Continued cross examination of Mr. Smith by Mr. Tubach.

**Exhibits E-568 (as redacted) and E-569 are admitted.**

2:06 p.m.    Cross examination of Mr. Smith by Ms. Henry.

2:07 p.m.    Cross examination of Mr. Smith by Mr. Pollack.

2:12 p.m. – 2:15 p.m.    Bench conference.

Continued cross examination of Mr. Smith by Mr. Pollack.

2:17 p.m.    Cross examination of Mr. Smith by Ms. Prewitt.

2:25 p.m.    Cross examination of Mr. Smith by Mr. Fagg.

**Exhibit 481 (2 page version) is admitted.**

2:38 p.m.    Cross examination of Mr. Smith by Mr. Feldberg.

2:43 p.m.    Redirect examination of Mr. Smith by Mr. Koenig.

2:48 p.m. – 3:01 p.m.    Bench conference.

**Exhibits 433, 434, 435, 436, 437, 438, 439, 440, 441, 442, 443, 444, 445, 446, 447 are admitted.**

Jury excused.

**3:20 p.m.      Court in recess.**
**3:42 p.m.      Court in session.**

Discussion regarding exhibits.  Counsel would like to come in from 8:00 a.m. to 10:00 a.m. on November 9, 2021 to discuss exhibits outside the presence of the jury.

3:50 p.m.      Jury present.

Government witness, Michael Ledford, sworn.

3:54 p.m.      Direct examination of Mr. Ledford by Mr. Torzilli.

**Exhibits 1438, 1438-1, 9693 are admitted.**

4:28 p.m. – 4:29 p.m.      Bench conference.

**Exhibits 1505, 9692, 1410, 9691, 1406, and 9690 are admitted.**

4:47 p.m. – 4:55 p.m.      Bench conference.

Continued direct examination of Mr. Ledford by Mr. Torzilli.

**Exhibits 1569 and 9696 are admitted.**

Jury excused until November 9, 2021 at 8:30 a.m.

Defendants do not have to be present for the session on November 9, 2021 from 8:00 a.m. to 10:00 a.m.

**ORDERED:  Bond is continued as to all defendants.**

**5:06 p.m.      Court in recess.**

Trial continued.
Total time in court:   6:24