## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Chief Judge Philip A. Brimmer

Criminal Action No.: 20-cr-00152-PAB  
Courtroom Deputy: Sabrina Grimm

Date: November 23, 2021  
Court Reporter: Janet Coppock

*Parties:*

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,

2. MIKELL REEVE FRIES,

3. SCOTT JAMES BRADY,

4. ROGER BORN AUSTIN,

5. TIMOTHY R. MULRENIN,

6. WILLIAM VINCENT KANTOLA,

7. JIMMIE LEE LITTLE,

8. WILLIAM WADE LOVETTE,

9. GARY BRIAN ROBERTS, and

*Counsel:*

Michael Koenig  
Carolyn Sweeney  
Heather Call  
Paul Torzilli  
Laura Butte  
Jillian Rogowski

Michael Tubach  
Anna Pletcher  
Brian Quinn  
Richard Kornfeld  
David Beller  
Kelly Page  
Bryan Lavine  
Megan Rahman  
Laura Kuykendall  
Michael Feldberg  
Laura Carwile  
Julie Withers  
Elizabeth Prewitt  
Marci LaBranche  
Roxann Henry  
James Backstrom  
Mark Byrne  
Dennis Canty  
John Fagg, Jr.  
Frank Schall  
Dru Nielsen  
James McLoughlin  
Catherine Prater  
Craig Gillen  
Richard Tegtmeier

| | |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson |
| | Barry Pollack |
| Defendants. | |

## COURTROOM MINUTES

**JURY TRIAL – DAY 20**

**8:01 a.m.      Court in session.**

Defendants present on bond.

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Discussion and argument regarding exhibits to be offered for admission without a sponsoring witness.  Objections ruled up on by the Court, as stated on record.

Discussion regarding covid issue.

**8:56 a.m.      Court in recess.**
**10:06 a.m.    Court in session.**

Government counsel appears by VTC.

Continued discussion and argument regarding exhibits to be offered for admission without a sponsoring witness.  Objections ruled up on by the Court, as stated on record.

**11:12 a.m.    Court in recess.**
**11:40 a.m.    Court in session.**

Government counsel is present and provides an update to the Court regarding covid issue.  Defendants request that Government counsel continue their examination via VTC.

Court will permit Mr. Koenig, Ms. Call, and Special Agent Taylor to remain in the courtroom.

Discussion regarding summary exhibits.

**ORDERED:  Defendants' written Rule 29 motions are due on or before November 29, 2021.**

**12:36 p.m.**   **Court in recess.**
**1:31 p.m.**   **Court in session.**

Jury present.

**Exhibits 1177, 9745, 9746, 9747, 9716, 9720, 9721, 9722, 746-1, 528, 518, 9744, 1547, E-570, and 410-1 are admitted.**

1:53 p.m. – 1:54 p.m.   Bench conference.

**Exhibits 7046, 7046-1, 6088, 6089, and 959 are admitted.**

Government witness, Rachel Evans, sworn.

2:03 p.m.   Direct examination of Ms. Evans by Ms. Call.

**Exhibit 9748 is admitted.**
**Exhibits 90-10, 4-1, 14-1, and 14-2 are displayed for demonstrative purposes only.**

2:31 p.m. – 2:36 p.m.   Bench conference.

Continued direct examination of Ms. Evans by Ms. Call.

**Exhibits 1-1, 2-1, 3-1, 7-1, and 10-1 are displayed for demonstrative purposes only.**

2:47 p.m. – 2:54 p.m.   Bench conference.

**Exhibits 1035 and 1036-1 are admitted.**
**Exhibits 7-1 and 14-3 are displayed for demonstrative purposes only.**

3:04 p.m.   Cross examination of Ms. Evans by Ms. Prewitt.

Jury excused.

Discussion regarding scheduling and written Rule 29 motions.

**3:30 p.m.**   **Court in recess.**
**3:41 p.m.**   **Court in session.**

Jury present.

Continued cross examination of Ms. Evans by Ms. Prewitt.

3:46 p.m.   Cross examination of Ms. Evans by Ms. Johnson.

3:51 p.m. – 3:54 p.m.   Bench conference.

Continued cross examination of Ms. Evans by Ms. Johnson.

3:56 p.m.   Cross examination of Ms. Evans by Ms. Carwile.

**Exhibit 10-2 is displayed for demonstrative purposes only.**

4:15 p.m.   Cross examination of Ms. Evans by Ms. Pletcher.

4:16 p.m.   Cross examination of Ms. Evans by Mr. Byrne.

4:17 p.m.   Cross examination of Ms. Evans by Ms. Henry.

4:36 p.m.   Cross examination of Ms. Evans by Mr. Gillen.

4:41 p.m.   Redirect examination of Ms. Evans by Ms. Call.

4:45 p.m. – 4:57 p.m.   Bench conference.

Court advises the jury of scheduling changes.

**ORDERED: Jury trial set for November 29, 2021 is VACATED.**

Jury excused until November 24, 2021 at 8:30 a.m.

Discussion regarding summary exhibits.  Court will reconvene on November 24, 2021 at 8:00 a.m. for further discussion.

**ORDERED: Bond is continued as to all defendants.**

**5:08 p.m.   Court in recess.**

Trial continued.  
Total time in court:   6:23