IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: December 15, 2021 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

| Parties: | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Michael Koenig |
| | Carolyn Sweeney |
| | Heather Call |
| | Paul Torzilli |
| | Laura Butte |
| | Jillian Rogowski |
| | Cecilia Cheng |
| Plaintiff, | |
| v. | |
| 1. JAYSON JEFFREY PENN, | Michael Tubach |
| | Anna Pletcher |
| | Brian Quinn |
| 2. MIKELL REEVE FRIES, | Richard Kornfeld |
| | David Beller |
| | Kelly Page |
| 3. SCOTT JAMES BRADY, | Bryan Lavine |
| | Megan Rahman |
| | Laura Kuykendall |
| 4. ROGER BORN AUSTIN, | Michael Feldberg |
| | Laura Carwile |
| | Julie Withers |
| 5. TIMOTHY R. MULRENIN, | Elizabeth Prewitt |
| | Marci LaBranche |
| 6. WILLIAM VINCENT KANTOLA, | Roxann Henry |
| | James Backstrom |
| 7. JIMMIE LEE LITTLE, | Mark Byrne |
| | Dennis Canty |
| 8. WILLIAM WADE LOVETTE, | John Fagg, Jr. |
| | Frank Schall |
| | Dru Nielsen |
| | James McLoughlin |
| | Catherine Prater |
| 9. GARY BRIAN ROBERTS, and | Craig Gillen |
| | Richard Tegtmeier |

|  |  |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson<br>Barry Pollack |

Defendants.

## COURTROOM MINUTES

**JURY TRIAL – DAY 28**

**11:15 a.m.     Court in session.**

The Court has received a note from the jury.

Discussion regarding a response to the note and a potential mistrial.  Defendants will review the proposed modified Allen instruction.

Discussion regarding covid issue.

**11:42 a.m.     Court in recess.**
**12:23 p.m.     Court in session.**

Discussion regarding response to the note.

The Court will provide a modified Allen instruction to the jury.

Discussion regarding attorneys missing at Government's counsel table.

**12:58 p.m.     Court in recess.**
**1:18 p.m.      Court in session.**

Discussion regarding tendered modified Allen instruction.

Jury present.

Court reads the modified Allen instruction to the jury.

Jury excused.

**1:27 p.m.      Court in recess.**
**3:19 p.m.      Court in session.**

The Court has received a note from the jury.

Discussion regarding a response to the note.

**4:07 p.m.     Court in recess.**
**4:30 p.m.     Court in session.**

Continued discussion regarding a response to the note.

4:42 p.m.     Jury present.

Jury excused until December 16, 2021 at 8:30 a.m.

Counsel will meet on December 16, 2021 at 8:00 a.m. for further discussion on a response to the jury note.

**ORDERED:  Bond is continued as to all defendants.**

**4:56 p.m.     Court in recess.**

Trial continued.
Total time in court:    2:25