IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

      Defendants.

**UNITED STATES' MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION RELATED TO THE SCOPE OF MR. BRYANT'S TESTIMONY**

The government respectfully moves for leave to file the a Motion for Reconsideration Related to the Scope of Mr. Bryant's Testimony (filed separately under restriction level 2). The government seeks to file this motion in light of anticipated changed circumstances in the re-trial. Unlike the first trial, the government now plans to call another witness with direct knowledge of the conspiracy, which distinguishes this case from the circumstances in *United States v. Robinson*, 583 F.3d 1269 (10th Cir. 2009), on which the court previously relied for its oral ruling related to cross examination of Mr. Bryant. R. Tr. Oct. 28, 2021 7:1-9. The government therefore respectfully

requests leave to file the separately filed motion.

Dated: February 3, 2022                Respectfully submitted,

/s/ Michael T. Koenig
MICHAEL KOENIG
HEATHER CALL
CAROLYN SWEENEY
PAUL TORZILLI
Antitrust Division
U.S. Department of Justice
450 Fifth Street NW, Suite 11048
Washington D.C. 20530
Tel: (202) 616-2165
Email: michael.koenig@usdoj.gov
*Attorneys for the United States*

2