IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     JAYSON JEFFREY PENN,
2.     MIKELL REEVE FRIES,
3.     SCOTT JAMES BRADY,
4.     ROGER BORN AUSTIN,
5.     TIMOTHY R. MULRENIN,
6.     WILLIAM VINCENT KANTOLA,
7.     JIMMIE LEE LITTLE,
8.     WILLIAM WADE LOVETTE,
9.     GARY BRIAN ROBERTS, and
10.   RICKIE PATTERSON BLAKE,

      Defendants.

---

## DEFENDANTS' JOINT MOTION FOR LEAVE TO FILE A MOTION IN LIMINE

---

Defendants, through undersigned counsel, pursuant to this Court's December 22, 2021 Order Re-Setting Trial Dates and Deadlines (Doc. 925), respectfully seek leave to file the Joint Motion in Limine attached hereto as **Exhibit A**, which addresses the anticipated testimony of Special Agent LaNard Taylor.  Special Agent Taylor has been identified as the government's first witness at trial (Doc. 936; *see also* Doc. 935 (identifying Special Agent Taylor as the sponsoring witness for 20 summary exhibits and 11 substantive e-mails between Defendants and other non-parties)).  As the Court is aware, the government did not call Special Agent Taylor or Special Agent Matthew Koppenhaver in the previous trial, following objection by Defendants (Defs.' Joint

Obj. to the Abuse of Overview Test., Doc. 782; Def. Brady's Trial Br., Doc. 658, at 3-6), extensive discussion on the record, and adverse rulings (Doc. 604 at 4; *see also* Trial Tr. (Vol. 7) at 1383:22-25, 1384-87; *id.* (Vol. 8) at 1624:5-25, 1625:1-11, 1626:5-25, 1627, 1628:1-11, 1629:6-25, 1630:1-22).

For the following reasons, Defendants submit there is good cause for the Court to consider their motion: (1) Special Agent Taylor's prominent positioning as the government's first substantive witness (estimated to testify for 8 hours) and his anticipated endorsement of summary and e-mail exhibits; and (2) certain irrelevant, unduly prejudicial facts relating to Special Agent Taylor's investigation that were not elicited during the prior proceedings and, as more fully set out in the Joint Motion in Limine, are unique to Defendant Scott Brady.[1]

| | |
|---|---|
| Dated:  February 3, 2022 | Respectfully submitted, |
| s/ *Michael F. Tubach* | s/ *Richard K. Kornfeld* |
| Michael F. Tubach (Cal. Bar No. 145955) | Richard K. Kornfeld |
| O'MELVENY & MYERS LLP | RECHT KORNFELD, P.C. |
| Two Embarcadero Center, 28th Floor | 1600 Stout Street, Suite 1400 |
| San Francisco, CA 94111-3823 | Denver, CO  80202 |
| Telephone: 415-984-8700 | 303-573-1900 |
| Facsimile: 415-984-8701 | Fax: 303-446-9400 |
| E-mail:  mtubach@omm.com | Email: rick@rklawpc.com |
| *Attorneys for Defendant Jayson Jeffrey Penn* | *Attorney for Defendant Mikell Reeve Fries* |

---

[1] Although a portion of this Joint Motion in Limine focuses on the government's conduct toward Mr. Brady, the prejudice arising from Special Agent Taylor's testimony on this and other challenged subjects would be borne by all Defendants and, accordingly, Defendants bring this motion jointly.

s/ *Bryan B. Lavine*
Bryan B. Lavine
TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree Street, N. E., Suite 3000
Atlanta, Georgia 30308
404-885-3170
Fax: 404-962-6613
Email: bryan.lavine@troutman.com
*Attorney for Defendant Scott James Brady*

s/ *Elizabeth B. Prewitt*
Elizabeth B. Prewitt
LATHAM & WATKINS LLP
85 Third Avenue
New York, New York 10022
Tel: (212) 906-1200
Fax: (212) 751-4864
Email: elizabeth.prewitt@lw.com
*Attorney for Defendant Timothy R. Mulrenin*

s/ *Mark A. Byrne*
Mark A. Byrne (Cal. Bar No. 116657)
BYRNE & NIXON LLP
888 West Sixth Street, Suite 1100
Los Angeles, CA 90017
Telephone: 213-620-8003
Facsimile: 213-620-8012
Email: markbyrne@byrnenixon.com
*Attorney for Defendant Jimmie Lee Little*

s/ *Craig Allen Gillen*
Craig Allen Gillen
GILLEN WITHERS & LAKE, LLC
400 Galleria Parkway, Ste 1920
Atlanta, GA 30339
Telephone: (404) 842-9700
Facsimile: 404-842-9750
E-mail: cgillen@gwllawfirm.com
*Attorney for Defendant Gary Brian Roberts*

s/ *Michael S. Feldberg*
Michael S. Feldberg
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
750 Third Avenue, 24th Floor
New York, New York 10017
212-381-4970
Fax: 212-381-4971
Email: mfeldberg@reichmanjorgensen.com
*Attorney for Defendant Roger Born Austin*

s/ *James A. Backstrom*
James A. Backstrom, Counsellor at Law
1515 Market Street, Suite 1200
Philadelphia, PA 19102-1932
215-864-7797
Email: jabber@backstromlaw.com
*Attorney for Defendant William Vincent Kantola*

s/ *John A. Fagg, Jr.*
John A. Fagg, Jr.
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
704-331-3622
Fax: 704-378-2092
Email: johnfagg@mvalaw.com
*Attorney for Defendant William Wade Lovette*

s/ *Barry J. Pollack*
Barry J. Pollack
ROBBINS RUSSELL ENGLERT ORSECK & UNTEREINER LLP
2000 K Street N.W., 4th Floor
Washington, DC 20006
202-775-4514
Fax: 202-775-4510
Email: bpollack@robbinsrussell.com
*Attorney for Defendant Rickie Patterson Blake*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of February, 2022, I electronically filed the foregoing **DEFENDANTS' JOINT MOTION FOR LEAVE TO FILE A MOTION IN LIMINE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*/s/ Bryan Lavine*
Bryan Lavine

4