IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>v.<br>1.　　JAYSON JEFFREY PENN,<br>2.　　MIKELL REEVE FRIES,<br>3.　　SCOTT JAMES BRADY,<br>4.　　ROGER BORN AUSTIN,<br>5.　　TIMOTHY R. MULRENIN,<br>6.　　WILLIAM VINCENT KANTOLA,<br>7.　　JIMMIE LEE LITTLE,<br>8.　　WILLIAM WADE LOVETTE,<br>9.　　GARY BRIAN ROBERTS, and<br>10.　RICKIE PATTERSON BLAKE,<br><br>　　　　Defendants. | Criminal Case No. 20-cr-00152-PAB |

**DEFENDANTS' MOTION TO RESTRICT ACCESS TO THEIR OPPOSITION TO DEPARTMENT OF JUSTICE'S OMNIBUS MOTIONS IN LIMINE**

The Department of Justice filed its Omnibus Motions in Limine under Restriction Level 2 on February 3, 2022 (Dkt. 977), but has not yet filed a Motion for Leave to Restrict pursuant to District of Colorado Local Criminal Rule 47.1(c). Defendants' Opposition to Department of Justice's Omnibus Motions in Limine discusses the underlying information that DOJ seeks to have restricted. As such, Defendants, pursuant to Rule 49.1(d) of the Federal Rules of Criminal Procedure and Local Criminal Rule 47.1, move this Court to restrict public access to their Opposition under a Level 1 restriction.

1

Dated: February 7, 2022                                         Respectfully submitted,

*s/ John A. Fagg, Jr.*                                          *s/ Michael F. Tubach*
John A. Fagg, Jr.                                               Michael F. Tubach
MOORE & VAN ALLEN PLLC                                          O'MELVENY & MYERS LLP
Attorney for William Wade Lovette                               Attorney for Jayson Jeffrey Penn
100 North Tryon Street, Suite 4700                              Two Embarcadero Center, 28th Floor
Charlotte, NC 28202                                             San Francisco, California 94111-3823
(704) 331-3622                                                  (415) 984-8700
johnfagg@mvalaw.com                                             mtubach@omm.com

*s/ Richard K. Kornfeld*                                        *s/ Michael S. Feldberg*
Richard K. Kornfeld                                             Michael S. Feldberg
RECHT KORNFELD, P.C.                                            REICHMAN JORGENSEN LEHMAN &
Attorney for Mikell Reeve Fries                                 FELDBERG LLP
1600 Stout Street, Suite 1400                                   Attorney for Roger Born Austin
Denver, CO 80202                                                750 Third Avenue, Suite 2400
(303) 573-1900                                                  New York, NY 10017
                                                                (212) 381-1965
rick@rklawpc.com                                                mfeldberg@reichmanjorgensen.com

*s/ Bryan Lavine*                                               *s/ Elizabeth Prewitt*
Bryan Lavine                                                    Elizabeth B. Prewitt
TROUTMAN PEPPER HAMILTON                                        LATHAM & WATKINS LLP
SANDERS LLP                                                     Attorney for Timothy R. Mulrenin
Attorney for Scott James Brady                                  1271 Avenue of the Americas
600 Peachtree St. NE, Suite 3000                                New York, NY 10020
Atlanta, GA 30308                                               (212) 906-1200
(404) 885-3170
Bryan.lavine@troutman.com                                       elizabeth.prewitt@lw.com

*s/ James A. Backstrom*                                         *s/ Mark A. Byrne*
James A. Backstrom, Counsellor at Law                           Mark A. Byrne
Attorney for William Vincent Kantola                            BYRNE & NIXON LLP
1515 Market Street, Suite 1200                                  Attorney for Jimmie Lee Little
Philadelphia, PA 19102-1932                                     888 West Sixth St, Suite 1100
(215) 864-7797                                                  Los Angeles, CA 90017
                                                                (213) 620-8003
jabber@backstromlaw.com                                         markbyrne@byrnenixon.com

*s/ Craig Allen Gillen*
Craig Allen Gillen
GILLEN, WITHERS & LAKE, LLC
Attorney for Gary Brian Roberts
400 Galleria Parkway, Ste. 1920
Atlanta, GA 30339
(404) 842-9700
cgillen@gwllawfirm.com

*s/ Wendy L. Johnson*
Wendy L. Johnson
REECE MOORE PENDERGRAFT, LLP
Attorney for Rickie Patterson Blake
5519 Hackett Rd. Suite 300
Springdale, AR 72762
479-439-2705
Email: wjohnson@rmp.law

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all listed parties.

Dated:  February 7, 2022                             *s/ Laura Carwile*

                                                                   Laura Carwile