IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

---

### GOVERNMENT'S RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF GABRIEL D. WATTS

---

The government writes in response to Defendants' Motion to Exclude Testimony of Gabriel D. Watts (ECF No. 1078-1) to inform the Court and Defendants that the government no longer intends to call Mr. Watts as a witness. Therefore, it is the government's position that Defendants' motion is moot.

Dated: February 19, 2022        Respectfully submitted,

<div style="margin-left: 50%;">

/s/ Michael T. Koenig
MICHAEL KOENIG
HEATHER CALL
PAUL TORZILLI
CAROLYN SWEENEY
Antitrust Division
U.S. Department of Justice
450 Fifth Street NW, Suite 11048
Washington D.C. 20530
Tel: (202) 616-2165
Email: michael.koenig@usdoj.gov
*Attorneys for the United States*

</div>