# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No.   _1:20-cr-00152-PAB_____          Date:  _February 28, 2022___

Case Title:  _United States v. Jayson Penn et al._____

## UNITED STATES WITNESS LIST

| WITNESS<br>(FACT WITNESS IN **BOLD**) | ESTIMATED DATE(S)<br>AND LENGTH OF<br>TESTIMONY* |
|---|---|
| **SA LaNard Taylor** | Completed |
| Larry Barela** | Completed |
| Florence Becker | Completed |
| Ted Sangalis** | 2/28 – 0.75 hours |
| Stephen Gresch** | 2/28 – 0.75 hours |
| **Rachel Evans**** | 2/28 – 1.5 hours |
| **Michael Ledford** | 2/28 – 3/1 – 7 hours |
| **Carl Pepper** | 3/1 – 3/2 – 12 hours |
| **Pete Suerken** | 3/2 – 3/3 – 6 hours |
| **Sara Fisher** | 3/3 – 2 hours |
| **SA Matthew Koppenhaver** | 3/3 – 2 hours |
| **Robert Bryant** | 3/3 – 3/7 – 12 hours |
| **Sheri Garland**** | 3/7 – 1 hour |
| **Michael Donohue** | 3/8 – 1 hour |
| **Eric Scholer** | 3/8 – 1 hour |
| **Robert Lewis** | 3/8 – 3/9 – 3 hours |
| **Joseph Brink** | 3/9 – 3 hours |

\* The government's estimated length of testimony is based on its planned direct examination, and estimated cross-examination and redirect length based on the prior trial.

\** The government reserves the right to substitute one or more persons to provide the same or similar testimony as it intends to elicit from the witness identified on this List.