IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

Criminal Action No.: 20-cr-00152-PAB  Date: March 8, 2022
Courtroom Deputy: Sabrina Grimm  Court Reporter: Janet Coppock

Parties:

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,

2. MIKELL REEVE FRIES,

3. SCOTT JAMES BRADY,

4. ROGER BORN AUSTIN,

5. TIMOTHY R. MULRENIN,

6. WILLIAM VINCENT KANTOLA,

7. JIMMIE LEE LITTLE,

8. WILLIAM WADE LOVETTE,

9. GARY BRIAN ROBERTS, and

Counsel:

Michael Koenig
Carolyn Sweeney
Heather Call
Paul Torzilli

Michael Tubach
Anna Pletcher
Brian Quinn

Richard Kornfeld
David Beller
Kelly Page

Bryan Lavine
Megan Rahman
Tiffany Bracewell

Michael Feldberg
Laura Carwile
Julie Withers

Elizabeth Prewitt
Marci LaBranche

Roxann Henry
James Backstrom

Mark Byrne
Dennis Canty

John Fagg, Jr.
Dru Nielsen
James McLoughlin
Kaitlin Price

Craig Gillen
Richard Tegtmeier
Anthony Lake

| | |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson<br>Barry Pollack<br>Christopher Plumlee |

Defendants.

## COURTROOM MINUTES

**JURY TRIAL – DAY 9**

**8:37 a.m.     Court in session.**

Defendants present on bond.

Jury present.

Continued direct examination of Ms. Fisher by Ms. Sweeney.

**Exhibits F-852, F-853. 1930, 1920, C-465, C-207, F-789, F-796, G-474, B-963, F-747, F-783 are admitted.**

8:51 a.m.     Cross examination of Ms. Fisher by Ms. Carwile.

**Exhibit I-054 is admitted.**

9:30 a.m.     Cross examination of Ms. Fisher by Ms. Bracewell.

**Exhibits F-915, F-916, F-868, F-756, F-754 are admitted.**

9:51 a.m. to 9:52 a.m.     Bench conference.

Court is experiencing issues with Bridge.

Continued cross examination of Ms. Fisher by Ms. Bracewell.

9:56 a.m.     Cross examination of Ms. Fisher by Ms. Johnson.

**Exhibits F-764, F-765, F-774 are admitted.**
**Exhibit I-979 is displayed for demonstrative purposes only.**

Jury excused.

Discussion regarding Mr. Bryant's testimony.

**10:40 a.m.**     **Court in recess.**
**10:52 a.m.**     **Court in session.**

Discussion regarding jury note, proposed response to the jury note, and using the term "price fixing".

11:00 a.m.     Jury present.

Court provides an oral response to the jury note.

Continued cross examination of Ms. Fisher by Ms. Johnson.

**Exhibit I-979 is admitted.**

11:08 a.m.     Cross examination of Ms. Fisher by Mr. Quinn.

11:15 a.m.     Cross examination of Ms. Fisher by Ms. Price.

11:16 a.m.     Cross examination of Ms. Fisher by Mr. Prewitt.

11:29 a.m.     Cross examination of Ms. Fisher by Mr. Tegtmeier.

11:30 a.m.     Cross examination of Ms. Fisher by Ms. Henry.

**Exhibits C-264, C-265 are admitted.**

11:41 a.m.     Redirect examination of Ms. Fisher by Ms. Sweeney.

**Exhibits 1, 2, 3, 7 are admitted.**

11:44 a.m. to 11:48 a.m.     Bench conference.

Government witness, Robert Bryant, sworn.

11:50 a.m.     Direct examination of Mr. Bryant by Ms. Call.

Voir dire on Exhibit 9994 by Mr. Tubach.

**Exhibit 9994 is displayed for demonstrative purposes only.**

Jury excused.

Discussion regarding limiting instruction on summary exhibits.

**12:07 p.m.**     **Court in recess.**
**1:30 p.m.**     **Court in session.**

Discussion regarding Mr. Bryant's testimony.

1:46 p.m.     Jury present.

Exhibits displayed for jury.

1:56 p.m. to 2:00 p.m.     Bench conference.

Continued direct examination of Mr. Bryant by Ms. Call.

2:17 p.m. to 2:19 p.m.     Bench conference.

Continued direct examination of Mr. Bryant by Ms. Call.

2:28 p.m. to 2:30 p.m.     Bench conference.

Continued direct examination of Mr. Bryant by Ms. Call.

**Exhibits 9273, 9271 are admitted.**

2:54 p.m. to 2:56 p.m.     Bench conference.

Continued direct examination of Mr. Bryant by Ms. Call.

3:00 p.m. to 3:01 p.m.     Bench conference.

Continued direct examination of Mr. Bryant by Ms. Call.

Jury excused.

**3:15 p.m.     Court in recess.**
**3:31 p.m.     Court in session.**

Jury present.

Continued direct examination of Mr. Bryant by Ms. Call.

**Exhibit 1055 is admitted.**

3:48 p.m. to 3:50 p.m.     Bench conference.

Continued direct examination of Mr. Bryant by Ms. Call.

4:06 p.m. to 4:10 p.m.     Bench conference.

Continued direct examination of Mr. Bryant by Ms. Call.

| | |
|---|---|
| 4:14 p.m. to 4:16 p.m. | Bench conference. |

Continued direct examination of Mr. Bryant by Ms. Call.

| | |
|---|---|
| 4:21 p.m. to 4:23 p.m. | Bench conference. |

Continued direct examination of Mr. Bryant by Ms. Call.

| | |
|---|---|
| 4:25 p.m. to 4:37 p.m. | Bench conference. |

Continued direct examination of Mr. Bryant by Ms. Call.

Jury excused until March 9, 2022 at 8:30 a.m.

Discussion regarding exhibits.

**ORDERED: Defendants' bond is continued.**

**5:19 p.m.    Court in recess.**

Trial continued.
Total time in court:    6:51