IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: March 10, 2022 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

*Parties:*                                         *Counsel:*

UNITED STATES OF AMERICA,            Michael Koenig
                                                        Carolyn Sweeney
                                                        Heather Call
                                                        Paul Torzilli

　　　Plaintiff,

v.

1. JAYSON JEFFREY PENN,                Michael Tubach
                                                        Anna Pletcher
                                                        Brian Quinn

2. MIKELL REEVE FRIES,                    Richard Kornfeld
                                                        David Beller
                                                        Kelly Page

3. SCOTT JAMES BRADY,                   Bryan Lavine
                                                        Megan Rahman
                                                        Tiffany Bracewell

4. ROGER BORN AUSTIN,                   Michael Feldberg
                                                        Laura Carwile
                                                        Julie Withers

5. TIMOTHY R. MULRENIN,                 Elizabeth Prewitt
                                                        Marci LaBranche

6. WILLIAM VINCENT KANTOLA,         Roxann Henry
                                                        James Backstrom

7. JIMMIE LEE LITTLE,                         Mark Byrne
                                                        Dennis Canty

8. WILLIAM WADE LOVETTE,             John Fagg, Jr.
                                                        Dru Nielsen
                                                        James McLoughlin
                                                        Kaitlin Price

9. GARY BRIAN ROBERTS, and         Craig Gillen
                                                        Richard Tegtmeier
                                                        Anthony Lake

| | |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson |
| | Barry Pollack |
| | Christopher Plumlee |

Defendants.

---

## COURTROOM MINUTES

---

**JURY TRIAL – DAY 11**

**8:27 a.m.**     **Court in session.**

Defendants present on bond.

Discussion regarding timing of Mr. Brink's testimony.

**8:30 a.m.**     **Court in recess.**
**8:45 a.m.**     **Court in session.**

Jury present.

Continued cross examination of Mr. Bryant by Mr. Pollack.

8:51 a.m.     Cross examination of Mr. Bryant by Mr. Henry.

9:07 a.m.     Cross examination of Mr. Bryant by Mr. Fagg.

9:13 a.m.     Cross examination of Mr. Bryant by Mr. Canty.

9:18 a.m.     Cross examination of Mr. Bryant by Ms. LaBranche.

9:28 a.m. to 10:02 a.m.     Bench conference.

10:02 a.m.     Redirect examination of Mr. Bryant by Ms. Call.

Jury excused.

Discussion regarding recross of Mr. Bryant.

**10:15 a.m.**     **Court in recess.**
**10:31 a.m.**     **Court in session.**

Jury present.

Continued redirect examination of Mr. Bryant by Ms. Call.

10:40 a.m. to 10:42 a.m.    Bench conference.

Continued redirect examination of Mr. Bryant by Ms. Call.

Exhibits displayed for jury.

**Exhibits 18 and 19 are admitted.**

11:08 a.m. to 11:09 a.m.    Bench conference.

Exhibits displayed for jury.

Government witness, Joseph Brink. sworn.

11:17 a.m.    Direct examination of Mr. Brink by Mr. Koenig.

11:24 a.m. to 11:27 a.m.    Bench conference.

Continued direct examination of Mr. Brink by Mr. Koenig.

11:32 a.m. to 11:34 a.m.    Bench conference.

**Exhibit 561 is admitted.**

Continued direct examination of Mr. Brink by Mr. Koenig.

11:37 a.m. to 11:39 a.m.    Bench conference.

Continued direct examination of Mr. Brink by Mr. Koenig.

**Exhibits I-228, I-231, 9726 are admitted.**

Jury excused.

**12:00 p.m.    Court in recess.**
**1:32 p.m.     Court in session.**

Discussion regarding recalling Mr. Bryant.

1:35 p.m.    Jury present.

Continued direct examination of Mr. Brink by Mr. Koenig.

**Exhibits 566, 567, 9740 are admitted.**

1:52 p.m. to 1:56 p.m.        Bench conference.

Continued direct examination of Mr. Brink by Mr. Koenig.

1:57 p.m.       Cross examination of Mr. Brink by Mr. Canty.

**Exhibit I-226 (top email) is admitted.**

2:40 p.m.       Cross examination of Mr. Brink by Mr. Beller.

Jury excused.

**3:15 p.m.     Court in recess.**
**3:31 p.m.     Court in session.**

Jury present.

Continued cross examination of Mr. Brink by Mr. Beller.

**Exhibit 500 is admitted.**

3:54 p.m.       Cross examination of Mr. Brink by Ms. Pletcher.

3:55 p.m.       Cross examination of Mr. Brink by Mr. Gillen.

3:56 p.m.       Cross examination of Mr. Brink by Ms. Henry.

3:57 p.m.       Cross examination of Mr. Brink by Mr. Pollack.

3:58 p.m.       Redirect examination of Mr. Brink by Mr. Koenig.

**Exhibit 5 is admitted.**

Exhibits displayed for jury.

4:20 p.m. to 4:21 p.m.        Bench conference.

Exhibits displayed for jury

**Exhibits 7046, 247, 14, 15, 16 are admitted.**

4:39 p.m. to 4:43 p.m.        Bench conference.

Exhibits displayed for jury

4:49 p.m. to 4:51 p.m.        Bench conference.

Exhibits displayed for jury

Jury excused until March 14, 2022 at 8:30 a.m.

Exhibit 6199 was inadvertently shown to the jury.  It will be marked Court Exhibit 3 and preserved for the record.

**ORDERED:   Defendants' bond is continued.**

**5:05 p.m.      Court in recess.**

Trial continued.
Total time in court:    6:19