IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

Criminal Action No.: 20-cr-00152-PAB
Courtroom Deputy: Sabrina Grimm

Date: March 15, 2022
Court Reporter: Janet Coppock

*Parties:*

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. JAYSON JEFFREY PENN,

2. MIKELL REEVE FRIES,

3. SCOTT JAMES BRADY,

4. ROGER BORN AUSTIN,

5. TIMOTHY R. MULRENIN,

6. WILLIAM VINCENT KANTOLA,

7. JIMMIE LEE LITTLE,

8. WILLIAM WADE LOVETTE,

9. GARY BRIAN ROBERTS, and

*Counsel:*

Michael Koenig
Carolyn Sweeney
Heather Call
Paul Torzilli

Michael Tubach
Anna Pletcher
Brian Quinn

Richard Kornfeld
David Beller
Kelly Page

Bryan Lavine
Megan Rahman
Tiffany Bracewell

Michael Feldberg
Laura Carwile
Julie Withers

Elizabeth Prewitt
Marci LaBranche

Roxann Henry
James Backstrom

Mark Byrne
Dennis Canty

John Fagg, Jr.
Dru Nielsen
James McLoughlin
Kaitlin Price

Craig Gillen
Richard Tegtmeier
Anthony Lake

|  |  |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson<br>Barry Pollack<br>Christopher Plumlee |
| Defendants. | |

## COURTROOM MINUTES

**JURY TRIAL – DAY 13**

**9:01 a.m.      Court in session.**

Defendants present on bond.

Discussion regarding witness line up.

9:10 a.m.      Jury present.

Continued redirect examination of Mr. Lewis by Mr. Torzilli.

**Exhibit 10023 is admitted.**

9:17 a.m. to 9:21 a.m.      Bench conference.

Government admits exhibits without a sponsoring witness and additional exhibits displayed to jury.

9:29 a.m. to 9:35 a.m.      Bench conference.

**Exhibits 9991, 4, 424 are admitted.**

9:47 a.m. to 9:53 a.m.      Bench conference.

**Exhibits 9711, 9712, 9713, 9, 10, 900 are admitted.**

Jury excused.

**10:20 a.m.    Court in recess.**
**10:37 a.m.    Court in session.**

Defendant Blake's oral motion for a mistrial by Mr. Pollack.  Argument by Mr. Pollack and Mr. Torzilli.

**ORDERED:   Defendants Blake and Kantola's oral motion for a mistrial is DENIED, for reasons stated on record.**

10:49 a.m.     Jury present.

**Exhibits 11, 12 are admitted.**

11:02 a.m.     Government rests.

11:02 a.m. to 11:10 a.m.     Bench conference: Defendants' oral motions for judgment of acquittal pursuant to Rule 29.

**ORDERED:   Defendants Lovette, Penn, Mulrenin, Austin, Fries, Brady, Roberts, and Little's oral motion for mistrial is DENIED.**

11:11 a.m.     Defendant Mulrenin's opening statement by Ms. Prewitt.

11:32 a.m. to 11:43 a.m.     Bench conference.

Defendants' witness, Richard Eddington, sworn.

11:44 a.m.     Direct examination of Mr. Eddington by Ms Rahman.

Jury excused.

Discussion regarding summary exhibits.

**12:03 p.m.     Court in recess.**
**1:28 p.m.      Court in session.**

Discussion regarding summary exhibits and updated witness list.

1:37 p.m.     Jury present.

Continued direct examination of Mr. Eddington by Ms. Rahman.

2:13 p.m. to 2:15 p.m.     Bench conference.

Continued direct examination of Mr. Eddington by Ms. Rahman.

2:53 p.m.     Direct examination of Mr. Eddington by Mr. Gillen.

3:04 p.m. to 3:11 p.m.     Bench conference.

Jury excused.

**3:12 p.m.     Court in recess.**

**3:26 p.m.**     **Court in session.**

Jury present.

Mr. Eddington makes an amendment to his previous statement.

Continued direct examination of Mr. Eddington by Mr. Gillen.

3:47 p.m.     Direct examination of Mr. Eddington by Mr. Pollack.

**Exhibit I-267 is admitted.**

4:02 p.m.     Direct examination of Mr. Eddington by Mr. Feldberg.

4:06 p.m.     Direct examination of Mr. Eddington by Ms. Henry.

**Exhibit F-788 is admitted.**
**Exhibit J-008-1 (Marshall Durbin line only) is displayed for demonstrative purposes only.**

**Exhibit J-008-1 is admitted.**

4:18 p.m.     Direct examination of Mr. Eddington by Ms. Prewitt.

4:20 p.m.     Cross examination of Mr. Eddington by Mr. Koenig.

4:28 p.m. to 4:32 p.m.     Bench conference.

Continued cross examination of Mr. Eddington by Mr. Koenig.

4:33 p.m.     Redirect examination of Mr. Eddington by Ms. Rahman.

Defendants' witness, Darrell Bowlin, sworn.

4:36 p.m.     Direct examination of Mr. Bowlin by Ms. Prewitt.

Jury excused until March 16, 2022 at 8:30 a.m.

Discussion regarding Government's Motion to Exclude Franchisee Witnesses Bruce Bagshaw and Marcus Shelton [1180].

**ORDERED:**     **Government's Motion to Exclude Franchisee Witnesses Bruce Bagshaw and Marcus Shelton [1180] is DENIED without prejudice, as stated on record.**

Discussion regarding summary exhibits.

**ORDERED:** Defendants' Rule 29 motions shall be filed on or before March 21, 2022.  Government's response shall be filed on or before March 28, 2022, as discussed.

**ORDERED:** Defendants' bond is continued.

**5:10 p.m.** Court in recess.

Trial continued.
Total time in court:    6:13