# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: March 16, 2022 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

*Parties:*

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. JAYSON JEFFREY PENN,

2. MIKELL REEVE FRIES,

3. SCOTT JAMES BRADY,

4. ROGER BORN AUSTIN,

5. TIMOTHY R. MULRENIN,

6. WILLIAM VINCENT KANTOLA,

7. JIMMIE LEE LITTLE,

8. WILLIAM WADE LOVETTE,

9. GARY BRIAN ROBERTS, and

*Counsel:*

Michael Koenig
Carolyn Sweeney
Heather Call
Paul Torzilli

Michael Tubach
Anna Pletcher
Brian Quinn

Richard Kornfeld
David Beller
Kelly Page

Bryan Lavine
Megan Rahman
Tiffany Bracewell

Michael Feldberg
Laura Carwile
Julie Withers

Elizabeth Prewitt
Marci LaBranche

Roxann Henry
James Backstrom

Mark Byrne
Dennis Canty

John Fagg, Jr.
Dru Nielsen
James McLoughlin
Kaitlin Price

Craig Gillen
Richard Tegtmeier
Anthony Lake

|  |  |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson<br>Barry Pollack<br>Christopher Plumlee |
| Defendants. | |

## COURTROOM MINUTES

**JURY TRIAL – DAY 14**

**8:47 a.m.    Court in session.**

Defendants present on bond.

Jury present.

Continued direct examination of Mr. Bowlin by Ms. Prewitt.

9:16 a.m.    Cross examination of Mr. Bowlin by Ms. Call.

9:21 a.m. to 9:28 a.m.    Bench conference.

Continued cross examination of Mr. Bowlin by Ms. Call.

9:32 a.m.    Redirect examination of Mr. Bowlin by Ms. Prewitt.

Defendants' witness, Brandon Campbell, sworn.

9:34 a.m.    Direct examination of Mr. Campbell by Mr. Gillen.

**Exhibits G-624, G-521, G-824 are admitted**

Jury excused.

**10:17 a.m.    Court in recess.**
**10:36 a.m.    Court in session.**

Discussion regarding issues with witnesses Greg Finch and Eric Oare.

11:06 a.m.    Jury present.

Continued direct examination of Mr. Campbell by Mr. Gillen.

**Exhibits G-570, G-467, G-949, G-950 (as redacted), G-794 (top email), F-795, G-815 are admitted.**

11:53 a.m.     Cross examination of Mr. Campbell by Ms. Call.

**Exhibit 984 is admitted.**

Jury excused.

Discussion regarding scheduling and Docket No. 1186.

**12:10 p.m.     Court in recess.**
**1:12 p.m.     Court in session.**

Discussion regarding updates regarding witnesses Greg Finch and Eric Oare and pdf vs. native versions of exhibits.

**1:20 p.m.     Court in recess.**
**1:35 p.m.     Court in session.**

Jury present.

Defendants' witness, Bruce Bagshaw, sworn.

1:38 p.m.     Direct examination of Mr. Bagshaw by Mr. Feldberg.

1:46 p.m. to 1:48 p.m.     Bench conference.

Continued direct examination of Mr. Bagshaw by Mr. Feldberg.

1:53 p.m.     Cross examination of Mr. Bagshaw by Ms. Sweeney.

Defendants' witness, Marcus Shelton, sworn.

1:57 p.m.     Direct examination of Mr. Shelton by Ms. Withers.

2:08 p.m.     Cross examination of Mr. Shelton by Ms. Sweeney.

Defendants' witness, Michael Brown, sworn.

2:12 p.m.     Direct examination of Mr. Brown by Mr. Fagg.

**Exhibits B-849, E-078 (top email) are admitted.**

2:42 p.m.     Direct examination of Mr. Brown by Mr. Tubach.

2:43 p.m.     Direct examination of Mr. Brown by Mr. Feldberg.

**Exhibits J-142, J-143 are admitted.**

2:47 p.m.     Cross examination of Mr. Brown by Ms. Sweeney.

2:58 p.m.     Redirect examination of Mr. Brown by Mr. Fagg.

3:09 p.m. to 3:11 p.m.     Bench conference.

Jury excused.

**3:12 p.m.     Court in recess.**
**3:31 p.m.     Court in session.**

Jury present.

Defendants' witness, Rhonda Warble, sworn.

3:34 p.m.     Direct examination of Ms. Warble by Ms. Johnson.

3:37 p.m. to 3:43 p.m.     Bench conference.

Continued direct examination of Ms. Warble by Ms. Johnson.

**Exhibits I-440, I-337 (as redacted), I-442, I-441 are admitted.**

4:12 p.m.     Cross examination of Ms. Warble by Ms. Sweeney.

4:17 p.m. to 4:21 p.m.     Bench conference.

Continued cross examination of Ms. Warble by Ms. Sweeney.

Defendants' witness, Gregory Finch, sworn.

4:24 p.m.     Direct examination of Mr. Finch by Mr. Beller.

Jury excused until March 17, 2022 at 8:30 a.m.

**ORDERED:  Defendants' bond is continued.**

**5:03 p.m.     Court in recess.**

Trial continued.
Total time in court:    6:21