| | |
|---|---|
| From: | Ric Blake(ric.blake@georgesinc.com) |
| To: | Kantola, Bill |
| CC: | |
| BCC: | |
| Subject: | Automatic reply: George's Poultry |
| Sent: | 08/19/2014 10:13:37 PM -0500 (CDT) |
| Attachments: | |

I am out of the office on 8/18/14 thru 8/24/14 on vacation.

-------------------------------- Notice: This message and any attachments are intended solely for the addressee. They may contain information that is confidential, privileged, or otherwise not intended for or exempt from disclosure to any other recipient. Any recipient other than the addressee is advised that any dissemination, distribution, printing, copying, or other use of this message or any attachments is prohibited. If you received this message in error, notify the sender immediately for further instructions. The sender and its affiliates, subsidiaries and agents will not be liable to any person related to the unauthorized or unintended use of any email or attachments, or related to the addition or deletion of material originally contained in any email or attachments. Recipients are also advised that email may not always be a secure method of communication. Emails may be copied or retained by computers they pass through as they are sent to you or by you, and third parties may improperly obtain or access such communications. If you wish to set up an alternative means of communication, please contact the sender.

DEF EXHIBIT
20-cr-152-PAB
J-203

KOCHFOODS-0000139058