# Exhibit A

| Chicken Supplier | Mr. Bryant's Handwritten Notes (GX-1919) | RSCS Pricing for Period 2 2017 (I-054) | Bid Submissions |
|---|---|---|---|
| Koch | $1.0125 | $1.0123 | $0.9935 (C-465) |
| Claxton | $0.9943 | $0.9943 | $0.9939 (F-853) |
| MarJac | $0.9835 | $0.9835 | *Not in evidence* |
| Tyson | $0.9783 | $0.9783 | $0.9483–0.9783 (GX-1920, GX-1930) (price based on loads) |
| George's | $0.9652 | $0.9652 | *Not in evidence* |