IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.    JAYSON JEFFREY PENN,
2.    MIKELL REEVE FRIES,
3.    SCOTT JAMES BRADY,
4.    ROGER BORN AUSTIN,
5.    TIMOTHY R. MULRENIN,
6.    WILLIAM VINCENT KANTOLA,
7.    JIMMIE LEE LITTLE,
8.    WILLIAM WADE LOVETTE,
9.    GARY BRIAN ROBERTS, and
10.   RICKIE PATTERSON BLAKE,

     Defendants.

Criminal Case No. 20-cr-00152-PAB

**DEFENDANTS' PROPOSED RESPONSE TO JURY NOTES**

Defendants, by and through undersigned counsel, propose the following responses to Jury

Notes 2 and 3:

**Proposed Response to Jury Note #2:**

The dates in Instruction Nos. 17 and 18 are separate and distinct from the dates in

Instruction No. 26.  Instruction No. 26 pertains to the statute of limitations.  Statutes of

limitations are laws that prohibit a criminal conviction of a defendant unless the crime occurs

within a stated period of time.

The statute of limitations for the conspiracy charged in this case is five years.  As a result,

even if the jury would find a Defendant guilty of the charged offense by applying the instructions

1

other than Instruction No. 26, the jury could not convict that Defendant if the jury finds the

government failed to carry its burden of proof under the statute of limitations.

**Proposed Response to Jury Note #3:**

Yes.  Instruction No. 26 imposes a requirement—separate from those in Instructions Nos.

17 and 18—that the government must prove beyond a reasonable doubt as to each defendant.  If

the government fails to prove the requirements of Instruction No. 26 as to any individual

Defendant, you must find that Defendant not guilty.[1]

I also remind you that the charge in this case is not "collusion."  Rather, the indictment

charges a violation of Section 1 of the Sherman Act.  The necessary elements of that crime are

described in Instruction Nos. 17 through 24.[2]

---

[1] 3 Leonard B. Sand et al., *Modern Federal Jury Instructions-Criminal* § 58.01 (2021) (Unfair Restraint of Trade, 15 U.S.C. §1, Instruction 58-11) (Attachment 1).
[2] *United States v. Guthrie*, 814 F. Supp. 942, 949-50 (E.D. Wash. 1993) (collusion is not an element of a Sherman Act offense).

Dated: March 24, 2022                          Respectfully submitted,

s/ John A. Fagg, Jr.                           s/ Michael F. Tubach
John A. Fagg, Jr.                              Michael F. Tubach
MOORE & VAN ALLEN PLLC                         O'MELVENY & MYERS LLP
Attorney for William Wade Lovette              Attorney for Jayson Jeffrey Penn
100 North Tryon Street, Suite 4700             Two Embarcadero Center, 28th Floor
Charlotte, NC 28202                            San Francisco, California 94111-3823
(704) 331-3622                                 (415) 984-8700
johnfagg@mvalaw.com                            mtubach@omm.com

s/ Richard K. Kornfeld                         s/ Michael S. Feldberg
Richard K. Kornfeld                            Michael S. Feldberg
RECHT KORNFELD, P.C.                           REICHMAN JORGENSEN LEHMAN &
Attorney for Mikell Reeve Fries                FELDBERG LLP
1600 Stout Street, Suite 1400                  Attorney for Roger Born Austin
Denver, CO 80202                               750 Third Avenue, Suite 2400
(303) 573-1900                                 New York, NY 10017
rick@rklawpc.com                               (212) 381-1965
                                               mfeldberg@reichmanjorgensen.com

s/ Bryan Lavine                                s/ Elizabeth Prewitt
Bryan Lavine                                   Elizabeth B. Prewitt
TROUTMAN PEPPER HAMILTON                        LATHAM & WATKINS LLP-DC
SANDERS LLP                                    Attorney for Timothy R. Mulrenin
Attorney for Scott James Brady                 1271 Avenue of the Americas
600 Peachtree St. NE, Suite 3000               New York, NY 10020
Atlanta, GA 30308                              (212) 906-1200
(404) 885-3170                                 elizabeth.prewitt@lw.com
Bryan.lavine@troutman.com

s/ Craig Allen Gillen                          s/ Mark A. Byrne
Craig Allen Gillen                             Mark A. Byrne
GILLEN, WITHERS & LAKE, LLC                     BYRNE & NIXON LLP
Attorney for Gary Brian Roberts                Attorney for Jimmie Lee Little
400 Galleria Parkway, Ste. 1920                888 West Sixth St, Suite 1100
Atlanta, GA 30339                              Los Angeles, CA 90017
(404) 842-9700                                 (213) 620-8003
cgillen@gwllawfirm.com                         markbyrne@byrnenixon.com

3

s/ James A. Backstrom
James A. Backstrom, Counsellor at Law
Attorney for William Vincent Kantola
1515 Market Street, Suite 1200
Philadelphia, PA 19102-1932
(215) 864-7797

jabber@backstromlaw.com

s/ Barry J. Pollack
Barry J. Pollack
Attorney for Rickie Patterson Blake
ROBBINS, RUSSELL, ENGLERT,
ORSECK, & UNTEREINER LLP
2000 K Street N.W., 4th Floor
Washington, DC 20006
(202) 775-4514

bpollack@robbinsrussell.com

4

5

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2022, I electronically filed the foregoing document

with the Clerk of Court using the CM/ECF system which will send notification of such filing to

all listed parties.

*s/ Michael F. Tubach*
Michael F. Tubach