# Attachment 2

Trial Tr. *United States v. Mrs. Baird's Bakeries et al.*

PAGE:617

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA ) NO. 3:95-CR-294-R
)
VS. ) Dallas, Texas
)
MRS BAIRD'S BAKERIES INC. )
and FLOYD CARROLL BAIRD ) February 9, 1996

VOLUME IV
TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE JERRY L. BUCHMEYER
United States District Judge

APPEARANCES:

For the Government: Duncan Currie
Gary Rosenberg
David Shapiro
Department of Justice
1601 Elm Street, Suite 4950
Dallas, Texas 75201

For the Defendant Mrs Baird's Bakeries, Inc.: R.H. Wallace
Shannon, Gracey, Ratliff & Miller LLP
500 Throckmorton, Suite 1600
Fort Worth, Texas 76102
Michael Denger
Gibson, Dunn & Crutcher
1717 Main Street, Suite 5300
Dallas, Texas 75201

For the Defendant Floyd Carroll Baird: Tim Evans
Attorney at Law
115 W. 2nd Street, Suite 202
Fort Worth, Texas 76102

Court Reporter: Joseph D. Hendrick
Deputy Official Court Reporter
307 W. 7th Street, Suite 814
Fort Worth, Texas 76102
(817) 336-3042

IN CHAMBERS PROCEEDINGS IV-

PAGE:618

(In Chambers Proceedings commencing at 8:45 a.m.)

THE COURT: Let's go on the record for the charge conference in 95-294 out of the presence of the jury.

Both defendants have advised me that they are going to rest at this point and they have not done so in front of the jury but this would be a convenient time to do the charge conference.

I gave a draft of the charge to the attorneys yesterday afternoon and they delivered some proposed changes to those this morning and I have made certain changes in the charge and have explained those to the attorneys off the

competitors about the prices to be charged, who should be the successful bidder, who should bid high, who should bid low,

COURT'S CHARGE IV-

PAGE:640

or who should refrain from bidding; or any other agreement with respect to bidding that affects, limits, or avoids competition among them. Every conspiracy to rig bids is unlawful, regardless of the motives of the parties, or any economic or other justification.

The government does not have to prove that a defendant actually took some overt action to further or accomplish the alleged conspiracy or that a defendant actually fixed prices or rigged bids. What the antitrust laws condemn is the agreement or understanding itself. In other words, the mere agreement or understanding, whether formal or informal, to fix prices or rig bids, constitutes the offense -- so it is not necessary for the Government to prove that the alleged conspiracy was ever actually carried out or that its purpose was ever accomplished.

Mere similarity or identity of prices charged does not, without more, establish the existence of a price-fixing or bid-rigging conspiracy such as is charged in Counts One and Two of the indictment. A business may lawfully charge prices identical to those charged by competitors, and still not violate the Sherman Antitrust Act. A business may even copy the price list of a competitor or follow and conform exactly to the prices charged by a competitor; and that, without more, would not be a violation of the law, unless such act were done pursuant to an agreement, or arrangement,

COURT'S CHARGE IV-

PAGE:641

or understanding between two or more persons such as charged in Counts One and Two of the indictment.

And then these are special instructions on the statute of limitations.

The statute of limitations for the offense charged in the indictment is five years. This means that you cannot find the defendant guilty unless you find, beyond a reasonable doubt, that a conspiracy continued or existed within the period beginning September 28, 1990, and ending September 28, 1995, which is the date on which the indictment was filed.

This does not mean, however, that you must exclude from consideration evidence of acts or conduct prior to September 28, 1990. A conspiracy may be a continuing thing which may be proved by a composite of acts. You may, therefore, consider evidence of a defendant's conduct prior to September 28, 1990, insofar as it may tend to prove a design or intent or pattern with respect to that defendant's conduct after September 28, 1990.

I have just a few more general instructions to give you and I will do that after the lawyers complete their arguments, and then I will explain the verdict form to you also then.

Now, the government will have 45 minutes to argue. In a criminal case, the government has the right to open the

COURT'S CHARGE IV-

IV-

PAGE:741

INDEX

Motion for Judgment of Acquittal ......................623
Mrs Baird's rests ....................................625
Carroll Baird rests ..................................625
Government closes ....................................626
Defendant Mrs Baird's closes .........................626
Defendant Carroll Baird closes .......................626

Court's Instructions .................................626

CLOSING ARGUMENT
MR. ROSENBERG ........................................643
MR. WALLACE ..........................................662
MR. EVANS ............................................685
MR. ROSENBERG ........................................711
Court's further instructions to jury .................719
Proceedings of February 12, 1996 .....................722
Proceedings of February 13, 1996 .....................729
Proceedings of February 14, 1996 .....................738
Verdict ..............................................738

Court's Exhibits

Court's exhibit 1 ....................................618
Court's exhibit 2 ....................................618
Court's exhibit 3 ....................................618
737

Ñ-+º¿Ö/ úUpˆaFr?].++oð.øáïí ÿÏÿšÿ•"´