**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Chief Judge Philip A. Brimmer**

Criminal Action No.: 20-cr-00152-PAB        Date:  March 24, 2022
Courtroom Deputy:  Sabrina Grimm       Court Reporter:   Janet Coppock

_Parties:_                                   _Counsel:_

UNITED STATES OF AMERICA,       Michael Koenig
                                      Carolyn Sweeney
                                      Heather Call
                                      Paul Torzilli

      Plaintiff,

v.

1.  JAYSON JEFFREY PENN,         Michael Tubach
                                      Anna Pletcher
                                      Brian Quinn

2.  MIKELL REEVE FRIES,            Richard Kornfeld
                                        David Beller
                                        Kelly Page

3.  SCOTT JAMES BRADY,           Bryan Lavine
                                      Megan Rahman
                                        Tiffany Bracewell

4.  ROGER BORN AUSTIN,         Michael Feldberg
                                      Laura Carwile
                                      Julie Withers

5.  TIMOTHY R. MULRENIN,       Elizabeth Prewitt
                                      Marci LaBranche

6.  WILLIAM VINCENT KANTOLA,  Roxann Henry
                                      James Backstrom

7.  JIMMIE LEE LITTLE,             Mark Byrne
                                      Dennis Canty

8.  WILLIAM WADE LOVETTE,    John Fagg, Jr.
                                      Dru Nielsen
                                      James McLoughlin
                                      Kaitlin Price

9.  GARY BRIAN ROBERTS, and    Craig Gillen
                                      Richard Tegtmeier
                                      Anthony Lake

10.  RICKIE PATTERSON BLAKE,                    Wendy Johnson
                                                Barry Pollack
                                                Christopher Plumlee

       Defendants.

---

## COURTROOM MINUTES

---

**JURY TRIAL – DAY 19**

**8:45 a.m.      Court in session.**

Defendants present on bond.

**ORDERED:   Jury lunches will be provided throughout deliberations beginning
              March 24, 2022.**

Jury present.

8:51 a.m.       Defendant Blake's closing argument by Mr. Pollack.

Jury excused.

**9:40 a.m.      Court in recess.**
**9:50 a.m.      Court in session.**

Jury present.

9:51 a.m.       Government's closing rebuttal argument by Mr. Koenig.

10:27 a.m. to 10:31 a.m.    Bench conference.

Court Security Officers sworn.

Court instructs jury.  Jury excused to begin deliberations.

Court confirms admitted exhibits with counsel.  Government's Admitted Exhibits are
Court Exhibit 4.  Defendants' Admitted Exhibits are Court Exhibit 5.

**10:45 a.m.     Court in recess.**
**2:10 p.m.      Court in session.**

The Court has received a note from the jury.

Discussion regarding a response to the note.

The court will provide a response to the jury consistent with the discussions held.

**2:25 p.m.      Court in recess.**
**4:10 p.m.      Court in session.**

The Court has received two notes from the jury.

Discussion regarding a response to the notes.

Court will reconvene on March 25, 2022 at 8:00 a.m. to further discuss a response to the jury notes.

**4:43 p.m.      Court in recess.**
**5:01 p.m.      Court in session.**

Jury present.

Jury excused until March 25, 2022 at 8:30 a.m.

**ORDERED:  Defendants' bonds are continued.**

**5:06 p.m.      Court in recess.**

Trial continued.
Total time in court:    2:43