**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Chief Judge Philip A. Brimmer**

Criminal Action No.: 20-cr-00152-PAB          Date:  March 29, 2022
Courtroom Deputy:  Sabrina Grimm              Court Reporter:   Kevin Carlin

_Parties:_                                    _Counsel:_

UNITED STATES OF AMERICA,                     Michael Koenig
                                              Carolyn Sweeney
                                              Heather Call
                                              Paul Torzilli

    Plaintiff,

v.

1.  JAYSON JEFFREY PENN,                      Michael Tubach
                                              Anna Pletcher
                                              Brian Quinn
2.  MIKELL REEVE FRIES,                       Richard Kornfeld
                                              David Beller
                                              Kelly Page
3.  SCOTT JAMES BRADY,                        Bryan Lavine
                                              Megan Rahman
                                              Tiffany Bracewell
4.  ROGER BORN AUSTIN,                        Michael Feldberg
                                              Laura Carwile
                                              Julie Withers
5.  TIMOTHY R. MULRENIN,                      Elizabeth Prewitt
                                              Marci LaBranche
6.  WILLIAM VINCENT KANTOLA,                  Roxann Henry
                                              James Backstrom
7.  JIMMIE LEE LITTLE,                        Mark Byrne
                                              Dennis Canty
8.  WILLIAM WADE LOVETTE,                     John Fagg, Jr.
                                              Dru Nielsen
                                              James McLoughlin
                                              Kaitlin Price
9.  GARY BRIAN ROBERTS, and                   Craig Gillen
                                              Richard Tegtmeier
                                              Anthony Lake

10.  RICKIE PATTERSON BLAKE,                    Wendy Johnson
                                                Barry Pollack
                                                Christopher Plumlee

    Defendants.

---

### COURTROOM MINUTES

---

**JURY TRIAL – DAY 22**

**4:13 p.m.**　　**Court in session.**

Defendants present on bond.

The Court has received a note from the jury.

Discussion regarding a response to the note and a potential mistrial.

Court declares a mistrial.

Mr. Koenig states the government will retry the case.

**ORDERED:**　**The jury trial is reset for June 6, 2022 at 8:00 a.m. in Courtroom A201 before Chief Judge Philip A. Brimmer.**

**ORDERED:**　**The head of the United States Antitrust Division shall appear in one week before Chief Judge Philip A. Brimmer to explain why the case should be retried, as discussed.**

4:37 p.m.　　Jury present.

**ORDERED:**　**Counsel for a party or any party is not permitted to contact or speak to the jury after the termination of the trial, as stated on record.**

Court thanks the jury for their service.  Jury is dismissed.

**ORDERED:  Defendants' bonds are continued.**

**4:41 p.m.**　　**Court in recess.**

Trial concluded.
Total time in court:    00:28