# ATTACHMENT A

## September 28, 2012 to October 10, 2012

| DATE | TIME | TYPE | FROM† | TO† | EXCERPT | EXHIBIT # |
|---|---|---|---|---|---|---|
| Friday, 9/28/2012 | 4:24 PM ET | ✉ | Mike Ledford (UFPC) | "Valued Suppliers" | Subject: "2012 UFPC RFI Questions.xlsx"<br><br>Email reads: "Dear Valued Suppliers,<br><br>Please find attached a REQUEST FOR INFORMATION (RFI) from the UFPC Poultry Purchasing Department. Please fill out your answers in the yellow boxes provided. The deadline for returning this information is next Friday, October 10, 2012 or sooner." | 1438 |
| Friday, 10/5/2012 | 5:22 PM ET | ☎ | Ric Blake GEORGES | Carl Pepper Tyson | "ET….4:06" | 1430 |
| Monday, 10/8/2012 | 10:15 AM ET | ☎ | Bill Kantola KOCH FOODS | Roger Austin Pilgrim's | "ET….1:57" | 1432 |
| | 10:17 AM ET | ☎ | Roger Austin Pilgrim's | Bill Kantola KOCH FOODS | "ET….1:42" | |
| | 2:06 PM ET | ☎ | Scott Brady Claxton Chicken | Bill Kantola KOCH FOODS | "ET….0:27" | |
| | 2:16 PM ET | ☎ | Jimmie Little Pilgrim's | Bill Kantola KOCH FOODS | "ET….0:04" | |
| | 6:02 PM ET | ☎ | Scott Brady Claxton Chicken | Jimmie Little Pilgrim's | "ET….18:03" | 1434 |
| Tuesday, 10/9/2012 | 11:32 AM ET | ☎ | Scott Brady Claxton Chicken | Bill Kantola KOCH FOODS | "ET….8:48" | 1432 |
| | 1:49 PM ET | ☎ | Jimmie Little Pilgrim's | Bill Kantola KOCH FOODS | "ET….5:23" | |
| | 4:59 PM ET | ✉ | Scott Brady Claxton Chicken | Mark Oechsli (UFPC) | Subject: "COB Cost model Claxton Poultry 2013"<br><br>Email reads: "Here is the COB cost model for 2013."<br><br>Attachment reads in part:<br><br>Injected Dark Meat Code 9250 Orang 0.6497 | 8 piece - .30<br><br>Injected Dark Meat Code 9249 Red 0.6620 | 8 piece - .30 | 1505 9692 |

Government Exhibit<br>20-cr-152-PAB<br>50

## September 28, 2012 to October 10, 2012

| DATE | TIME | TYPE | FROM† | TO† | EXCERPT | EXHIBIT # |
|------|------|------|-------|-----|---------|-----------|
| Wednesday, 10/10/2012 | 8:15 AM ET | ✉ | **Bill Kantola** Koch Foods | **Lance Buckert** Koch Foods | **Subject "RE: YUM bid"**<br><br>**Email reads in part: "We are changing the dark meat to -.3000 from .3050 to see if we can pull that off."** | 1409 |
| | 11:24 AM ET | ✉ | **Bruce MacKenzie** Koch Foods | **Mark Oechsli (UFPC)** | **Subject: "fresh cost model"**<br>Attachment reads in part:<br>Total FOB WOG Plant Cost    $0.9710    $0.9737<br>($0.3000)    ($0.3000)<br>Total FOB Dark Meat Plant Cost    $0.6710    $0.6737 | 1410 9691 |
| | 3:25 PM ET | ✉ | **Roger Austin** Pilgrim's | **Mark Oechsli (UFPC)** | **Subject: "Cost Model Bone in"**<br>Attachment reads in part:<br>"2013 Bid Pilgrim's Pride Corporation…"<br><br>**Injected Dark Meat**    0.68858 piece - .30 | 1524 9693 |

# October 26, 2012 to November 14, 2012

| DATE | TIME | TYPE | FROM† | TO† | EXCERPT | EXHIBIT # |
|------|------|------|-------|-----|---------|-----------|
| Friday, 10/26/2012 | 2:41 PM ET | ✉ | **Roger Austin** Pilgrim's | **Justin Gay Scott Tucker** Pilgrim's | Subject: "Bid Summary" **Attachment reads in part: "<u>KFC Bid Summary</u>** **Having talked to Mike I will summarize our discussion...Dark meat is currently at .30 back of 8 piece...Mike is asking all to go to .31"** | 1526 1528 |
| Wednesday, 11/7/2012 | 11:07 AM ET | ✉ | **Mike Ledford Mary Hester Steve Campisano Mark Oechsli (UFPC)** | **"UFPC Supplier"** | Email reads in part: "Dear UFPC Supplier, **Your company has been invited to participate in Round 2 of the 2012 Yum! Brands Poultry RFP process....Please submit your documents by Noon (EST) on Wednesday, November 14 and see below for more specific instructions."** | 1439 |
| Tuesday, 11/13/2012 | 3:37 PM | ☎ | **Mikell Fries** Church's Chicken | **Scott Brady** Church's Chicken | "Min....39" | 1426 |
| | 4:17 PM ET | ☎ | **Scott Brady** Church's Chicken | **Ric Blake** GEORGE'S | "Origination....Smyrna GA" "Min....5" | |
| | 4:22 PM ET | 💬 | **Scott Brady** Church's Chicken | **Mikell Fries** Church's Chicken | "George's is .30 back on dark meat" | 1427 |
| | 4:23 PM ET | ☎ | **Roger Austin** Pilgrim's | **Scott Brady** Church's Chicken | "Origination....Smyrna GA" "Min....13" | 1444 |
| | 4:34 PM ET | 💬 | **Scott Brady** Church's Chicken | **Mikell Fries** Church's Chicken | "Pilgrims is .30 back and Tyson is 31 back" | 1427 |
| | 4:36 PM ET | 💬 | **Mikell Fries** Church's Chicken | **Scott Brady** Church's Chicken | "Ol mike! He bluffing hard!" | |
| | 4:37 PM ET | 💬 | **Scott Brady** Church's Chicken | **Mikell Fries** Church's Chicken | "I talked to roger and this month he is .03 higher than us on 8 piece and his case weight is 50.5" | |
| | 4:43 PM ET | 💬 | **Mikell Fries** Church's Chicken | **Scott Brady** Church's Chicken | "Hmmm" | |
| | 4:45 PM ET | 💬 | **Scott Brady** Church's Chicken | **Mikell Fries** Church's Chicken | "He said to raise our prices, on wings he is market and market plus .10" | |
| | 4:45 PM ET | 💬 | **Mikell Fries** Church's Chicken | **Scott Brady** Church's Chicken | "Tell him we are trying!" | |

**Government Exhibit**

**20-cr-152-PAB**

**51**

## October 26, 2012 to November 14, 2012

| DATE | TIME | TYPE | FROM† | TO† | EXCERPT | EXHIBIT # |
|---|---|---|---|---|---|---|
| Tuesday, 11/13/2012 | 4:58 PM ET | ✉ | Roger Austin Pilgrim's | Mark Oechsli (UFPC) | Attachment reads in part:<br><br>Injected Dark Meat — 0.6788 — 8 piece - .30<br>Non-Inject Wings - Bulk Packed — 1.7700 — U B Mkt previous month average<br>Non-Inject Wings - Precounted — 1.8700 — U B Mkt previous month average + .10 | 1583 1584 |
| | 5:00 PM ET | 💬 | Scott Brady Claxton Chicken | Mikell Fries Claxton Chicken | "Will do" | 1427 |
| Wednesday, 11/14/2012 | 10:15 AM | ✉ | Scott Brady Claxton Chicken | Mark Oechsli (UFPC) | Subject: "KFC Bid"<br><br>Email reads in part: "On the wings we would like to be at market for the bulk packed and market plus .10 on the precounted."<br><br>Attachment reads in part:<br><br>RFP Item Description — Round 2<br>KFC Drum & Thigh (14) 12CT — $0.6620<br>KFC 8PC COB Fried (10) 2HD — $0.9620<br>KFC Precount Wings (10) 24CT — $1.8600<br>KFC Bulk Wings (1) 40LB — $1.7600 | 1500 1501 |

## November 28, 2012 to December 3, 2012

| DATE | TIME | TYPE | FROM† | TO† | EXCERPT | EXHIBIT # |
|------|------|------|-------|-----|---------|-----------|
| Wednesday, 11/28/2012 | 10:07 AM ET | ✉ | Roger Austin **Pilgrim's** | Jayson Penn Scott Tucker **Pilgrim's** | Subject: "FW:" <br><br> Email reads in part: "I will also be having some other discussions today to get the pulse." | 1544 |
| | 10:35 AM | ☎ | Ric Blake **GEORGE'S** | Roger Austin **Pilgrim's** | "Min....8" | 1428 |
| | 2:29 PM ET | ☎ | Roger Austin **Pilgrim's** | Scott Brady **Claxton Chicken** | "Origination....Richview IL" "Min....15" | |
| | 2:44 PM ET | ☎ | Roger Austin **Pilgrim's** | Bill Kantola **KOCH FOODS** | "ET....10:22" | 1442 |
| | 2:55 PM ET | ☎ | Roger Austin **Pilgrim's** | Eric Oare (Marshall Durbin) | "Origination....Shiloh IL" "Min....1" | 1428 |
| | 9:59 PM ET | ✉ | Roger Austin **Pilgrim's** | Jayson Penn Scott Tucker Jason McGuire **Pilgrim's** | Subject: "Re: Fwd: FW:" <br><br> Email reads in part: "I will call you tomorrow around lunch time. I have some better information." | 1544 |
| Thursday, 11/29/2012 | 1:16 PM ET | ☎ | Roger Austin **Pilgrim's** | Jayson Penn **Pilgrim's** | "Origination....Hannibal/B MO" "Min....3" | 1428 |
| | 1:32 PM ET | ☎ | Roger Austin **Pilgrim's** | Scott Tucker **Pilgrim's** | "Origination....Hannibal/B MO" "Min....7" | |
| | 2:18 PM ET | ☎ | Roger Austin **Pilgrim's** | Eric Oare (Marshall Durbin) | "Origination....Hannibal/B MO" "Min....8" | |
| | 2:31 PM ET | ✉ | Scott Tucker **Pilgrim's** | Roger Austin **Pilgrim's** | Subject: "Price Reduction Spreadsheet" Email reads: "This is crude but does it show what we need it to?" <br><br> Attachment reads in part: <br> **8 Piece Quotes** <br> Good Guys $0.9770 <br> George's $0.9632 <br> Claxton $0.9620 <br> Koch $0.9561 | 1538 1539 |
| | 4:53 PM ET | ✉ | Roger Austin **Pilgrim's** | Scott Tucker **Pilgrim's** | Subject: "Re: Revised Price Reduction Impact" <br><br> Email reads in part: "You can put Marshall Durbin in at 96.60 Then send to Jayson." | 1546 |

† See GX 90-10 for phone number and employer information

Government Exhibit
20-cr-152-PAB
52

# November 28, 2012 to December 3, 2012

| DATE | TIME | TYPE | FROM† | TO† | EXCERPT | EXHIBIT # |
|------|------|------|-------|-----|---------|-----------|
| Thursday, 11/29/2012 | 9:12 PM ET | ✉ | Scott Tucker Pilgrim's | Roger Austin Jayson Penn Pilgrim's | **Subject: "Price Reduction Impact - KFC"** <br><br>**Email reads in part: "Jayson, Please see the attached spreadsheet…"** <br><br>**Attachment reads in part:** <br> **8 Piece Quotes** <br> Good Guys $0.9770 <br> Durbin $0.9660 <br> George's $0.9632 <br> Claxton $0.9620 <br> Koch $0.9561 | 1522 1523 |
| Friday, 11/30/2012 | 5:45 PM ET | ✉ | Jayson Penn Pilgrim's | Bill Lovette Pilgrim's | **Subject: "Fwd: Price Reduction Impact - KFC"** <br><br>**Attachment reads in part:** <br> **8 Piece Quotes** <br> Good Guys $0.9770 <br> Durbin $0.9660 <br> George's $0.9632 <br> Claxton $0.9620 <br> Koch $0.9561 | |
| Monday, 12/3/2012 | 4:53 PM ET | ✉ | Scott Brady Claxton Chicken | Mark Oeschli Mike Ledford (UFPC) | **Subject: "FW: KFC bid"** <br><br>**Email reads in part: "Here is our new COB pricing."** <br><br>**Attachment reads in part:** <br> **Price/Lb FOB Plant** <br><br> Injected 8-Piece Code 9247 Purple    **0.9620** | 1403 1404 |
| | 11:23 PM ET | ✉ | Roger Austin Pilgrim's | Mark Oeschli (UFPC) | **Subject: "Bid"** <br><br>**Email reads in part: "Attached is our latest round of pricing."** <br><br>**Attachment reads in part:** <br> RFP Item Description    Round 1 FOB per Pound <br> KFC 8PC COB Fried (10) 2HD    0.9698 | 1420 1421 |

# October 31, 2013 to November 20, 2013

| DATE | TIME | TYPE | FROM† | TO† | EXCERPT | EXHIBIT # |
|---|---|---|---|---|---|---|
| Thursday, 10/31/2013 | 6:31 PM | ✉ | Mark Oechsli (UFPC) | Scott Brady (Claxton Chicken) | **Subject: "UFPC Round 1 Feedback"**<br><br>Email reads in part: "See attached feedback from the Round 1 Poultry RFP" | 1700 |
| Friday, 11/01/2013 | 8:53 AM ET | ✉ | Scott Brady (Claxton Chicken) | Mikell Fries (Claxton Chicken) | **Subject: "FW: UFPC Round 1 Feedback"**<br><br>Email reads in part: "Fyi I will make some calls" | |
| | 9:42 AM ET | 📞 | Scott Brady (Claxton Chicken) | Tim Mulrenin (Tyson) | "ET....0:00" | 9720 |
| | 10:43 AM ET | 📞 | Tim Mulrenin (Tyson) | Scott Brady (Claxton Chicken) | "Elapsed Time....5:33" | 9716 |
| | 12:26 PM ET | 💬 | Scott Brady (Claxton Chicken) | Jimmie Little (Pilgrim's) | SMS Message | 9722 |
| | 12:42 PM ET | 💬 | Jimmie Little (Pilgrim's) | Scott Brady (Claxton Chicken) | SMS Message | |
| | 2:47 PM | 📞 | Scott Brady (Claxton Chicken) | Mikell Fries (Claxton Chicken) | "Min....5" | 9721 |
| | 3:49 PM ET | 📞 | Scott Brady (Claxton Chicken) | Bill Kantola (Koch Foods) | "Elapsed Time....2:36" | 9716<br>7040<br>9010 |
| | 4:20 PM ET | 📞 | Scott Brady (Claxton Chicken) | Bill Kantola (Koch Foods) | "Elapsed Time....19:44" | |
| | 5:17 PM ET | 📞 | Justin Gay (Pilgrim's) | Scott Brady (Claxton Chicken) | "Elapsed Time....10:10" | 9716 |
| Monday, 11/18/2013 | 10:20 PM ET | ✉ | Mike Ledford (UFPC) | Roger Austin (Pilgrim's) | **Subject: "Bid"**<br><br>Email reads in part: "Roger, I was a bit disappointed in your final pricing on Fresh chicken for KFC ... If that is really case, I'm afraid you will be asking for us to move a significant amount of volume. ... there won't be much I can do otherwise this year with pricing so far out of line. I seems as if the feedback was ignored." | 1713 |
| | 10:47 PM | ✉ | Roger Austin (Pilgrim's) | Scott Tucker (Pilgrim's) | Email reads in part: "We can talk in the morning after I do some scouting." | |

**Government Exhibit**

**20-cr-152-PAB**

**53**

## October 31, 2013 to November 20, 2013

| DATE | TIME | TYPE | FROM† | TO† | EXCERPT | EXHIBIT # |
|---|---|---|---|---|---|---|
| Tuesday, 11/19/2013 | 8:50 AM | 📞 | Scott Brady (Claxton Chicken) | Roger Austin (Pilgrim's) | "Min….12" | 1733 |
| | 9:12 AM ET | 📞 | Carl Pepper (Tyson) | Scott Brady (Claxton Chicken) | "Elapsed Time….2:54" | 10666 |
| | 9:15 AM ET | 📞 | Bill Kantola (Koch Foods) | Scott Brady (Claxton Chicken) | "Elapsed Time….12:22" | |
| | 11:41 AM ET | 📞 | Roger Austin (Pilgrim's) | Scott Brady (Claxton Chicken) | "Origination….Louisville KY" "Min….5" | 1733 |
| | 12:38 PM ET | 📞 | Scott Brady (Claxton Chicken) | Brian Roberts (Tyson) | "Elapsed Time….0:33" | 10666 |
| | 12:46 PM ET | 💬 | Scott Brady (Claxton Chicken) | Mikell Fries (Claxton Chicken) | "Ledford told roger to be at .9250" | 10651 |
| | 12:50 PM | 📞 | Scott Brady (Claxton Chicken) | Roger Austin (Pilgrim's) | "Min….3" | 1733 |
| | 1:18 PM ET | 💬 | Scott Brady (Claxton Chicken) | Mikell Fries (Claxton Chicken) | "Call me" | 10651 |
| | 1:18 PM ET | 📞 | Mikell Fries (Claxton Chicken) | Scott Brady (Claxton Chicken) | "Origination….Claxton GA" "Min….6" | 10024 |
| | 1:27 PM | 📞 | Scott Brady (Claxton Chicken) | Roger Austin (Pilgrim's) | "Min….3" | 1733 |
| | 1:31 PM ET | 💬 | Scott Brady (Claxton Chicken) | Mikell Fries (Claxton Chicken) | "Just an FYI last year we were .32 back on dark meat and this year we are 3050 back." | 10651 |
| | 1:31 PM ET | 💬 | Scott Brady (Claxton Chicken) | Mikell Fries (Claxton Chicken) | "Roger is at .30 back and not moving" | |
| | 1:31 PM ET | 💬 | Mikell Fries (Claxton Chicken) | Scott Brady (Claxton Chicken) | "K. Can do .31 if want." | |

# October 31, 2013 to November 20, 2013

| DATE | TIME | TYPE | FROM[†] | TO[†] | EXCERPT | EXHIBIT # |
|------|------|------|---------|-------|---------|-----------|
| Tuesday, 11/19/2013 | 1:33 PM ET | | **Mikell Fries** *Claxton Chicken* | **Scott Brady** *Claxton Chicken* | "Stay .305 then" | 10651 |
| | 1:45 PM ET | ✉ | **Scott Brady** *Claxton Chicken* | **UFPC** | Subject: "FW: UFPC Final Bid Submissions round 4" <br><br> Attachment reads in part: <br><br> RFP Item Description / FINAL FOB per Pound <br> COB KFC Drum & Thigh (14) 12CT — 0.6225 <br> COB KFC 8PC Fried (10) 2HD — 0.9275 | A-626 A-627 |
| Wednesday, 11/20/2013 | 5:11 PM ET | ✉ | **Roger Austin** *Pilgrim's* | **Mike Ledford Mark Oechsli (UFPC)** | Subject: "Model for 2014" <br><br> Attachment reads in part: <br><br> Price/Lb FOB Plant / Pricing Formula <br> Injected 8-Piece — 0.9250 (FOB Price From Cost Model) <br> Injected Dark Meat — 0.6200 8 piece - .305 | 1736 D-330 |

# May 31, 2013 to June 4, 2013

| DATE | TIME | TYPE | FROM† | TO† | EXCERPT | EXHIBIT # |
|---|---|---|---|---|---|---|
| Friday, 5/31/2013 | 2:14 PM ET | ✉ | Dean Bradley (Church's) | Carl Pepper **Tyson** | **Subject: "RE: Church's Frozen 8pc and Dark Meat-Tyson"**<br><br>**Email reads in part: "In terms of pricing, what are you thinking on both items?"**<br><br>*[Mr. Bradley's statements cannot be considered for their truth, but only for their effect on the listener.]* | 120 |
| | 2:18 PM ET | ✉ | Carl Pepper **Tyson** | Dean Bradley (Church's) | **Subject: "RE: Church's Frozen "8 pc and Dark Meat-Tyson"**<br><br>**Email reads in part: "I will get with our pricing group. I would think just a freezer cost but I will find out and get back with you."** | 113 |
| | 2:20 PM ET | ☎ | Carl Pepper **Tyson** | Bill Kantola **KOCH FOODS** | **"ET….0:50"** | 143 7040 |
| | 2:24 PM ET | ☎ | Carl Pepper **Tyson** | Jimmie Little **Pilgrim's** | **"ET….2:20"** | 143 |
| | 2:40 PM ET | ☎ | Carl Pepper **Tyson** | Jimmie Little **Pilgrim's** | **"ET….7:53"** | |
| | 3:38 PM ET | ✉ | Carl Pepper **Tyson** | Tim Mulrenin Brian Roberts **Tyson** | **Subject: "Fwd: Church's Frozen 8pc and Dark Meat-Tyson"**<br><br>**Email reads in part: "Pilgrims told me they would be around .025 to .03 on 8pc & dark meat and Koch told me they were .025 on 8pc and at this time was not charging for dark but would probably change to .025 for next year."**<br><br>*[Mr. Bradley's statements cannot be considered for their truth, but only for their effect on the listener.]* | 120 |
| Tuesday, 6/4/2013 | 5:09 PM ET | ✉ | Carl Pepper **Tyson** | Dean Bradley (Church's) | **Subject: "FW: Church's Frozen 8pc and Dark Meat-Tyson"**<br><br>**Email reads in part: "The pricing for frozen 8pc & dark meat will be .03lb over monthly cost plus."** | 119 |

† See GX 90-10 for phone number and employer information

Government Exhibit

20-cr-152-PAB

54

# December 20, 2013 to January 28, 2014

| DATE | TIME | TYPE | FROM† | TO† | EXCERPT | EXHIBIT # |
|------|------|------|-------|-----|---------|-----------|
| Friday, 12/20/2013 | 4:08 PM ET | ✉ | **Sarah Knust** (Church's) | **Mike Hannigan** Tyson | Subject: "Church's Chicken QA Requirements 2014"<br><br>Email reads in part: "I have attached Church's Chicken new QA Requirements for 2014 for your information."<br><br>[The statements of Ms. Knust and Mr. Hannigan cannot be considered for their truth, but only for their effect on the listener.] | 224 |
| Saturday, 12/21/2013 | 10:35 AM | ✉ | **Mike Hannigan** Tyson | **Carl Pepper** **Tim Mulrenin** Tyson | Email reads in part: "It would have been nice to have been forewarned. Wonder how the other suppliers will react?"<br><br>[The statements of Ms. Knust and Mr. Hannigan cannot be considered for their truth, but only for their effect on the listener.] | 224 |
| | 11:36 AM ET | ✉ | **Carl Pepper** Tyson | **Tim Mulrenin** **Mike Hannigan** Tyson | Email reads in part: "I would be surprised if they don't say something. Might call a couple of them and ask"<br><br>[The statements of Ms. Knust and Mr. Hannigan cannot be considered for their truth, but only for their effect on the listener.] | |
| Monday, 12/23/2013 | 10:45 AM ET | ☎ | **Carl Pepper** Tyson | **Jimmie Little** pilgrim's | "ET….5:31" | 245 |
| Tuesday, 12/24/2013 | 1:32 PM ET | ✉ | **Jimmie Little** pilgrim's | **Robbie Bryant** **Jason McGuire** pilgrim's | "FYI…I did find out Tyson's fob price is $0.025 lower than ours in 2014!" | 219 |
| Thursday, 12/26/2013 | 9:24 AM ET | ✉ | **Carl Pepper** Tyson | **Tim Mulrenin** **Brian Roberts** Tyson | Subject: "RE: Church's Chicken QA Requirements 2014"<br><br>Email reads in part: "Talked to Jimmy Little and he said they were planning on adding to their cost to do this. They also didn't like it just showing up also."<br><br>[The statements of Ms. Knust, Mr. Lubert, Mr. Ramsey, Mr. Bowlin, Mr. Hannigan, and Mr. Scheiderer cannot be considered for their truth, but only for their effect on the listener.] | 221 |
| Sunday, 1/26/2014 | 3:14 PM ET | ✉ | **Carl Pepper** Tyson | **Dean Bradley** (Church's) | Subject: "Fwd: Church's Pricing - February 2014"<br>Attachment: "Churchs Pricing February 2014.xlsx"<br><br>Attachment reads in part:<br><br>QA Audit        $0.0009 | 230 232 |
| Monday, 1/27/2014 | 2:59 PM ET | ✉ | **Dean Bradley** (Church's) | **Carl Pepper** Tyson | Subject: "FW: Church's Pricing - February 2014"<br><br>Email reads in part: "What is the QA Audit charge of .0009 that is added to the cost plus. That was not agreed to. Please advise." | 234 |
| Tuesday, 1/28/2014 | 11:50 AM ET | ☎ | **Carl Pepper** Tyson | **Jimmie Little** pilgrim's | "ET….1:17" | 246 |

Government Exhibit
20-cr-152-PAB
55

# September 12, 2014 to November 10, 2014

| DATE | TIME | TYPE | FROM† | TO† | EXCERPT | EXHIBIT # |
|---|---|---|---|---|---|---|
| Friday, 9/12/2014 | | 📄 | Lee Moriggia (Golden Corral) | "Fresh Chicken Suppliers" | Document reads in part: "Enclosed with this package is a Request for Proposal on the Golden Corral fresh chicken program for 2015… Please submit your completed package using the attached pricing sheet prior to October 1, 2014." | 413 |
| Tuesday, 9/30/2014 | 3:21 PM ET | 📞 | Scott Tucker **Pilgrim's** | Kevin Grindle **MJ** | "Origination….Ranburne AL" "Min….2" | 497 |
| | 2:25 PM | 📞 | **MJ** | Scott Tucker **Pilgrim's** | "Min….10" | |
| | 4:17 PM | ✉️ | Kevin Grindle **MJ** | Lee Moriggia (Golden Corral) | Subject: "2015 Golden Corral Bid Mar Jac GA Division" Email reads in part: "Lee, the attached is the 2015 Golden Corral bid for the Mar Jac Gainesville division." | 410-2 |
| | 8:30 PM | ✉️ | Scott Tucker **Pilgrim's** | Lee Moriggia (Golden Corral) | Subject: "Pilgrim's - Golden Corral Proposal 2015" | D-788 |
| Wednesday, 10/8/2014 | 10:18 AM ET | 📞 | Scott Tucker **Pilgrim's** | Kevin Grindle **MJ** | "Origination….Cullman AL" "Min….4" | 497 |
| | 4:28 PM | ✉️ | Tim Stiller **Pilgrim's** | Scott Tucker **Pilgrim's** | Email reads: "Anything from your buddies at GC?" | 498 |
| | | ✉️ | Scott Tucker **Pilgrim's** | Tim Stiller **Pilgrim's** | Email reads in part: "Not a peep. I talked to MJ today and they've not heard anything either." | |
| | 4:30 PM | ✉️ | Tim Stiller **Pilgrim's** | Scott Tucker **Pilgrim's** | Email reads: "Interesting…was their pricing similar?" | |
| | | ✉️ | Scott Tucker **Pilgrim's** | Tim Stiller **Pilgrim's** | Email reads in part: "Very. Others were higher." | |
| Friday, 10/17/2014 | 10:12 AM ET | 📞 | Roger Austin **Pilgrim's** | Scott Tucker **Pilgrim's** | "Origination….Louisville KY" "Min….1" | 499 |
| | 10:54 AM ET | ✉️ | Roger Austin **Pilgrim's** | Tim Stiller **Pilgrim's** | Subject: "Golden Corral" Email reads in part: "Need you to call me as soon as you can" | 453 |
| | 11:02 AM ET | 📞 | Tim Stiller **Pilgrim's** | Roger Austin **Pilgrim's** | "Elapsed Time….13:59" | 494 |

**Government Exhibit**

20-cr-152-PAB

**56**

## September 12, 2014 to November 10, 2014

| DATE | TIME | TYPE | FROM† | TO† | EXCERPT | EXHIBIT # |
|---|---|---|---|---|---|---|
| Friday, 10/17/2014 | 12:36 PM ET | | Tim Stiller Pilgrim's | Jayson Penn Pilgrim's | "Golden corral said they could not commit to us today. Told them our offer is only good through 5pm. Sounds like other suppliers are higher but the buyer thinks they will negotiate below us." | 433 |
| | 1:13 PM ET | | Jayson Penn Pilgrim's | Tim Stiller Pilgrim's | "Who is negotiating with GC?" | 434 |
| | 1:14 PM ET | | Tim Stiller Pilgrim's | Jayson Penn Pilgrim's | "Scott and Roger" | 435 |
| | 1:14 PM ET | | Jayson Penn Pilgrim's | Tim Stiller Pilgrim's | "Ok. Thanks" | 436 |
| | 1:16 PM ET | | Tim Stiller Pilgrim's | Jayson Penn Pilgrim's | "We know marjec, their biggest supplier is 0.02 higher than us and they are not going to negotiate" | 437 |
| | 1:17 PM ET | | Jayson Penn Pilgrim's | Tim Stiller Pilgrim's | "Good deal. Last time they did cave a cent or two w KFC" | 438 |
| | 1:18 PM ET | | Tim Stiller Pilgrim's | Jayson Penn Pilgrim's | "They are listening to my direction" | 439 |
| | 1:19 PM ET | | Jayson Penn Pilgrim's | Tim Stiller Pilgrim's | "Who is they?" | 440 |
| | 1:22 PM ET | | Jayson Penn Pilgrim's | Tim Stiller Pilgrim's | "If they is illegal don't tell me" | 441 |
| | 1:23 PM ET | | Tim Stiller Pilgrim's | Jayson Penn Pilgrim's | "Was referring to roger listening. Sorry, thought you were referring to roger caving. Got you on marjec caving on Kfc. MJ might cave but I wouldn't think for our volume and their current." | 442 |
| | 1:25 PM ET | | Jayson Penn Pilgrim's | Tim Stiller Pilgrim's | "Tyson does the west. Hearing rumors out of them?" | 443 |
| | 1:27 PM ET | | Tim Stiller Pilgrim's | Jayson Penn Pilgrim's | "Buyer said we were .07 high so that must be Tysons price…" | 444 |
| | 1:27 PM ET | | Jayson Penn Pilgrim's | Tim Stiller Pilgrim's | "They are morons" | 445 |

## September 12, 2014 to November 10, 2014

| DATE | TIME | TYPE | FROM† | TO† | EXCERPT | EXHIBIT # |
|------|------|------|-------|-----|---------|-----------|
| Friday, 10/17/2014 | 1:29 PM ET | 💬 | **Tim Stiller** Pilgrim's | **Jayson Penn** Pilgrim's | ".07 back is in line with where we have priced everybody else but they did not add anything for cost of doing business with GC like us and marjec did" | 446 |
| | 1:31 PM ET | 💬 | **Jayson Penn** Pilgrim's | **Tim Stiller** Pilgrim's | "Mar-Jac is a solid competitor." | 447 |
| | 2:04 PM | 📞 | **Jayson Penn** Pilgrim's | **Roger Austin** Pilgrim's | "Min….22" | 499 |
| | 2:25 PM ET | 📞 | **Roger Austin** Pilgrim's | **Tim Stiller** Pilgrim's | "Origination….Crestwood KY" "Min….2" | |
| | 3:18 PM ET | 📞 | **Roger Austin** Pilgrim's | **Scott Tucker** Pilgrim's | "Origination….Shepherdsv KY" "Min….10" | |
| | 7:42 PM ET | 📞 | **Scott Tucker** Pilgrim's | **Kevin Grindle** MJ | "Origination….Ranburne AL" "Min….18" | |
| Friday, 11/7/2014 | 1:51 PM | 📞 | **Telly Smith** (Golden Corral) | **Scott Tucker** Pilgrim's | "Min….5" | 497 |
| | 2:00 PM | 📞 | **Roger Austin** Pilgrim's | **Scott Tucker** Pilgrim's | "Min….7" | |
| | 3:06 PM ET | 📞 | **Scott Tucker** Pilgrim's | **Kevin Grindle** MJ | "Origination….Ranburne AL" "Min….1" | |
| | 3:22 PM ET | 📞 | **Scott Tucker** Pilgrim's | **Kevin Grindle** MJ | "Origination….Ranburne AL" "Min….6" | |
| | 3:28 PM ET | 📞 | **Scott Tucker** Pilgrim's | **Roger Austin** Pilgrim's | "Origination….Ranburne AL" "Min….3" | |
| | 2:42 PM | 📞 | **Tim Stiller** Pilgrim's | **Scott Tucker** Pilgrim's | "Min….11" | |
| | 6:54 PM ET | 💬 | **Tim Stiller** Pilgrim's | **Jayson Penn** Pilgrim's | "GC just called back…came up on price. Would net somewhere around 1.00 and we went in at 1.04/1.08. Scott going to recap conversation and we can talk monday." | 448 |

# September 12, 2014 to November 10, 2014

| DATE | TIME | TYPE | FROM† | TO† | EXCERPT | EXHIBIT # |
|---|---|---|---|---|---|---|
| Sunday, 11/9/2014 | 4:56 PM ET | | Jayson Penn Pilgrim's | Bill Lovette Pilgrim's | "I am a marketing guy at heart. I raised OK Corral 15c per lb to ensure our Brand Promise is personally delivered." | 449 |
| | 5:15 PM ET | | Bill Lovette Pilgrim's | Jayson Penn Pilgrim's | "But what if we lose their business? A key customer. Not sure we will survive without them. A true marketing guy would immediately reduce their prices. Corn is dropping big time. We must have them. We will officially call for an all company panic if you don't lower prices to them.... I am trying to call my therapist on their emergency weekend number. I am really afraid." <br><br> [This exhibit can be considered only for the effect on the listener, and not for the truth of the matter.] | 450 |
| | 5:29 PM ET | | Jayson Penn Pilgrim's | Bill Lovette Pilgrim's | "...Telly Smith and his crew will pay market price plus the special A-Hole Premium." | 451 |
| Monday, 11/10/2014 | 12:49 PM | | Tim Stiller Pilgrim's | Roger Austin Pilgrim's | Email reads in part: "I do not really want to get into a pricing war with Mar-jac over those two DCs." | 424 |

# May 9, 2014 to July 2, 2014

| DATE | TIME | TYPE | FROM[†] | TO[†] | EXCERPT | EXHIBIT # |
|------|------|------|---------|-------|---------|-----------|
| Friday, 5/9/2014 | 3:24 PM ET | ✉ | **Justin Gay** Pilgrim's | **Bill Lovette** Pilgrim's | **Subject: "RE: Mike Ledford"** Email reads in part: "I don't think that CFA will take him down the same cheap price road as he experienced with Yum... I think the players in the arena are in agreement that small chickens have to bring a premium as does ensured supply." | 920 |
| Tuesday, 7/1/2014 | 8:57 AM ET | ☎ | **Justin Gay** Pilgrim's | **Scott Brady** Claxton Chicken | "Origination….Carrollton GA" "Min….2" | 980 |
| | 11:33 AM | ☎ | **Scott Brady** Claxton Chicken | **Justin Gay** Pilgrim's | "Min….4" | |
| Wednesday, 7/2/2014 | 11:55 AM ET | 💬 | **Scott Brady** Claxton Chicken | **Mikell Fries** Claxton Chicken | "Justin said they are reviewing their CFA grain based model now for 2015. I will check with Perdue and Tyson" | 982 |
| | 11:59 AM ET | ☎ | **Scott Brady** Claxton Chicken | **Searcy Wildes (Perdue)** | "Origination….Anaheim CA" "Min….2" | 981 |
| | 12:00 PM ET | 💬 | **Mikell Fries** Claxton Chicken | **Scott Brady** Claxton Chicken | "Did he elude to going up or did they seam satisfied with where it was" | 982 |
| | 12:01 PM ET | ☎ | **Scott Brady** Claxton Chicken | **Justin Gay** Pilgrim's | "Origination….Anaheim CA" "Min….2" | 981 |
| | 12:06 PM ET | 💬 | **Scott Brady** Claxton Chicken | **Mikell Fries** Claxton Chicken | "He said they actually feel pretty good where there are at and he will call me later to discuss more in detail." | 982 |
| | 2:30 PM ET | ☎ | **Scott Brady** Claxton Chicken | **Justin Gay** Pilgrim's | "Origination….Anaheim CA" "Min….6" | 981 |
| | 6:19 PM ET | 💬 | **Scott Brady** Claxton Chicken | **Mikell Fries** Claxton Chicken | "I talked to justin and they are going to hold with what they currently have." | 982 |

† See GX 90-10 for phone number and employer information          Page 1 of 1

**Government Exhibit**
**20-cr-152-PAB**
**57**

## August 7, 2014 to August 25, 2014

| DATE | TIME | TYPE | FROM† | TO† | EXCERPT | EXHIBIT # |
|------|------|------|-------|-----|---------|-----------|
| Thursday, 8/7/2014 | 4:17 PM | ✉ | Robert Lewis (RSCS) | Roger Austin Pilgrim's | **Subject: "Meeting Follow-up"**<br><br>**Email reads in part: "During our discussions, we requested that you provide the following…. - Realistic cost model..."** | 1139 |
| | 4:46 PM | ✉ | Robert Lewis (RSCS) | Scott Brady Mikell Fries Claxton Chicken | **Subject: "Meeting Follow-up"**<br><br>**Email reads in part: "During our discussions, we requested that you provide the following…. - Realistic cost model..."** | 1137 |
| Monday, 8/11/2014 | 8:43 AM ET | ☎ | Roger Austin Pilgrim's | GEORGE'S | "Origination….Louisville KY"<br>"Min….15" | 10055 |
| | 12:03 PM ET | ☎ | Carl Pepper Tyson | Ric Blake GEORGE'S | "ET….11:18" | 10056 |
| | 12:21 PM ET | ☎ | Carl Pepper Tyson | Tim Mulrenin Tyson | "ET….0:02" | |
| | 12:44 PM ET | ☎ | Tim Mulrenin Tyson | Carl Pepper Tyson | "ET….5:53" | |
| | 3:19 PM ET | ☎ | Brian Roberts Tyson | Rich Eddington (RSCS) | "'ET….0:00" | 8005 1175 |
| | 3:39 PM ET | ☎ | Tim Mulrenin Tyson | Brian Roberts Tyson | "ET….19:33" | 8004 8058 |
| | 3:47 PM ET | ☎ | Tim Mulrenin Tyson | Scott Brady Claxton Chicken | "ET….0:29" | 8004 |
| | 3:52 PM ET | ☎ | Brian Roberts Tyson | Scott Brady Claxton Chicken | "ET….19:27" | 8005 |
| | 5:22 PM ET | ✉ | Brian Roberts Tyson | Rich Eddington (RSCS) | Subject: "KFC 2'8-2'12 Marinated Model (25119-928)8-6xlsx.xlsx"<br><br>Attachment reads in part:<br><br>Proposed   Period 7   Diff<br>Margin — $0.1600   $0.0750   $0.0850 | 1190 1191 |

**Government Exhibit**

20-cr-152-PAB

**58**

## August 7, 2014 to August 25, 2014

| DATE | TIME | TYPE | FROM† | TO† | EXCERPT | EXHIBIT # |
|---|---|---|---|---|---|---|
| Thursday, 8/14/2014 | 7:36 AM | ✉ | **Roger Austin** Pilgrim's | **Jimmie Little** Pilgrim's | **Subject: "Re: Pollo Tropical"** <br><br> Email reads: "I would hesitate to give any numbers until w have this KFC deal ironed out." <br><br> *[The statements of Mr. Boarman can be considered for the effect on the listener, but not for the truth.]* | 559 |
| Friday, 8/15/2014 | 8:56 AM ET | ☎ | **Jayson Penn** Pilgrim's | **Brian Roberts** Tyson | "ET….0:00" | 1231 |
| | 9:54 AM ET | ✉ | **Thomas Lane** Pilgrim's | **Roger Austin** **Jason McGuire** Pilgrim's | **Subject: "KFC Pricing Worksheet 14-08-14.xlsx"** <br><br> Email reads: "Latest version for call" <br><br> Attachment reads in part:     Current    Purple <br>        Supplier Margin     $0.1175 | D-146 D-147 |
| | 11:18 AM ET | ☎ | **Scott Brady** Chester Chicken | **Brian Roberts** Tyson | "ET….0:06" | 1231 |
| | 11:26 AM ET | ☎ | **Brian Roberts** Tyson | **Scott Brady** Chester Chicken | "ET….8:11" | |
| | 11:35 AM ET | ☎ | **Brian Roberts** Tyson | **Scott Brady** Chester Chicken | "ET….3:45" | |
| | 2:08 PM | ☎ | **Tim Mulrenin** Tyson | **Scott Brady** Chester Chicken | "Min….10" | 1232 |
| | 3:49 PM ET | ☎ | **Tim Mulrenin** Tyson | **Carl Pepper** Tyson | "ET….1:19" | 1234 |
| | 3:50 PM ET | ☎ | **Brian Roberts** Tyson | **Jayson Penn** Pilgrim's | "ET….0:38" | 1231 |
| | 3:52 PM ET | ☎ | **Jayson Penn** Pilgrim's | **Brian Roberts** Tyson | "ET….15:44" | |
| | 4:08 PM ET | ☎ | **Carl Pepper** Tyson | **Jimmie Little** Pilgrim's | "ET….9:26" | 1233 |

# August 7, 2014 to August 25, 2014

| DATE | TIME | TYPE | FROM† | TO† | EXCERPT | EXHIBIT # |
|---|---|---|---|---|---|---|
| Friday, 8/15/2014 | 4:18 PM ET | 📞 | Carl Pepper *Tyson* | Scott Brady | "ET….2:27" | 1234 |
| | 4:21 PM ET | 📞 | Carl Pepper *Tyson* | Ric Blake GEORGE'S | "ET….6:32" | |
| | 4:28 PM ET | 📞 | Carl Pepper *Tyson* | Scott Brady | "ET….1:25" | |
| | 4:29 PM ET | 📞 | Carl Pepper *Tyson* | Tim Mulrenin *Tyson* | "ET….0:00" | |
| Saturday, 8/16/2014 | 8:14 AM ET | ✉️ | Thomas Lane Pilgrim's | Roger Austin Jason McGuire Pilgrim's | **Subject: "KFC Version Pricing Worksheet 14-08-16.xslx"** **Email reads in part: "Updated version of price model."** **Attachment reads in part:**   Supplier Margin   $ 0.2375   Orange Proposed | D-148 D-149 |
| Monday, 8/18/2014 | 9:41 AM ET | 📞 | Jimmie Little Pilgrim's | Bill Kantola KOCH FOODS | "ET….7:22" | 1235 |
| | 10:34 AM ET | 📞 | Jimmie Little Pilgrim's | Roger Austin Pilgrim's | "ET….6:12" | |
| | 12:04 PM | 📞 | Roger Austin Pilgrim's | Scott Brady | "Min….24" | 1236 |
| | 1:25 PM ET | 📞 | Jimmie Little Pilgrim's | Roger Austin Pilgrim's | "ET….10:40" | 1235 |
| | 1:52 PM ET | 📞 | Roger Austin Pilgrim's | GEORGE'S | "Origination….Louisville KY" "Min….2" | 1236 |
| | 2:03 PM | 📞 | Jayson Penn Pilgrim's | Roger Austin Pilgrim's | "Min….6" | 1249 |
| | 2:41 PM ET | 📞 | Jimmie Little Pilgrim's | Carl Pepper *Tyson* | "ET….11:15" | 1235 |

# August 7, 2014 to August 25, 2014

| DATE | TIME | TYPE | FROM† | TO† | EXCERPT | EXHIBIT # |
|---|---|---|---|---|---|---|
| Monday, 8/18/2014 | 2:58 PM ET | 📞 | Justin Gay Pilgrim's | Scott Brady Claxton Chicken | "Elapsed Time….14:05" | 1239 |
| | 3:21 PM ET | 📞 | Roger Austin Pilgrim's | Jimmie Little Pilgrim's | "ET….16:42" | 1235 |
| | 5:56 PM | 📞 | Jason McGuire Pilgrim's | Roger Austin Pilgrim's | "Min….2" | 1236 |
| | 6:01 PM ET | ✉ | Jason McGuire Pilgrim's | Jayson Penn Pilgrim's | Subject: "KFC" Attachment reads in part: "KFC Pricing Model Pilgrim's Pride Corporation" <br><br>            **Current M**   **New Marg** <br> Koch       0.09      0.22    +.02 above <br> Case       0.11      0.22    +.03 above <br> Claxton  0.0675   0.22 <br> Georges           .15-.18 inc <br> Marjac    0.1       0.23    +.02 above | 1035 1036 |
| | 6:46 PM ET | ✉ | Jason McGuire Pilgrim's | Jayson Penn Pilgrim's | Email reads in part: "Roger did some checking around today and I included the below regarding the range of the total increases (margin and costs) folks are going in with. <br><br> Koch    .14-.16/lb <br> Case    .13-.15/lb <br> Claxton  .14-.16/lb <br> Georges  .15-.17/lb... <br> Marjac   .14-.16/lb <br><br> Considering the numbers above and the fact that we wanted to be the leader this would put us in at .1616/lb increase (.06 in cost and .10 in margin) which would equate to about $400k in additional revenue on equal volume from this year." | 9744 |
| | 9:26 PM ET | ✉ | Jayson Penn Pilgrim's | Jason McGuire Pilgrim's | Email reads: "I am good. Will review with Bill in am. Will advise." | 1074 |
| Tuesday, 8/19/2014 | 7:27 AM | ✉ | Jason McGuire Pilgrim's | Jayson Penn Pilgrim's | Email reads: "Are you good with data provided or we talking this morning?" | 1058 |
| | | ✉ | Jayson Penn Pilgrim's | Jason McGuire Pilgrim's | Email reads: "Talking. Get a call together. I will make myself available" | |
| | 7:42 AM | ✉ | Jason McGuire Pilgrim's | Jayson Penn Pilgrim's | Email reads: "Conf call at 7mt/9est? If that works I will send out call #" | |

# August 7, 2014 to August 25, 2014

| DATE | TIME | TYPE | FROM† | TO† | EXCERPT | EXHIBIT # |
|---|---|---|---|---|---|---|
| Tuesday, 8/19/2014 | 7:45 AM ET to 9:30 AM ET | ✈ | | | Scheduled travel for Jayson Penn and William Lovette from Greeley, Colorado to Rogers, Arkansas | 9867 9868 |
| | 9:01 AM ET | ☎ | Jayson Penn Pilgrim's | 877-746-4263 | "Origination....Rogers AR" "Min....34" | 8034 |
| | 9:04 AM ET | ☎ | Roger Austin Pilgrim's | 877-746-4263 | "Origination....Franklin/B KY" "'Min....23" | 1236 |
| | 11:42 AM ET | ✉ | KOCH FOODS | Bill Kantola KOCH FOODS | Attachment reads in part: Koch Foods Inc. UFPC Margin-Over-Feed Calculation Worksheet — Orange — Supplier Margin $0.2200  $0.2200 | 1025 1026 |
| | 4:26 PM ET | ✉ | Darrell Keck GEORGE'S | Bob Lewis (RSCS) | Subject: "KFC COB Presentation 08 09 14(3).pptx" Difference Attachment reads in part: Purple Label Total FOB Cost  $0.1521 | 1007 1008 |
| | 4:48 PM ET | ✉ | Scott Brady Claxton Chicken | Bob Lewis Rich Eddington Mary Hester (RSCS) | Subject: "FW: Meeting Follow-Up Claxton Poulty 2015" Attachment reads in part:  Supplier Margin  $0.1000  $0.1000  Big Bird Adjustment  ($0.0350)  Big Bird profitability  $0.1200  $0.1200 | 1132 1133 |
| Wednesday, 8/20/2014 | 11:15 AM ET | ✉ | 'Roger Austin Pilgrim's | Rich Eddington Bob Lewis (RSCS) | Email reads: "Sorry it took so long. Just everybody traveling." Attachment reads in part: Purple — Proposed  Difference — Supplier Margin  $ 0.2175  $ 0.1000 | 1104 1105 |
| | 5:55 PM | ✉ | Jason McGuire Pilgrim's | Roger Austin Pilgrim's | Subject: "Any word from them on our proposal?" | 1066 |
| | | ✉ | Roger Austin Pilgrim's | Jason McGuire Pilgrim's | Email reads: "I heard they made a couple of calls and were surprised." | |
| | 6:08 PM | ✉ | Jason McGuire Pilgrim's | Roger Austin Pilgrim's | Email reads: "Surprised like how much higher everyone else was?" | |
| | | ✉ | Roger Austin Pilgrim's | Jason McGuire Pilgrim's | Email reads in part: "Yes" | |

# August 7, 2014 to August 25, 2014

| DATE | TIME | TYPE | FROM† | TO† | EXCERPT | EXHIBIT # |
|---|---|---|---|---|---|---|
| Wednesday, 8/20/2014 | 6:11 PM | ✉ | Jason McGuire (Pilgrim's) | Roger Austin (Pilgrim's) | Email reads: "can you smell their dirty drawers from where they crapped their pants? ha" | 1066 |
| Friday, 8/22/2014 | 7:56 AM ET | 📞 | Roger Austin (Pilgrim's) | Bill Kantola (Koch Foods) | "Origination….Louisville KY" "Min….1" | 1237 |
| | 8:18 AM ET | 📞 | Roger Austin (Pilgrim's) | Scott Brady (Claxton Chicken) | "Origination….Louisville KY" "Min….1" | |
| | 8:55 AM | 📞 | Scott Brady (Claxton Chicken) | Roger Austin (Pilgrim's) | "Min….5" | |
| | 4:29 PM ET | ✉ | Brian Roberts (Tyson) | Rich Eddington (RSCS) | Email reads in part: "Please find the attached COB model with the marination issue removed." Attachment reads in part: Margin — New $0.1900, Period 7 $0.0750, Diff $0.1150 | 1145 1146 |
| Monday, 8/25/2014 | 11:44 AM ET | ✉ | Greg Tench (MJ) | Rich Eddington Bob Lewis (RSCS) | Subject: "FW: "kfc cost 8/25/14 2015 Revised" Attachment reads in part: Supplier Margin — 2015 Purple 0.10000, 2015 Orange 0.10000; Small Bird Premium 0.13000, 0.13000 | 1028 1029 1175 |

## August 26, 2014 to August 28, 2014

| DATE | TIME | TYPE | FROM† | TO† | EXCERPT | EXHIBIT # |
|---|---|---|---|---|---|---|
| Tuesday, 8/26/2014 | 9:31 AM | ✉ | Roger Austin *Pilgrim's* | Jayson Penn *Pilgrim's* | Subject: "KFC Meeting Last Friday"<br><br>Email reads in part: "Pete offered 9 cents verses our 17.86….I told him I would check with you…and that I thought we would stand firm with our number." | 1051 |
| | 9:55 AM ET | 📞 | Bill Kantola *Koch Foods* | Scott Brady *Claxton Chicken* | "Elapsed Time….5:30" | 1239 |
| | 11:48 AM ET | ✉ | Jayson Penn *Pilgrim's* | Bill Lovette *Pilgrim's* | Subject: "FW: KFC Meeting Last Friday"<br><br>Email reads: "I told Roger to proceed." | 1051 |
| | 1:31 PM | 📞 | RSCS | Roger Austin *Pilgrim's* | "Min….17" | 1237 |
| | 1:48 PM ET | 📞 | Roger Austin *Pilgrim's* | Jayson Penn *Pilgrim's* | "Origination….Louisville KY"<br>"Min….2" | |
| | 1:58 PM | 📞 | Bill Lovette *Pilgrim's* | Roger Austin *Pilgrim's* | "Min….15" | |
| | 2:52 PM ET | 📞 | Roger Austin *Pilgrim's* | Scott Brady *Claxton Chicken* | "Origination….Louisville KY"<br>"Min….14" | |
| | 5:11 PM ET | 💬 | Scott Brady *Claxton Chicken* | Mikell Fries *Claxton Chicken* | "I talked to roger about KFC and Greeley told him not to come down on price. He called bob today and told him." | 1238 |
| | 5:31 PM ET | 💬 | Mikell Fries *Claxton Chicken* | Scott Brady *Claxton Chicken* | "Wow!" | |
| Wednesday, 8/27/2014 | 9:46 AM ET | 📞 | Mikell Fries *Claxton Chicken* | Greg Tench *MJ* | "Origination….Claxton GA"<br>"Min….2" | 1240 |
| | 10:02 AM ET | 📞 | Scott Brady *Claxton Chicken* | Bill Kantola *Koch Foods* | "Elapsed Time….15:17" | 1239<br>7040<br>9010 |
| | 10:33 AM ET | 💬 | Scott Brady *Claxton Chicken* | Mikell Fries *Claxton Chicken* | "Koch is not moving either" | 1238 |
| | 10:34 AM ET | 💬 | Mikell Fries *Claxton Chicken* | Scott Brady *Claxton Chicken* | "Tinch is at 11. They are agreeing to anything today, just listening." | |

† See GX 90-10 for phone number and employer information

Government Exhibit

20-cr-152-PAB

59

## August 26, 2014 to August 28, 2014

| DATE | TIME | TYPE | FROM† | TO† | EXCERPT | EXHIBIT # |
|---|---|---|---|---|---|---|
| Thursday, 8/28/2014 | 9:30 AM | ✉ | **Scott Tucker** Pilgrim's | **Jason Slider** Pilgrim's | **Email reads: "Everybody will be paying through the nose. KFC will be paying close to $0.30 between price increase and case weight increase."** *[The statements of Mr. Slider can be considered for the effect on the listener, but not for the truth.]* | 953 |
| | 9:32 AM | ✉ | **Jason Slider** Pilgrim's | **Scott Tucker** Pilgrim's | **Email reads in part: "Good. Get it while we can!!"** *[The statements of Mr. Slider can be considered for the effect on the listener, but not for the truth.]* | |
| | 9:33 AM ET | ✉ | **Scott Tucker** Pilgrim's | **Jason Slider** Pilgrim's | **Email reads in part: "Once KFC is inked, we'll be hitting these others starting next week."** *[The statements of Mr. Slider can be considered for the effect on the listener, but not for the truth.]* | |
| | | 📄 | **Mikell Fries** Claxton Chicken | Claxton Chicken | **Document reads in part:** **"Board Meeting…** **Mikell said our sales program is doing really well the fast food companies are wanting to lock in pricing for 2015… He said that big birds were a fad. He said they are prepared to pay 10 but the industry is saying we want 20."** | 900 |

## August 29, 2014 to September 19, 2014

| DATE | TIME | TYPE | FROM† | TO† | EXCERPT | EXHIBIT # |
|---|---|---|---|---|---|---|
| Friday, 8/29/2014 | 7:50 AM | 📞 | M/J (Pete Martin) | Jayson Penn / pilgrim's | "Min….19" | 9672 |
| | 10:38 AM ET | 📞 | Mikell Fries / Claxton Chicken | Pete Martin / M/J | "Origination….Claxton GA" "Min….19" | 10026 |
| | 2:35 PM ET | ✉️ | Robert Lewis (RSCS) | Mikell Fries Scott Brady / Claxton Chicken Bill Kantola / KOCH FOODS Roger Austin / pilgrim's Brian Roberts / Tyson | Email reads in part: "We are making good progress toward finalizing our COB commitments by the middle of next week…we need feedback from everyone concerning final pricing…Please let us have your information by Tuesday/Wednesday of next week…" | 1160 |
| | | ✏️ | Pete Martin / M/J | | Document reads in part: "8-29-14 Talked to Mitch. They are up .19 + holding. Pilgrim's 80-90 lds. Tyson 1.0976 per Tommy Talked to Jason Penn +8 cost +11 margin … Claxton 1.1099 up 18.35" | 1030 |
| Wednesday 9/3/2014 | 9:38 AM ET | 📞 | Scott Brady / Claxton Chicken | Robert Lewis (RSCS) | "Origination….Whiteside TN" "Min….2" | 1241 |
| | 9:41 AM ET | 📞 | Scott Brady / Claxton Chicken | Bill Kantola / KOCH FOODS | "Origination….Whiteside TN" "Min….1" | 1241 7040 9010 |
| | 9:42 AM | 📞 | Roger Austin / pilgrim's | Scott Brady / Claxton Chicken | "Min….16" | 1241 |

Government Exhibit
20-cr-152-PAB
60

# August 29, 2014 to September 19, 2014

| DATE | TIME | TYPE | FROM† | TO† | EXCERPT | EXHIBIT # |
|------|------|------|-------|-----|---------|-----------|
| Wednesday 9/3/2014 | 10:00 AM ET | 📞 | Scott Brady *Claxton Chicken* | Bill Kantola KOCH FOODS | "Origination....Ringgold GA" "Min....1" | 1241 |
| | 10:02 AM | 📞 | Bill Kantola KOCH FOODS | Scott Brady *Claxton Chicken* | "Min....11" | |
| | 10:17 AM ET | 📞 | Scott Brady *Claxton Chicken* | Mikell Fries *Claxton Chicken* | "Origination....Dalton GA" "Min....1" | |
| | 10:22 AM | 📞 | Mikell Fries *Claxton Chicken* | Scott Brady *Claxton Chicken* | "Min....7" | |
| | 11:10 AM ET | 📞 | Scott Brady *Claxton Chicken* | Robert Lewis (RSCS) | "Origination....Marietta GA" "Min....2" | |
| | 11:24 AM | 📞 | RSCS | Scott Brady *Claxton Chicken* | "Min....5" | |
| | 11:37 AM ET | 📞 | Scott Brady *Claxton Chicken* | Tim Mulrenin Tyson | "Origination....Atlanta GA" "Min....2" | |
| | 11:45 AM ET | 📞 | Scott Brady *Claxton Chicken* | Tim Mulrenin Tyson | "Origination....Atlanta GA" "Min....2" | |
| | 1:15 PM ET | 📞 | Scott Brady *Claxton Chicken* | Tim Mulrenin Tyson | "Origination....Atlanta GA" "Min....17" | |
| | 1:31 PM ET | 📞 | Scott Brady *Claxton Chicken* | Roger Austin Pilgrim's | "Origination....Dunwoody GA" "Min....19" | |
| | 2:02 PM ET | 📞 | Ric Blake GEORGE'S | Roger Austin Pilgrim's | "ET....6:51" | 1248 |
| | 2:03 PM ET | 📞 | Scott Brady *Claxton Chicken* | Bill Kantola KOCH FOODS | "Origination....Duluth GA" "Min....7" | 1241 |
| | 2:10 PM ET | 📞 | Scott Brady *Claxton Chicken* | Mikell Fries *Claxton Chicken* | "Origination....Duluth GA" "Min....20" | |

# August 29, 2014 to September 19, 2014

| DATE | TIME | TYPE | FROM† | TO† | EXCERPT | EXHIBIT # |
|---|---|---|---|---|---|---|
| Wednesday 9/3/2014 | 3:39 PM ET | 📞 | Scott Brady | Robert Lewis (RSCS) | "Origination….Lawrencevi GA" "Min….15" | 1241 |
| | 4:24 PM | 📞 | Roger Austin | Scott Brady | "Min….8" | |
| | 4:54 PM ET | 📞 | Scott Brady | Bill Kantola | "Origination….Watkinsvil GA" "Min….4" | |
| | 5:15 PM ET | 💬 | Scott Brady | Mikell Fries | "Told bob we would go down .02 he said someone moved down .04 it has to be George's or he is bluffing. Roger and bill are not moving." | 1238 |
| Friday, 9/19/2014 | 11:43 AM | ✉️ | Tim Stiller | Lonnie Justice | Email reads: "One at a time. Got KFC and BM.  Rest still to come.  Everybody is getting that price increase." *[The statements of Mr. Justice can be considered for the effect on the listener, but not for the truth.]* | 955 |

## December 9, 2016 to February 6, 2017

| DATE | TIME | TYPE | FROM† | TO† | EXCERPT | EXHIBIT # |
|------|------|------|-------|-----|---------|-----------|
| Friday, 12/9/2016 | 9:24 AM | ✉ | Sara Fisher (RSCS) | Roger Austin Scott Tucker [Pilgrim's] | **Subject: "Next KFC COB Agreement"** <br><br> Email reads in part: **"We are targeting mid to late January for initial meetings..."** | 1923 |
| Monday, 1/16/2017 | 3:44 PM ET | 📞 | Roger Austin [Pilgrim's] | Scott Brady [Claxton Chicken] | **"Origination….Crestwood, KY"** <br> **"Min….5"** | 1959 |
| | 3:51 PM ET | 📞 | Roger Austin [Pilgrim's] | Scott Brady [Claxton Chicken] | **"Origination….Louisville, KY"** <br> **"Min….1"** | |
| | 4:51 PM ET | 📞 | Roger Austin [Pilgrim's] | Scott Brady [Claxton Chicken] | **"Origination….Crestwood, KY"** <br> **"Min….1"** | |
| Tuesday, 1/17/2017 | 10:11 AM ET | 📞 | Roger Austin [Pilgrim's] | Scott Brady [Claxton Chicken] | **"Origination….Louisville, KY"** <br> **"Min….2"** | 1882 |
| | 11:55 AM | ✉ | Roger Austin [Pilgrim's] | Scott Tucker Robbie Bryant [Pilgrim's] | **Subject: "Re: KFC Meeting"** <br><br> Email reads in part: **"Claxton meets with them in Thursday and i will get a blow by blow Friday morning. Koch meets with them in Friday"** <br><br> *[The statements regarding what "Sarah wants" can be considered for the effect on the listener, but not the truth.]* | |
| | 1:42 PM ET | ✉ | Robbie Bryant [Pilgrim's] | Roger Austin [Pilgrim's] | **Subject: "RE: KFC Meeting"** <br><br> Email reads: **"I would like to know where we need to be #2 in price if you can find out."** <br><br> *[The statements regarding what "Sarah wants" can be considered for the effect on the listener, but not the truth.]* | |
| Wednesday, 1/18/2017 | 2:45 PM ET | 📞 | Roger Austin [Pilgrim's] | Scott Brady [Claxton Chicken] | **"Origination….Mount Plea, TX"** <br> **"Min….1"** | 1959 |
| Friday, 1/20/2017 | 3:12 PM ET | 📞 | Roger Austin [Pilgrim's] | Scott Brady [Claxton Chicken] | **"Origination….Crestwood, KY"** <br> **"Min….7"** | |
| | 3:27 PM ET | 📞 | Roger Austin [Pilgrim's] | Robbie Bryant [Pilgrim's] | **"Origination….Crestwood, KY"** <br> **"Min….15"** | |
| | 3:42 PM ET | 📞 | Roger Austin [Pilgrim's] | Tim Stiller [Pilgrim's] | **"Origination….Crestwood, KY"** <br> **"Min….6"** | |

**Government Exhibit**

**20-cr-152-PAB**

**61**

## December 9, 2016 to February 6, 2017

| DATE | TIME | TYPE | FROM† | TO† | EXCERPT | EXHIBIT # |
|---|---|---|---|---|---|---|
| Monday, 1/30/2017 | | 📄 | **Bill Kantola** KOCH FOODS | **Sara Fisher** (RSCS) | Letter reads in part: "Koch Foods is pleased to tender the following firm offer for your consideration…. The Margin over Feed Cost Model is attached and reflects the same numbers as presented to you and your team January 20, 2017." | C-465 |
| Wednesday, 2/1/2017 | 5:57 PM ET | 💬 | **Tim Stiller** Pilgrim's | **Roger Austin** Pilgrim's | "Is kfc expexting the NHA at no cost?" | 6235 |
| | 6:12 PM ET | 💬 | **Roger Austin** Pilgrim's | **Tim Stiller** Pilgrim's | "My thoughts would be yes unless everyone asks to be paid which seldom happens." | 1846 |
| | 6:14 PM ET | 💬 | **Tim Stiller** Pilgrim's | **Roger Austin** Pilgrim's | "Can you find out about others?" | 1847 |
| | 6:17 PM ET | 💬 | **Roger Austin** Pilgrim's | **Tim Stiller** Pilgrim's | "Yes" | 1848 |
| | 6:19 PM ET | 💬 | **Roger Austin** Pilgrim's | **Tim Stiller** Pilgrim's | "I will do some scouting tomorrow and see what the pulse is..." | 1849 |
| Thursday, 2/2/2017 | 8:42 AM ET | 📞 | **Roger Austin** Pilgrim's | **Bill Kantola** KOCH FOODS | "Origination….Crestwood, KY" "Min….1" | 1961 |
| | 8:43 AM ET | 📞 | **Roger Austin** Pilgrim's | **Scott Brady** Claxton Chicken | "Origination….Crestwood, KY" "Min….8" | |
| | 8:57 AM ET | 📞 | **Roger Austin** Pilgrim's | **Ric Blake** GEORGE'S | "Origination….Louisville, KY" "Min….1" | |
| | 9:03 AM | 📞 | **Ric Blake** GEORGE'S | **Roger Austin** Pilgrim's | "Min….13" | |
| | 9:19 AM ET | 📞 | **Roger Austin** Pilgrim's | **Greg Tench** MJ | "Origination….Louisville, KY" "Min….2" | |
| | 9:59 AM | 📞 | **Greg Tench** MJ | **Roger Austin** Pilgrim's | "Min….5" | |
| | 10:15 AM ET | 📞 | **Roger Austin** Pilgrim's | **Robbie Bryant** Pilgrim's | "Origination….Crestwood, KY" "Min….1" | |

## December 9, 2016 to February 6, 2017

| DATE | TIME | TYPE | FROM† | TO† | EXCERPT | EXHIBIT # |
|---|---|---|---|---|---|---|
| Thursday, 2/2/2017 | 10:19 AM | 📞 | **Robbie Bryant** Pilgrim's | **Roger Austin** Pilgrim's | "Min….37" | 1961 |
| Friday, 2/3/2017 | 7:35 AM | ✉ | **Tim Stiller** Pilgrim's | **Robbie Bryant** Pilgrim's | Email reads: "Call in about 30 to discuss KFC that work?" | 1890 |
| | 9:24 AM ET | ✉ | **Robbie Bryant** Pilgrim's | **Tim Stiller** Pilgrim's | Email reads: "ready" Attachment reads in part: **KFC Cost Model vs 2018 Cost** January 25, 2017 — Current Model / 2018 Cost — Total Cost: $1.0283 / $0.9947 | 1890 1891 |
| | 4:00 PM | ✉ | **Scott Brady** Church's Chicken | **Sara Fisher (RSCS)** | Email reads in part: "Please see our costing model in the attachment. Our cost has increased in 2017…but we are not trying to pass it on to you. We reduced our profit line to maintain the same cost to you that we currently have in place." Attachment reads in part: Price/Lb FOB Plant — Injected 8-Piece: 0.9939 | F-852 F-853 |
| | 3:20 PM ET | ✉ | **Roger Austin** Pilgrim's | **Sara Fisher Rich Eddington (RSCS)** | Subject: "2018 Proposal" Email reads in part: "We promised you that we would be competitive and we hope you find this to be just that." Attachment reads in part: Price/Lb FOB Plant — Injected 8-Piece: 0.9849 — Pricing Formula (FOB Price From Cost Model) | 1825 1826 |
| Monday, 2/6/2017 | 10:54 AM | ✉ | **Tim Mulrenin** Tyson | **Rich Eddington Sara Fisher (RSCS)** | Subject: "KFC - Tyson COB Next Agreement" Email reads in part: "Our pricing model will remain the same…" | 1930 |

# February 17, 2017 to February 23, 2017

| DATE | TIME | TYPE | FROM† | TO† | EXCERPT | EXHIBIT # |
|---|---|---|---|---|---|---|
| Friday, 2/17/2017 | 4:28 PM ET | ✉ | Pete Suerken (RSCS) | "COB Suppliers" | Email reads in part: "In the coming weeks we will be coming back to all of you to discuss your final volume and offer…If you wish to adjust your offer in any way please do so by February 23rd." | 1801 |
| | 4:35 PM ET | 💬 | Tim Stiller (Pilgrim's) | Roger Austin (Pilgrim's) | "…what does pete email mean?" | 1850 |
| | 5:17 PM ET | 💬 | Roger Austin (Pilgrim's) | Tim Stiller (Pilgrim's) | "I got off the phone with Rich right before that came.  Rich told me that the level for the product they are seeing is $49 a case.  Translated that means 3.75 – 4.0 cents lower than we bid." | 1851 |
| | 5:23 PM ET | 💬 | Tim Stiller (Pilgrim's) | Roger Austin (Pilgrim's) | "Fucking joke" | 1852 |
| | 5:24 PM ET | 💬 | Tim Stiller (Pilgrim's) | Roger Austin (Pilgrim's) | "7 cent reduction…. unreal. guess i better find a new 100MM lb customer" | 1853 |
| | 6:16 PM ET | 💬 | Roger Austin (Pilgrim's) | Tim Stiller (Pilgrim's) | "I don't disagree" | 1854 |
| | 7:47 PM ET | 💬 | Tim Stiller (Pilgrim's) | Roger Austin (Pilgrim's) | "Need you tell industry we are going to hold" | 1856 |
| | 9:14 PM ET | 💬 | Roger Austin (Pilgrim's) | Tim Stiller (Pilgrim's) | "Will do" | 1858 |
| Monday, 2/20/2017 | 10:06 AM ET | 💬 | Tim Stiller (Pilgrim's) | Roger Austin (Pilgrim's) | "Shall we plan call for wednesday am to discuss COB? Give you some time to do your due deligence" | 1862 |
| | 10:42 AM ET | 📞 | Roger Austin (Pilgrim's) | Scott Brady (Claxton Chicken) | "Origination….Crestwood, KY" "Min….16" | 1960 |
| | 10:58 AM ET | 📞 | Roger Austin (Pilgrim's) | Bill Kantola (Koch Foods) | "Origination….Crestwood, KY" "Min….1" | |
| | 11:50 AM | 📞 | Bill Kantola (Koch Foods) | Roger Austin (Pilgrim's) | "Min….13" | |
| | 12:02 PM ET | 📞 | Roger Austin (Pilgrim's) | Robbie Bryant (Pilgrim's) | "Origination….Crestwood, KY" "Min….1" | |

Government Exhibit

20-cr-152-PAB

62

## February 17, 2017 to February 23, 2017

| DATE | TIME | TYPE | FROM† | TO† | EXCERPT | EXHIBIT # |
|------|------|------|-------|-----|---------|-----------|
| Monday, 2/20/2017 | 4:26 PM | 📞 | **Ric Blake** GEORGE'S | **Roger Austin** Pilgrim's | "Min….13" | 1960 |
| Tuesday, 2/21/2017 | 8:09 AM ET | ✉ | **Tim Stiller** Pilgrim's | **Robbie Bryant** Pilgrim's | Email reads in part: "Call me at 730 mtn to discuss KFC. Lets only speak fact based data when we discuss and leave emotions aside." | 1894 |
| | 10:06 AM ET | 💬 | **Jayson Penn** Pilgrim's | **Tim Stiller** Pilgrim's | "Come to BL office. Let's discuss KFC" | 1864 |
| Thursday, 2/23/2017 | 10:17 AM | 📞 | **Justin Gay** Pilgrim's | **Roger Austin** Pilgrim's | "Min….14" | 1960 |
| | 10:31 AM ET | 📞 | **Roger Austin** Pilgrim's | **Scott Brady** Claxton Chicken | "Origination….Sarasota, FL" "Min….2" | |
| | 10:33 AM ET | 📞 | **Roger Austin** Pilgrim's | **Sara Fisher (RSCS)** | "Origination….Sarasota, FL" "Min….2" | 1960 1929 |
| | 10:34 AM ET | 📞 | **Roger Austin** Pilgrim's | **Ric Blake** GEORGE'S | "Origination….Sarasota, FL" "Min….6" | 1960 |
| | 10:40 AM ET | 📞 | **Roger Austin** Pilgrim's | **Scott Brady** Claxton Chicken | "Origination….Sarasota, FL" "Min….4" | |

Unless otherwise noted, all information contained in this summary exhibit is drawn from GX 9748.

| Name | Phone number | Company and Employment Period |
|---|---|---|
| **Roger Austin** | (770) 842-9379<br>(502) 245-1681 | Pilgrim's Pride<br>December 2004 – August 2018 |
| **Ric Blake** | (479) 236-2020<br>(479) 927-7270 | George's<br>September 1996 - August 2018 |
| **Scott Brady** | (678) 640-1622<br>(256) 536-6120 | Pilgrim's Pride<br>November 2003 – August 2012<br><br>Claxton Poultry<br>August 2012 – Present |
| **Robert Bryant** | (270) 727-7771 | Pilgrim's Pride<br>December 2010 – Present |
| **Lance Buckert**[1] | | Koch Foods<br>2012 – 2013 |
| **Walter Cooper** | (912) 536-6828 | Claxton Poultry |
| **Sara Fisher**[2] | (502) 891-4711 | Restaurant Supply Chain Solutions<br>2016 – 2017 |
| **Mikell Fries** | (912) 614-6833 | Claxton Poultry<br>1989 – Present |
| **Justin Gay** | (770) 363-7129 | Pilgrim's Pride |
| **Joe Grendys**[3] | | Koch Foods |
| **Kevin Grindle** | (678) 943-0783<br>(770) 531-5046 | Mar-Jac Poultry |

---

[1] See GX 1520
[2] See GX 1929
[3] See GX 803

**Government Exhibit**

**20-cr-152-PAB**

**90-10**

| Name | Phone number | Company and Employment Period |
|------|-------------|-------------------------------|
| **Bill Kantola** | (678) 997-7180 | Koch Foods |
| | (770) 329-7505 | October 4, 2010 – Present |
| | (770) 536-8818[4] | |
| **Koch Foods Office Telephone** | (770) 536-8818 | |
| **Kent Kronauge** | (678) 218-4861 (678) 392-5763 | Supply Management Services |
| **Michael Ledford** | (502) 893-4184 (RSCS)  (770) 597-0526  (404) 305-7647 (CFA) | Restaurant Supply Chain Solutions July 2008 – May 2014  Chick-fil-A May 2014 - Present |
| **Robert Lewis** | (502) 893-4184 | Restaurant Supply Chain Solutions 1999 – 2009; May – December 2014 |
| **Jimmie Little** | (214) 755-6081 | Pilgrim's Pride April 2000 – September 30, 2016 |
| **Bill Lovette** | (479) 799-5063 | Pilgrim's Pride January 2011 – March 2019 |
| **Pete Martin** | (770) 540-4972 | Mar-Jac Poultry |
| **Jason McGuire** | (970) 506-7511 | Pilgrim's Pride 2006 – May 2016 |

---

[4] See GX-7040 and GX-9010

| Name | Phone number | Company and Employment Period |
|---|---|---|
| **Tim Mulrenin** | (302) 299-0275<br>(302) 477-1484 | Tyson Foods<br>October 2000 – February 2004<br>October 2007 – May 2018<br><br>Ventura Foods<br>February 2004 – October 2007<br><br>Perdue Farms<br>May 2018 – Present |
| **Eric Oare**[5] | (678) 617-5662 | Marshall Durbin<br>At least Oct. – Dec. 2012<br><br>Pilgrim's Pride<br>January 2014 - Present |
| **Jayson Penn** | (970) 568-2808 | Pilgrim's Pride<br>March 2011 – June 2020 |
| **Carl Pepper** | (479) 879-2092<br>(479) 361-9836 | Tyson Foods |
| **Brian Roberts** | (770) 597-5779 | Marshall Durbin<br>February 2007 – June 2012<br><br>Tyson Foods<br>June 2012 – February 2016<br><br>Case Foods<br>November 2016 – Present |
| **Telly Smith** | (919) 696-8559<br>(919) 881-4546 | Golden Corral<br>1991 – Present |
| **Timothy Stiller** | (805) 276-6918<br>(970) 506-7706 | Pilgrim's Pride |
| **Greg Tench** | (770) 654-7200 | Mar-Jac Poultry |

---

[5] See GX 9745, GX 9746, and GX 9747

| Name | Phone number | Company and Employment Period |
|---|---|---|
| **Wesley Scott Tucker** | (256) 201-2928 (256) 568-7330 | Pilgrim's Pride |
| **Searcy Wildes** | (615) 832-6844 | Perdue Farms |
| **Fiesta Restaurant Group** | (972) 702-9300 | |
| **Restaurant Supply Chain Solutions** | (502) 896-5900 (telephone line) | |
| **George's** | (800) 800-2449 (main telephone line) | |
| **Mar-Jac Poultry** | (770) 531-5000 (main telephone line) | |